




Flag of the Unity-States of the America
Title: 4: U.S.A. Codes: Chapter: 1: Section: 1&2

:U.S.A.FLAG:

FILED
DISTRICT OF WYOMING
JUL 25 2000
CLERK

:U.S.A.:S...STAMP:
:COPY CLAIM:
:AUTOGRAPH:

FOR THE REGISTRATION IS WITH THE U. S. MAIL: RR 044 880 498 U.S..
FOR THE FILING  WITHIN THE  DI-STRICT-COURT IS WITH THE UNITY-STATES OF THE
AMERICA.

. . . . . . . . . . . . . . . . . . . . . . . .

| | | |
|---|---|---|
| FOR THE CLAIMANT: Russell-Jay: Gould | § | FOR THE CLAIM OF THE SUIT IS WITH THE TITLE: |
| WITH THE WITNESS: | § | 42: U.S.A. CLAIM: §: 1986 FOR THE KNOWLEDGE |
| Gordon-James: Gunsch | § | OF THE LAW WITH THE EVIDENCE BY THE F.C.C.P |
| | § | . CLAIM:  60 (b) OF THE FRAUD, FOR THE |
| | § | PUBLICATION OF THE FRAUD WITH THE F.C.C.P. |
| | § | CLAIM: 26(e) OF THE TITLE: 18: U.S.A. CLAIM: §: |
| | § | 1001, 1002, 1342, 1201, 242, 241, 1512, 1343, 1621, 2384, |
| | § | 641, 646, 872.  FOR THE REGISTRATION WITH THE |
| | § | CASE: RR 044 880 498  U.S. IS BY THE U.S. MAIL |
| | § | WITHIN THE ADMIRALTY: TITLE: 28: U.S.A. |
| VERSUS THE | § | CLAIM:  §: 1333 AND 1337. |

Joe Meyer sic [SECRETARY. FOR THE STATE OF THE WYOMING], Todd Dawson sic [FEDERAL-BUREAU-INVESTIGATION], Lonnie Cox sic [FEDERAL-BUREAU-INVESTIGATION], Sharif Hassan sic [FEDERAL-BUREAU-INVESTIGATION], Dean Titus sic [JAILER. FOR THE COUNTY OF THE FREMONT], Wesley Roberts sic [JUDGE. FOR THE CITY OF THE RIVERTON], Donald Rissler sic [PROSECUTING-ATTORNEY. FOR THE CITY OF THE RIVERTON], Kipp Krofts sic [PROSECUTING-ATTORNEY.FOR THE DEPARTMENT OF THE JUSTICE], Norman Young sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT] Timothy Gist sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT], Linda Freeman sic [CLERK. FOR THE COUNTY OF THE FREMONT], Lewis Wright sic[WYOMING-STATE-PATROL], David King sic [SHERIFF. FOR THE COUNTY OF THE FREMONT], Donald Metzger sic [POLICE. FOR THE CITY OF THE LANDER],Charlie Marshal sic [POLICE. FOR THE CITY OF THE RIVERTON], Chuck Carr sic [POLICE. FOR THE CITY OF THE RIVERTON], Betty Griess sic [CLERK. FOR THE UNITED STATES DISTRICT COURT sic  FOR THE DISTRICT OF WYOMING sic], Katie Heil sic [CLERK. FOR THE DI-STICT-COURT OF THE STATE OF THE WYOMING FOR THE COUNTY OF THE FREMONT], Coralie Ring sic [CLERK. FOR THE COUNTY OF THE FREMONT], Donald Hall sic [JUDGE. FOR THE COUNTY OF THE FREMONT], Robert Denhardt sic [JUDGE. FOR THE COUNTY OF THE FREMONT].
AS THE VASSALEES WITH THE ORDER FOR THE FILING OF AN AVERMENT.

For the copyclaim-JULY-15, 2000 by the RUSSELL-JAY: GOULD: 

1

FOR THE <u>BILL OF THE LADING</u> FOR THE CLERK/CARRIER: FOR THE IDENTIFICATION OF THE ITEM(S) FOR THE TRANSPORTATION IN THE ADMIRALTY-JURISDICTION **IS** WITH THE **REGISTRATION-NUMBER OF THE U. S. POST-OFFICE: RR  044  880  498  US** WITHIN THE BODY OF THIS CORPORATION, WITH THE IDENTIFICATION OF THE AUTOGRAPH OF THE CLAIMANT ACROSS THE POSTAGE-STAMP, WITH THE FLAG OF THE CLAIMANT, AND WITH THE IDENTIFICATION OF THIS DOCUMENT AND OTHER DOCUMENTS WITHIN THIS CASE BY THE **REGISTRATION-NUMBER**.  FOR THE CLERK/CARRIER WITHIN THE TRUTH IS WITH THE OBLIGATION OF THE **<u>TITLE: 49: U. S. A. CLAIMS: §: 14706</u>** FOR THE PLACING OF THIS DOCUMENT AND OF OTHER DOCUMENTS OF THIS CASE WITHIN THE ADMIRALTY-JURISDICTION.

<u>FOR THE CORPORATION OF THE CASES</u>: 96440  C sic, 96439  C sic, 00CV060  D sic , ARE WITHIN THE CASE: **RR  044  880  498  US**, WITHIN THE NINTH-JUDICIAL: DI-STRICT-COURT OF THE STATE OF THE WYOMING FOR THE COUNTY OF THE FREMONT.

FOR THIS <u>CHARTER-VESSEL-CLAIM</u> OF THE <u>UNITY-PARTY-VESSEL</u> **IS/ARE** FOR THE CLAIM WITH THE TERMS OF THIS <u>CHARTER-VESSEL</u> WITH THE KNOWLEDGE OF THIS <u>CORPORATION-CASE-NUMBER</u>: **RR  044  880  498  US**. FOR THIS <u>CHARTER-VESSEL</u> WITH THE CLAIM **IS** IN THE <u>TRUTHFUL-LANGUAGE-PROCEDURES</u>(noun) WITH THE <u>AMERICAN-FLAG</u> OF THE U.S.A. FOR THE <u>CHARTER-CLAIM</u> OF THE TRUTH BY THE <u>VASSALEES-P/C/P-VESSEL</u>(s) OF THE COURT(noun), WITH THE TERMS OF THE <u>C.U.S.A.F.-CHARTER-VESSEL WITHIN THE TITLE: 28:</u> **<u>U.S.A. CLAIM: §: 1333 AND 1337</u>**.  FOR THE STATE(noun) OF THE COURT **IS** WITH THE LAW OF THE <u>AMERICAN-FLAG</u> WITH THIS <u>CORPORATION-CASE</u> WITH THE FILING WITH THE CLERK-CARRIER OF THE COURTS WITHIN THE <u>SUIT IN THE ADMIRALTY-JURISDICTION BY THE</u> **TITLE:** **46: U. S. A. CLAIM: APPENDIX: CH. 19-A: §: 743**.  FOR ANY BREACH OF THIS <u>C.U.S.A.F.-</u> <u>CHARTER-VESSEL</u> **IS** WITH THE CLAIM FOR THE <u>CLAIM-SANCTIONS</u>.  FOR ANY BREACH OF THE <u>C.U.S.A.F.-CHARTER-VESSEL</u> WITH THIS <u>CORPORATION-CLAIM</u> **IS** WITH THE <u>FOLLOWING-SANCTIONS</u>.  FOR ANY BREACH OF THE OATH OF THIS <u>CHARTER-CLAIM</u> **IS** WITH THE <u>C.U.S.A.F.-CHARTER-VESSEL</u>. FOR THE BREACH OF THE CLAIM WITH THE **TITLE: 42: U.S.A.-** **CLAIM: CH. 16: §: 12182**: <u>BIAS/PARTIALNESS</u> WITH THE BREACH OF THE **TITLE: 29: U.S.A.-** **CLAIM: §: CH. 16: §: 701(c)(2)**: FOR THE <u>POLICY FOR THE EQUAL-ACCESS</u> OF THE CLAIMS FOR THE PERJURY OF THE OATH WITH THE **TITLE: 18: U.S.A.-CLAIM: SECTION: 1621** WITH THE <u>5-</u> <u>YEARS-PRISON-SENTENCE</u> OR **$**: 5,000: FINE; FOR ANY BREACH OF THE TERMS OF THE <u>C.U.S.A.F.-CHARTER-VESSEL</u> **IS** FOR THE <u>CONSTRUCTIVE-TREASON</u> AGAINST THE <u>C.U.S.A.F.-</u> <u>CHARTER-VESSEL</u> WITH THE <u>5-YEARS-PRISON-SENTENCE</u> OR **$**: 5,000: FINE FOR THE <u>FALSE-</u> <u>SWEARING</u> OF THE OATH.  FOR THE NOTE: FOR THE FACTS OF THE NOUNS **ARE** FOR THE HAVING OF THE JURISDICTION WITH THE COURTS OF THE U.S. WITH THE <u>AMERICAN-FLAG</u>. FOR THE USE OF THE NOUNS AS THE VERBS OR AS THE ADJECTIVES **IS** WITH THE <u>MAIL-FRAUD</u> WITH THE USE OF THE FICTION-NAME WITH THE **TITLE: 18: <u>U.S.A.-CLAIM</u>: §: 1342**: FOR THE



USE OF THE FICTION-NAME. FOR THE **TITLE: 18: U.S.A.-CLAIM: §: 1001** WITH THE 5-YEARS-PRISON-SENTENCE $: 5,000-FINE FOR THE FICTION-USE WITH THE NOUNS AS THE VERBS AND AS THE ADJECTIVES **IS** FOR THE BREACH OF THE C.U.S.A.F.-CHARTER-VESSEL OF THE CLAIMS BY THE VASSALEES..

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

FOR THE CLAIMANT AS THE PARTY-VESSEL **IS** WITH THE CHARTER-CLAIM FOR THE PUBLICATION OF THE TRUTH WITH THE FIRSTHAND-KNOWLEDGE OF THE FACTS.

L.S. *Russell-Jay: Gould*                //.

. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

FOR THE DI-STRICT-COURT OF THE U.S.A. **IS** WITH THE ORIGINAL-JURISDICTION WITH THE **TITLE: 28: U.S.A.-CLAIM: §: 1333 AND 1337,** WITH THE **TITLE: 46: U. S. A. CODES: APPENDIX: CH. 19-A: §: 740:** FOR THE ENLARGEMENT OF THE BREACH OF THE ADMIRALTY-JURISDICTION, AND WITH THE **TITLE: 4: U.S.A.-CLAIM: §: 1 & 2 & 3:** FLAG OF THE U.S.A.. FOR THE **C.U.S.A.A.F. BY THE ARTICLE: 9:** IS FOR THE CLAIM OF THE TRIAL WITH THE TRUTH. FOR THE FILING OF THE CORPORATION OF THE CASE **IS** WITH THE DI-STRICT-COURT OF THE U.S.A. FOR THE NINTH-JUDICIAL: DI-STRICT-COURT WITH THE STATE OF THE WYOMING; FOR THE ORDER OF THE CHARTER-VESSEL **IS** WITH THE **TITLE: 28: U.S.A.-CLAIM: SECTION: 1869,** AND WITH THE **TITLE: 28: U.S.A.-CLAIM: SECTION: 1361:** FOR THE COMPLIANCE WITH THE FILING OF THIS CASE-VESSEL **IS** WITH THE DUTY OF THE OFFICE OF THE CLERK. FOR THE COURT WITHIN THE TRUTH **IS** WITH THE OBLIGATIONS OF THE **TITLE: 28: U.S.A.-CLAIM: §: 1605, WITH THE TITLE: 46: U. S. A. CODES: CHAPTER: 22:§: 781,** AND WITH THE **TITLE: 49: U. S. A. CODES: CHAPTER: 147:§: 14706.**

FOR THE CORPORATION OF THIS CASE **IS** WITH THE NOW-TENSE-TIME OF THE C.U.S.A.F.-CHARTER-VESSEL OF THE CASE-NUMBER-TITLE. FOR ALL PARTIES WITH THIS CASE **ARE** WITH THE DUTY OF THE CHARTER-VESSEL-CLAIM OF THE FACTS WITH THE JUDGEMENT WITH THE TRIAL BY THE JURY(noun) WITH THE TRUTH.

FOR THE CLAIM OF THE: *U.S.A.* **IS** FOR THE UNITY-STATES OF THE AMERICA.

FOR THE CLAIM OF THE: *U.S.A.-CLAIM* **IS** FOR THE CODES OF THE U.S.A.

FOR THE CLAIM OF THE: *F.C. C. P.* **IS** FOR THE FEDERAL-RULES OF THE CIVIL-PROCEDURE WITH THE U.S.A..

FOR THE CLAIM OF THE: *C. U. S. A. F.* **IS** FOR THE CHARTER-VESSEL OF THE U.S.A. WITH THE AS THE ADVERTIZEMENT OF THE TRUTHFUL--CHARTER-VESSEL-LANGUAGE FOR THE **TITLE: 4: U.S.A.-CLAIM: §: 1 & 2:** FLAG.

FOR THE CLAIM OF THE: **U.S.** MEANS: **ARE** WITH ANY CORPORATION OF THE TWO-PARTIES OR OF THE MORE-PARTIES BY THE CHARTER-VESSEL/CONSTITUTION.



FOR THE CLAIM OF THE *C.U.S.A.A.F.*: **IS** FOR THE CONSTITUTION OF THE U.S.A. WITH THE AMERICAN-FLAG.

FOR THE CLAIM OF THE *ARTICLE: 1*: **IS** FOR THE CLAIM OF THE TRUTH WITH THE LANGUAGE OF THE NOUN.

FOR THE CLAIM OF THE *ARTICLE: 2*: **IS** FOR THE CLAIM OF THE JUDGEMENT WITH THE TRUTH.

FOR THE CLAIM OF THE *ARTICLE: 3*: IS FOR THE CLAIM OF THE TRUTH WITH THE SPEECH/SPIRITUAL-CONVICTIONS AND SPIRITUAL-VALUES/PRESS/GRIEVANCE.

FOR THE CLAIM OF THE *ARTICLE: 4*: **IS** FOR THE CLAIM OF THE CAUSE OF THE COURT-ACTION WITH THE LANGUAGE OF THE TRUTH.

FOR THE CLAIM OF THE *ARTICLE: 5*: IS FOR THE CLAIM OF THE FREEDOM OF THIS CONSTITUTION WITH THE TRUTH.

FOR THE CLAIM OF THE *ARTICLE: 6*: FOR THE CLAIM BY THE ARREST-WARRANT **IS** WITH THE TRUTHFUL-LANGUAGE-PROCEDURES FOR A SEARCH-WARRANT WITH THE TRUTH WITH AN AUTOGRAPH BY A JUDGE OF THE OATH OF THIS CHARTER-VESSEL-CLAIM WITH THE TRUTH.

FOR THE CLAIM OF THE *ARTICLE: 7*: FOR THE CLAIMS OF THE CHARTER-VESSEL **IS** FOR THE WITNESS WITH THE TRUTH OF THE CLAIM.

FOR THE CLAIM OF THE *ARTICLE: 8*: FOR THE CLAIM OF THE WITNESSES **IS** FOR THE COUNSEL AND EVIDENCE WITH THE TRUTHFUL-LANGUAGE-PROCEDURES WITH THE COURT AND FOR THE SPEEDY-TRIAL WITH THE TRUTH WITHIN THE 45-DAYS.

FOR THE CLAIM OF THE *ARTICLE: 9*: **IS** FOR THE CLAIM OF A TRIAL BY THE JURY WITH THE TRUTH.

FOR THE CLAIM OF THE *ARTICLE: 10*: IS FOR THE PUNISHMENT WITH THE TRUTHFUL-LANGUAGE-PROCEDURES **IS** FOR THE BAIL FOR ALL CITIZENS.

FOR THE CLAIM OF THE *ARTICLE: 11*: FOR THE OFFICERS **ARE** WITH THE PEOPLE WITH THE APPOINTMENT, OR BY THE ELECTION, WITH THE OATH OR WITH THE CHARTER-VESSEL-CLAIM, FOR THE CLAIM OF THE C.U.S.A.F.-CHARTER-VESSEL WITH THE U.S.A. WITH THE TRUTH.

FOR THE CLAIM OF THE *ARTICLE: 12*: FOR THE CHARTER-VESSEL-DUTIES WITH THE CLAIM OF THE C.U.S.A.F.-CHARTER-VESSEL **ARE** WITH THE MUTUAL--CHARTER-VESSEL-CLAIM BY THE TITLE-PARTIES-HEREIN.

FOR THE CLAIM OF THE *ARTICLE: 13*: FOR THE TRUTHFUL-LANGUAGE-PROCEDURE **IS** WITH THE TRUTHFUL-JURISDICTIONS OF THE (P/C/P)PARTY/CITIZEN/PERSON-VESSEL. FOR THE JUDICIAL-LANGUAGE OF THE U.S.A. **IS** FOR THE CONSTRUCTION FOR THIS CHARTER-VESSEL-CLAIM OF THE LAW AND EQUITY WITH ANY P/C/P-VESSELS OF THE UNITY-STATES BY THE P/C/P-VESSELS OF THE OTHER-STATES WITH THE TRUTH. FOR THE CREATION OF ANY NEW-STATE **IS** WITH THE AUTHORITY FOR THE TRUTHFUL-CONSTITUTION-VESSEL OF THE NEW-STATE-VESSEL WITHIN THE STATE-VESSEL OF THE **TITLE: 4: U.S.A.-CLAIM**: §: 1 AND 2: AMERICAN-FLAG OF THIS CHARTER-VESSEL-CLAIM WITHIN THIS CLAIM-VESSELS WITH THIS



LITIGATION.

FOR THE CLAIM FOR THE USE OF THE WORDS: THE, THIS, ANY, SUCH, OTHER, MORE, A, AN, THESE, ETC. = WITH THE GRAMMAR-PROCEDURE FOR THE USE AS THE ARTICLES **ARE** FOR THE CORPORATION AS THE ARTICLE OF THE PREPOSITIONAL-PHRASE AT THE LEFT OF THE PREPOSITION AND AT THE CLAIM OF THE NOUN.

FOR THE CLAIM OF THE TERM: *VASSALEE* =**IS** WITH THE EMPLOYEE-SERVANT.

· · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · · ·

### FOR THE CAUSE OF THIS ACT:

1. FOR THE CLAIMANT: Russell-Jay: Gould WITH THE CLAIM **IS** WITH THE CHARTER-VESSEL-CLAIM WITH THE KNOWLEDGE OF THE DAMAGE WITH THE PHYSICAL-COERCION OF THE VOLITION OF THE PSYCHOLOGICAL-COERCION WITH A CONTROVERSY OF A CHARTER-VESSEL BY THE VASSALEES: Joe Meyer sic [SECRETARY. FOR THE STATE OF THE WYOMING], Todd Dawson sic [FEDERAL-BUREAU-INVESTIGATION], Lonnie Cox sic [FEDERAL-BUREAU-INVESTIGATION], Sharif Hassan sic [FEDERAL-BUREAU-INVESTIGATION], Dean Titus sic [JAILER. FOR THE COUNTY OF THE FREMONT], Wesley Roberts sic [JUDGE. FOR THE CITY OF THE RIVERTON], Donald Rissler sic [PROSECUTING-ATTORNEY. FOR THE CITY OF THE RIVERTON], Kipp Krofts sic [ATTORNEY. DEPARTMENT OF THE JUSTICE], Norman Young sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT] Timothy Gist sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT], Linda Freeman sic [CLERK. FOR THE COUNTY OF THE FREMONT], Lewis Wright sic[WYOMING-STATE-PATROL], David King sic [SHERIFF. FOR THE COUNTY OF THE FREMONT], Donald Metzger sic [POLICE. FOR THE CITY OF THE LANDER],Charlie Marshal sic [POLICE. FOR THE CITY OF THE RIVERTON], Chuck Carr sic [POLICE. FOR THE CITY OF THE RIVERTON], Betty Griess sic [CLERK. FOR THE UNITED STATES DISTRICT COURTsic FOR THE DISTRICT OF WYOMING sic], Katie Heil sic [CLERK. FOR THE DI-STICT-COURT OF THE STATE OF THE WYOMING FOR THE COUNTY OF THE FREMONT], Coralie Ring sic [CLERK. FOR THE COUNTY OF THE FREMONT], Donald Hall sic [JUDGE. FOR THE COUNTY OF THE FREMONT], Robert Denhardt sic [JUDGE. FOR THE COUNTY OF THE FREMONT].

2. FOR THE Russell-Jay: Gould WITH THE KNOWLEDGE **IS** WITH THIS CHARTER-VESSEL-CLAIM OF THE KNOWLEDGE FOR THIS DAMAGE WITH THE BREACH OF THE **C.U.S.A.A.F. ARTICLE:** 7 FOR THE CHARTER-VESSEL OF THE LAW WITH THE **TITLE:** **42**: **U.S.A. CLAIM:** **§:** **1986:** FOR THE KNOWLEDGE OF THE LAW FOR THE SWEARING OF THE **CHARTER-VESSEL-CLAIM** WITH THE EVIDENCE OF THE TRUTH BY THE VASSALEES OF THIS CASE WITH THE **F.C.C.P. CLAIM:** **60 (b):** FOR THE FRAUD WITH THE **F.C.C.P.RULE:** **9 (b)** FRAUD AND WITH THE **F.C.C.P. 26 (e)** FOR THE PUBLICATION OF THE FRAUD WITH THE **TITLE:** **42**: **U.S.A. CLAIM** : **§:** **1986:** FOR THE CHARTER-VESSEL FOR THE STOPPAGE AND CORRECTION OF A WRONG WITH THE LAW BY THE **TITLE:** **18**: **U.S.A. CLAIM:** **§:** **1001,** AND **TITLE:** **18**: **U.S.A. CLAIM:** **§:** **1002;** FOR THE USE OF



THE FICTION-LANGUAGE FOR THE COERCION OF THE CLAIMS WITH THE BREACH OF THE TITLE: 42: U.S.A. CLAIM: QUANTUM-CHAPTER: III: §: 12182(2)(A)(iv): FOR THE **BREACH OF THE CHARTER-VESSEL** FOR THE DAMAGE OF THE CLAIM(S) AGAINST THE TRUTH FOR THE PERSISTENCE WITH THE FRAUD-CLAIM BY THE FOREIGN-CORPORATION-VASSALEES:  Joe Meyer sic [SECRETARY. FOR THE STATE OF THE WYOMING], Todd Dawson sic [FEDERAL-BUREAU-INVESTIGATION], Lonnie Cox sic [FEDERAL-BUREAU-INVESTIGATION], Sharif Hassan sic [FEDERAL-BUREAU-INVESTIGATION], Dean Titus sic [JAILER. FOR THE COUNTY OF THE FREMONT], Wesley Roberts sic [JUDGE. FOR THE CITY OF THE RIVERTON], Kipp Krofts sic [PROSECUTING-ATTORNEY. DEPARTMENT OF THE JUSTICE], Norman Young sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT], Timothy Gist sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT], Linda Freeman sic [CLERK. FOR THE COUNTY OF THE FREMONT], Lewis Wright sic[WYOMING-STATE-PATROL], David King  sic [SHERRIFF. FOR THE COUNTY OF THE FREMONT], Donald Metzger sic [POLICE. FOR THE CITY OF THE LANDER],Charlie Marshal sic [POLICE. FOR THE CITY OF THE RIVERTON], Chuck Carr sic [POLICE. FOR THE CITY OF THE RIVERTON], Betty Griess [CLERK. FOR THE UNITED STATES DISTRICT COURTsic FOR THE DISTRICT OF WYOMING sic], Katie Heil sic [CLERK. FOR THE DI-STRICT-COURT OF THE STATE OF THE WYOMING FOR THE COUNTY OF THE FREMONT], Coralie Ring sic [CLERK. FOR THE COUNTY OF THE FREMONT], Donald Hall sic [JUDGE. FOR THE COUNTY OF THE FREMONT], Robert Denhardt sic [JUDGE. FOR THE COUNTY OF THE FREMONT].

3. FOR THE CLAIMANT:  Russell-Jay: Gould WITH THIS CLAIM **IS** WITH THE CHARTER-VESSEL-CLAIM FOR THE KNOWLEDGE OF THE **DAMAGE** WITH THE **TITLE: 42: U.S.A. CLAIM: §: 1986**: FOR THE CHARTER-VESSEL-CLAIM FOR THE STOPPAGE AND CORRECTION OF THE WRONGS BY THE BREACH OF THE CHARTER-VESSEL-LAW WITH THE DAMAGE OF THE CLAIMANT WITH THE **C.U.S.A.A.F.-ARTICLE 7** WITH THE BREACHES OF THE TREATY OF THE **FOREIGN-SOVEREIGN-FREEDOMS-ACT IS** WITH THE CAUSE OF THE **EVIL-PRACTICE** WITHIN THE STATE OF THE WYOMING BY THE VASSALEES: Joe Meyer sic [SECRETARY. FOR THE STATE OF THE WYOMING], Todd Dawson sic [FEDERAL-BUREAU-INVESTIGATION], Lonnie Cox sic [FEDERAL-BUREAU-INVESTIGATION], Sharif Hassan sic [FEDERAL-BUREAU-INVESTIGATION], Dean Titus sic [JAILER. FOR THE COUNTY OF THE FREMONT], Wesley Roberts sic [JUDGE. FOR THE CITY OF THE RIVERTON], Donald Rissler sic [PROSECUTING-ATTORNEY. FOR THE CITY OF THE RIVERTON], Kipp Krofts sic [PROSECUTING-ATTORNEY. DEPARTMENT OF THE JUSTICE], Norman Young sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT] Timothy Gist sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT], Linda Freeman sic [CLERK. FOR THE COUNTY OF THE FREMONT], Lewis Wright sic[WYOMING-STATE-PATROL], David King sic [SHERRIFF. FOR THE COUNTY OF THE FREMONT], Donald Metzger sic [POLICE. FOR THE CITY OF THE LANDER],Charlie Marshal sic [POLICE. FOR THE CITY OF THE RIVERTON], Chuck Carr sic [POLICE. FOR THE CITY OF THE RIVERTON], Betty Griess sic [CLERK. FOR THE UNITED STATES DISTRICT COURT sic FOR THE DISTRICT OF WYOMING sic], Katie Heil sic [CLERK. FOR THE DI-STICT-COURT OF THE STATE OF THE WYOMING FOR THE COUNTY OF THE FREMONT], Coralie



Ring sic [CLERK. FOR THE COUNTY OF THE FREMONT], Donald Hall sic [JUDGE. FOR THE COUNTY OF THE FREMONT], Robert Denhardt sic [JUDGE. FOR THE COUNTY OF THE FREMONT].

### FOR THE FACTS ARE WITH THIS CLAIM

4. FOR THE CLAIMANT: Russell-Jay: Gould WITH THE KNOWLEDGE **IS** OF THE INJURY WITH THE **TITLE: 42: U.S.A. CLAIM: §: 1986**: FOR THE KNOWLEDGE OF THE LAW WITH THE TRUTH FOR THE LACK OF THE STOPPAGE AND CORRECTION OF THE WRONGS AND WITH THE CLAIM WITH THE **F.C.C.P. CLAIM: 60 (b)** FOR THE **RULES OF THE EVIDENCE**; FOR THE CLAIMANT WITH THE KNOWLEDGE **IS** WITH THE RULES OF THE TRUTHFUL-LANGAUGE-PROCEDURE AGAINST THE FICTION-LANGAUGE-FRAUD AND WITH THE **F.C.C.P.CLAIM**: 26 (e) FOR THE PUBLICATION OF THE EVIDENCE OF THE FRAUD WITH THE **TITLE: 4: U.S.A. CLAIM: §: 1, 2, AND 3** AND **ARMY-REGULATIONS: 840-10: §: 2-5: a, b** BY THE VASSALEES: Joe Meyer sic [SECRETARY. FOR THE STATE OF THE WYOMING], Todd Dawson sic [FEDERAL-BUREAU-INVESTIGATION], Lonnie Cox sic [FEDERAL-BUREAU-INVESTIGATION], Sharif Hassan sic [FEDERAL-BUREAU-INVESTIGATION], Dean Titus sic [JAILER. FOR THE COUNTY OF THE FREMONT], Wesley Roberts sic [JUDGE. FOR THE CITY OF THE RIVERTON], Donald Rissler sic [PROSECUTING-ATTORNEY. FOR THE CITY OF THE RIVERTON], Kipp Krofts sic [PROSECUTING-ATTORNEY. DEPARTMENT OF THE JUSTICE], Norman Young sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT] Timothy Gist sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT], Linda Freeman sic [CLERK. FOR THE COUNTY OF THE FREMONT], Lewis Wright sic[WYOMING-STATE-PATROL], David King sic [SHERRIFF. FOR THE COUNTY OF THE FREMONT],Donald Metzger sic [POLICE. FOR THE CITY OF THE LANDER],Charlie Marshal sic [POLICE. FOR THE CITY OF THE RIVERTON], Chuck Carr sic [POLICE. FOR THE CITY OF THE RIVERTON], Betty Griess sic [CLERK. FOR THE UNITED STATES DISTRICT COURT sic FOR THE DISTRICT OF WYOMING sic], Katie Heil sic [CLERK. FOR THE DI-STICT-COURT OF THE STATE OF THE WYOMING FOR THE COUNTY OF THE FREMONT], Coralie Ring sic [CLERK. FOR THE COUNTY OF THE FREMONT], Donald Hall sic [JUDGE. FOR THE COUNTY OF THE FREMONT], Robert Denhardt sic [JUDGE. FOR THE COUNTY OF THE FREMONT].

5. FOR THE CLAIMANT: Russell-Jay: Gould WITH THIS CLAIM **IS** WITH THE CHARTER-VESSEL-CLAIM WITH THE KNOWLEDGE OF THE CHARTER-VESSEL-CLAIM FOR THE SANCTIONS WITH THE **F.C.C.P. CLAIM**: 16 (f). FOR THE CONVEYANCE OF THE FICTION-LANGUAGE **IS** WITH THE FRIVOLOUS-COMMUNICATIONS. FOR THE COMPLAINANT WITH THE TRUTH **IS** WITH THE SUIT FOR THE SANCTIONS FOR THE BREACHES OF THE **F.C.C.P. CLAIM**: 11 (a) FOR THE FRIVOLOUS -CORRESPONDENCES FOR THE CONFISCATION OF THE CLAIMS WITH THE C.U.S.A.F. BY THE VASSALEES FOR THE BREACHES WITH THE **F.C.C.P. CLAIM**: 10(a): FICTION-NAMES WITH THE WITH THE **TITLE: 18: U.S.A. CLAIMS: §: 1343: FRAUD BY THE WIRE** WITH THE **TITLE: 18: U.S.A. CLAIM: §: 1342: FRAUD OF THE MAILS** WITHIN THE CLAIM AND WITH THE **TITLE: 18: U.S.A. CLAIM: 1341:** FOR THE **SWINDLE** WITH THE **FRAUD** WITH THE **F.C.C.P. CLAIM**: 9 (b) WITH THE USE OF THE FICTION-LANGAUGE IN THE PUBLICATIONS WITH THE ENFORCEMENT



OF THE <u>FRAUD</u> WITHIN THE STATE OF THE WYOMING WITH THE DAMAGES BY THE VASSALEES:   Joe Meyer sic [SECRETARY. FOR THE STATE OF THE WYOMING], Todd Dawson sic [FEDERAL-BUREAU-INVESTIGATION], Lonnie Cox sic [FEDERAL-BUREAU-INVESTIGATION], Sharif Hassan sic [FEDERAL-BUREAU-INVESTIGATION], Dean Titus sic [JAILER. FOR THE COUNTY OF THE FREMONT], Wesley Roberts sic [JUDGE. FOR THE CITY OF THE RIVERTON], Donald Rissler sic [PROSECUTING-ATTORNEY. FOR THE CITY OF THE RIVERTON], Kipp Krofts sic [PROSECUTING-ATTORNEY. DEPARTMENT OF THE JUSTICE], Norman Young sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT] Timothy Gist sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT], Linda Freeman sic [CLERK. FOR THE COUNTY OF THE FREMONT], Lewis Wright sic[WYOMING-STATE-PATROL], David King sic [SHERIFF. FOR THE COUNTY OF THE FREMONT], Donald Metzger sic [POLICE. FOR THE CITY OF THE LANDER],Charlie Marshal sic [POLICE. FOR THE CITY OF THE RIVERTON], Chuck Carr sic [POLICE. FOR THE CITY OF THE RIVERTON], Betty Griess sic [CLERK. FOR THE UNITED STATES DISTRICT COURT sic FOR THE DISTRICT OF WYOMING sic], Katie Heil sic [CLERK. FOR THE DI-STICT-COURT OF THE STATE OF THE WYOMING FOR THE COUNTY OF THE FREMONT], Coralie Ring sic [CLERK. FOR THE COUNTY OF THE FREMONT], Donald Hall sic [JUDGE. FOR THE COUNTY OF THE FREMONT], Robert Denhardt sic [JUDGE. FOR THE COUNTY OF THE FREMONT].   .

6. FOR THE CLAIMANT: Russell-Jay: Gould WITH A APOSTILLE **IS** FOR THE CLAIM OF THIS RAPE AND APARTHEID OF THIS CLAIM WITH THE <u>WORLD-COURT</u> WITH THE <u>HAGUE</u>. FOR THE CLAIMANT WITH THE TRUTH **IS** WITH THE LEARNING OF THE <u>LANGUAGE-PROCEDURE</u> FOR THE STOPPAGE AND FOR THE CORRECTION OF THE WRONGS OF THE ERROR BY THE <u>CHARTER-VESSEL-CLAIM</u>. FOR THE CLAIMANT WITH THE KNOWLEDGE **IS** FOR THE <u>CHARTER-VESSEL-CLAIM</u> OF THE <u>BIAS/PARTIALNESS</u> WITH THE <u>FEDERAL-AUTHORITY</u> OF THE **TITLE: 42:** <u>**U.S.A. CLAIM**</u>: 1986 FOR THE KNOWLEDGE OF THE BREACH WITH THE **TITLE: 18:** <u>**U.S.A.**</u> <u>**CLAIMS:**</u> §: 1001, 1002 WITH THE USE OF THE <u>FICTION-LANGAUGE</u> FOR THE COERCION OF THE CLAIMS AND OF THE PRIVILEGES AND FOR THE BREACH OF THE **TITLE: 42:** <u>**U.S.A. CLAIM:**</u> **CHAPTER: 126: QUANTUM-CHAPTER: III:** §: 12182(b)(2)(A)(iv): FOR THE <u>CHARTER-VESSEL</u> FOR THE ELIMINATION OF THE <u>CLAIM-BARRIERS</u> WITH THE DAMAGE BY THE VASSALEES: Joe Meyer sic [SECRETARY. FOR THE STATE OF THE WYOMING], Todd Dawson sic [FEDERAL-BUREAU-INVESTIGATION], Lonnie Cox sic [FEDERAL-BUREAU-INVESTIGATION], Sharif Hassan sic [FEDERAL-BUREAU-INVESTIGATION], Dean Titus sic [JAILER. FOR THE COUNTY OF THE FREMONT], Wesley Roberts sic [JUDGE. FOR THE CITY OF THE RIVERTON], Donald Rissler sic [PROSECUTING-ATTORNEY. FOR THE CITY OF THE RIVERTON], Kipp Krofts sic [PROSECUTING-ATTORNEY. DEPARTMENT OF THE JUSTICE], Norman Young sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT] Timothy Gist sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT], Linda Freeman sic [CLERK. FOR THE COUNTY OF THE FREMONT], Lewis Wright sic[WYOMING-STATE-PATROL], David King sic [SHERIFF. FOR THE COUNTY OF THE FREMONT], Donald Metzger sic [POLICE. FOR THE CITY OF THE LANDER],Charlie Marshal sic [POLICE. FOR THE CITY OF THE RIVERTON], Chuck Carr sic [POLICE. FOR THE CITY OF THE RIVERTON], Betty Griess

sic [CLERK. FOR THE UNITED STATES DISTRICT COURT sic FOR THE DISTRICT OF WYOMING sic],
Katie Heil sic [CLERK. FOR THE DI-STICT-COURT OF THE STATE OF THE WYOMING FOR THE
COUNTY OF THE FREMONT], Coralie Ring sic [CLERK. FOR THE COUNTY OF THE FREMONT],
Donald Hall sic [JUDGE. FOR THE COUNTY OF THE FREMONT], Robert Denhardt sic [JUDGE. FOR THE
COUNTY OF THE FREMONT].

7. FOR THE CLAIMANT: Russell-Jay: Gould WITH THIS **IS** WITH THE <u>CHARTER-VESSEL-CLAIM</u> FOR
THE KNOWLEDGE OF THE DAMAGE WITH THE **TITLE: 42: U.S.A. CLAIM: §: 1985(3)**
<u>CONSPIRACY</u> BY THE <u>FICTION-LANGUAGE-CLAIMS</u> WITH THE **TITLE: 42: U.S.A. CLAIM: §:**
**1985(2)** <u>OBSTRUCTING</u> OF THE WITNESS WITH THE EVIDENCE, AND WITH THE CONSPIRACY OF
THE **TITLE: 18: U.S.A. CLAIM: §: 241** FOR THE <u>CONSPIRACY</u>, WITH THE **TITLE: 18: U.S.A.**
**CLAIM: §: 2384:** <u>TRAITOR-CONSPIRACY</u>:  WITH THE **TITLE: 42: U.S.A. CLAIM: 1985(1)** FOR THE
<u>APARTHEID</u> OF THE CLAIMS FOR THE CAUSE OF THE **CONSTRUCTIVE-TREASON**, AND WITH
THE **TITLE: 18: U.S.A. CLAIMS: §: 242** FOR THE <u>APARTHEID</u> OF THE RIGHTS WITH THE COLOR
OF THE LAW WITH THE **TITLE: 18: U.S.A. CLAIM: 1512** FOR THE <u>OBSTRUCTION</u> OF THE <u>JUSTICE</u>
WITH THE BREACH OF THE **TITLE: 28: U.S.A. CLAIM: §: 1605:** FOR THE VIOLATION WITH THE
<u>FOREIGN-SOVEREIGN-FREEDOMS-ACT</u>. FOR THE BREACH OF THE <u>CHARTER-VESSEL</u> **IS** WITH
THE LACK OF THE DUTY WITH THE **F.C.C.P. CLAIM: 12(b)(7)** FOR THE <u>UNITY</u> WITH THE
CLAIMANT, AND WITH THE **F.C.C.P. CLAIM: 12(b)(6)** FOR THE LACK OF THE STATING OF THE
<u>CLAIM</u> WITH THE <u>TRUTH</u>, AND WITH THE **F.C.C.P. CLAIM: 12(b)(5)** FOR THE <u>COMPLETION</u> OF
THE <u>SERVICE</u> WITH THE **F.C.C.P. CLAIM: 12 (b)(4)** FOR THE <u>SERVICE</u> OF THE <u>CLAIM</u> WITH THE
<u>TRUTH</u>, AND WITH THE **F.C.C.P. CLAIM: 12(b)(3)** FOR THE <u>FILING</u> OF THE CASE WITHIN THE
<u>VENUE</u> WITH THE TRUTH; FOR THE BREACH OF THE <u>CHARTER-VESSEL</u> WITH THE **F.C.C.P.**
**CLAIM: 12 (b)(2)** FOR THE <u>JURISDICTION</u> OF THE <u>TRUTH</u> WITH A <u>CHARTER-VESSEL-CLAIM</u> OF
THE OBLIGATION BY THE VASSALEES FOR THIS CASE WITH THE BREACHES OF THE <u>CHARTER-</u>
<u>VESSEL</u> WITH THE **F.C.C.P. CLAIM: 12(b)(1)** FOR THE FILING OF THIS CASE WITHIN THE
<u>JURISDICTION</u> OF THE CLAIM WITH THE <u>LANGUAGE</u> OF THE TRUTH BY THE LAW OF THE
<u>FEDERAL-AUTHORITY</u> FOR THE <u>CORRECTION</u> OF THE <u>TRUTH</u> BY THE **LAW OF THE FLAG**. FOR
THE <u>CHARTER-VESSEL-CLAIM</u> OF THE CLAIMANT **IS** FOR THE **F.C.C.P. CLAIM: 16(f):**
**SANCTIONS.** FOR THE FRAUD   WITH THE <u>FICTION-LANGUAGE</u> **IS** WITH THE **TITLE: 28: U.S.A.**
**CLAIM: §: 2072:** FOR THE BREACH OF THE <u>CHARTER-VESSEL</u> FOR THE CLAIM OF THE
<u>CHARTER-VESSEL</u> OF THE LAW WITH THE <u>BIAS/PARTIALNESS</u> AND WITH THE <u>APARTHEID</u> OF
THE **CLAIMS** AGAINST THE CLAIMANT WITHIN THE STATE OF THE WYOMING WITH THE
DAMAGES BY THE VASSALEES :Joe Meyer sic [SECRETARY. FOR THE STATE OF THE WYOMING],
Todd Dawson sic [FEDERAL-BUREAU-INVESTIGATION], Lonnie Cox sic [FEDERAL-BUREAU-
INVESTIGATION], Sharif Hassan sic [FEDERAL-BUREAU-INVESTIGATION], Dean Titus sic [JAILER.
FOR THE COUNTY OF THE FREMONT], Wesley Roberts sic [JUDGE. FOR THE CITY OF THE
RIVERTON], Donald Rissler sic [PROSECUTING-ATTORNEY. FOR THE CITY OF THE RIVERTON],
Kipp Krofts sic [PROSECUTING-ATTORNEY. DEPARTMENT OF THE JUSTICE], Norman Young sic



[PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT] Timothy Gist sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT], Linda Freeman sic [CLERK. FOR THE COUNTY OF THE FREMONT], Lewis Wright sic[WYOMING-STATE-PATROL], David King sic [SHERRIFF. FOR THE COUNTY OF THE FREMONT], Donald Metzger sic [POLICE. FOR THE CITY OF THE LANDER],Charlie Marshal sic [POLICE. FOR THE CITY OF THE RIVERTON], Chuck Carr sic [POLICE. FOR THE CITY OF THE RIVERTON], Betty Griess sic [CLERK. FOR THE UNITED STATES DISTRICT COURT sic FOR THE DISTRICT OF WYOMING sic], Katie Heil sic [CLERK. FOR THE DI-STICT-COURT OF THE STATE OF THE WYOMING FOR THE COUNTY OF THE FREMONT], Coralie Ring sic [CLERK. FOR THE COUNTY OF THE FREMONT], Donald Hall sic [JUDGE. FOR THE COUNTY OF THE FREMONT], Robert Denhardt sic [JUDGE. FOR THE COUNTY OF THE FREMONT].

8. FOR THE CLAIMANT: Russell-Jay: Gould WITH THE KNOWLEDGE IS OF THE DAMAGE BY THE INJURY FOR THE COLLUSION BY THE RAPE AND APARTHEID AGAINST THE CHARTER-VESSEL WITH THE TITLE: 28: U.S.A. CLAIM: 1359 BY THE KIDNAPING WITH THE TITLE: 18: U.S.A. CLAIM: 1201 WITH THE USE OF THE FICTIOUS-LANGAUGE OF THE VIOLATION WITH THE TITLE: 18: U.S.A. CLAIM: §: 1001 FOR THE CAUSING OF THE PERJURY WITH THE TITLE: 18: U.S.A. CLAIM: 1621 BY THE VASSALEES:   Dean Titus sic [JAILER. FOR THE COUNTY OF THE FREMONT], Wesley Roberts sic [JUDGE. FOR THE CITY OF THE RIVERTON], Norman Young sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT] Timothy Gist sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT], Linda Freeman sic [CLERK. FOR THE COUNTY OF THE FREMONT], Lewis Wright sic[WYOMING-STATE-PATROL], David King sic [SHERRIFF. FOR THE COUNTY OF THE FREMONT],Charlie Marshal sic [POLICE. FOR THE CITY OF THE RIVERTON], Chuck Carr sic [POLICE. FOR THE CITY OF THE RIVERTON], Betty Griess sic [CLERK. FOR THE UNITED STATES DISTRICT COURT sic FOR THE DISTRICT OF WYOMING sic], Katie Heil sic [CLERK. FOR THE DI-STICT-COURT OF THE STATE OF THE WYOMING FOR THE COUNTY OF THE FREMONT], Coralie Ring sic [CLERK. FOR THE COUNTY OF THE FREMONT], Donald Hall sic [JUDGE. FOR THE COUNTY OF THE FREMONT], Robert Denhardt sic [JUDGE. FOR THE COUNTY OF THE FREMONT].

9. FOR THE CLAIMANT: Russell-Jay: Gould WITH THE KNOWLEDGE IS OF THE INJURY BY THE PLEADING OF THE GUILTY WITH THE NOUNS-ARE-NOUNS FOR THE FACTS-ARE-FACTS BY THE NEGLIGENCE OF THE AUTHORITY, DEPOSITING OF THE MONIES, COERCION WITH THE TITLE: 18: 641, 646, AND 872 BY THE COLLUSION WITH THE TITLE: 28: U.S.A. CLAIM: 1359 OF THE WARRANT FOR ARREST FOR  RUSSELL JAY GOULD sic WITH THE BREACH OF THE CHARTER-VESSEL WITH THE USE OF THE FICTION-LANGUAGE FOR THE BREACH WITH THE TITLE: 18: U.S.A. CLAIM: 1001 BY THE VASSALEE:  Robert Denhardt sic [JUDGE. FOR THE COUNTY OF THE FREMONT].

**FOR THIS SECTION IS FOR THE SUMMATION OF THE CLAIM.**

10. FOR THE NOTE: FOR THE LOSS OF THE JURISDICTION IS WITH THE BREAK OF THE LAW



WITH THE CONSPIRACY/COLLUSION/TORT/FORCEFUL-CHARTER-VESSEL OR WITH THE PERJURY OF THE OATH WITH THE C.U.S.A.F.-CHARTER-VESSEL WITH THE FICTION-JURISDICTION FOR THE CONSTRUCTIVE-TREASON WITH THE CASE WITH THE TITLE: 28: U.S.A.-CLAIM: §: 454 FOR THE ACT AS AN ATTORNEY ON THE BENCH: WITH THE TITLE: 28: U.S.A.-CLAIM: §: 455 FOR THE CHARTER-VESSEL IS AGAINST THE ACT WITH THE FAIR/JUST/EQUITABLE-CONDUCT ON THE BENCH. FOR THE CLAIMANT WITH THE TRUTH IS WITH THE BRINGING OF ANY PARTIES OF THE CONSPIRACY WITH THE CORPORATION OF THE CASE.

11.FOR THE CLAIMANT: Russell-Jay: Gould WITH THIS CLAIM IS WITH THE CHARTER-VESSEL-CLAIM WITH THE KNOWLEDGE OF THE DAMAGE WITH THE BREACH OF THE C.U.S.A.A.F. ARTICLE: 7: OF THE CHARTER-VESSEL-CLAIM OF THE LAW WITH THE TITLE: 42: U.S.A.-CLAIM: §: 1986: FOR THE KNOWLEDGE OF THE LAW WITH THE TITLE: 42: U.S.A.-CLAIM: §: 1986: FOR THE BREACH OF THE CHARTER-VESSEL FOR THE STOPPAGE AND FOR THE CORRECTION OF A WRONG WITH THE DATE OF THE NOVEMBER-17, 1999-APRIL-6, 2000. FOR THE BREACH OF THE CHARTER-VESSEL IS WITH THE TITLE: 18: U.S.A.-CLAIM: §: 242: FOR THE CONFISCATION OF THE CLAIMS WITH THE COLOR OF THE LAW WITH THE TITLE: 18: U.S.A.-CLAIM: §: 872: FOR THE COERCION OF THE CLAIMS FOR THE BREACH OF THE CHARTER-VESSEL FOR THE LIBERATION OF THE MONIES WITH THE DAMAGE OF THE CLAIMANT WITH THE TITLE: 42: U.S.A.-CLAIM: §: 1985(2): WITH THE CONFISCATION OF THE CLAIMS AND WITH THE TITLE: 18: U.S.A.-CLAIM: §: 241: BY THE CONFISCATION OF THE CLAIMS WITH THE BREACH OF THE C.U.S.A.A.F. ARTICLE: 7 OF THE CHARTER-VESSEL-CLAIM WITHIN THE STATE OF THE NORTH-CAROLINA WITH THE DAMAGE BY THE VASSALEES:  Joe Meyer sic [SECRETARY. FOR THE STATE OF THE WYOMING], Todd Dawson sic [FEDERAL-BUREAU-INVESTIGATION], Lonnie Cox sic [FEDERAL-BUREAU-INVESTIGATION], Sharif Hassan sic [FEDERAL-BUREAU-INVESTIGATION], Dean Titus sic [JAILER. FOR THE COUNTY OF THE FREMONT], Wesley Roberts sic [JUDGE. FOR THE CITY OF THE RIVERTON], Donald Rissler sic [PROSECUTING-ATTORNEY. FOR THE CITY OF THE RIVERTON], Kipp Krofts sic [PROSECUTING-ATTORNEY. DEPARTMENT OF THE JUSTICE], Norman Young sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT] Timothy Gist sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT], Linda Freeman sic [CLERK. FOR THE COUNTY OF THE FREMONT], Lewis Wright sic[WYOMING-STATE-PATROL], David King sic [SHERRIFF. FOR THE COUNTY OF THE FREMONT], Donald Metzger sic [POLICE. FOR THE CITY OF THE LANDER],Charlie Marshal sic [POLICE. FOR THE CITY OF THE RIVERTON], Chuck Carr sic [POLICE. FOR THE CITY OF THE RIVERTON], Betty Griess sic [CLERK. FOR THE UNITED STATES DISTRICT COURT sic FOR THE DISTRICT OF WYOMING sic], Katie Heil sic [CLERK. FOR THE DI-STICT-COURT OF THE STATE OF THE WYOMING FOR THE COUNTY OF THE FREMONT], Coralie Ring sic [CLERK. FOR THE COUNTY OF THE FREMONT], Donald Hall sic [JUDGE. FOR THE COUNTY OF THE FREMONT], Robert Denhardt sic [JUDGE. FOR THE COUNTY OF THE FREMONT].

12. FOR THE CLAIMANT: Russell-Jay: Gould WITH THIS CLAIM IS WITH THE CHARTER-VESSEL-

For the copyclaim-JULY-15, 2000 by the RUSSELL-JAY: GOULD:

CLAIM, WITH THE KNOWLEDGE OF THE DAMAGE WITH THE BREACH OF THE **C.U.S.A.A.F. ARTICLE: 7:** OF THE <u>CHARTER-VESSEL-CLAIM</u> OF THE LAW WITH THE **TITLE: 42<u>: U.S.A.- CLAIM: §: 1986:</u>** FOR THE KNOWLEDGE OF THE LAW FOR THE POSSESSION OF THE LAWS AND OF THE GUARANTEES, FOR THE CLAIM OF THE <u>C.U.S.A.F.-CHARTER-VESSEL</u> OF THE TRUST-VESSEL, WITH THE **C.U.S.A.A.F. ARTICLE: 11** WITH THE FACT-FINDING OF THE **C.U.S.A.A.F. ARTICLE: 13** , OF THE **C.U.S.A.A.F. ARTICLE: 7,** OF THE **C.U.S.A.A.F. ARTICLE: 6** OF THE **C.U.S.A.A.F. ARTICLE: 9** OF THE **C.U.S.A.A.F. ARTICLE: 10,** AND OF THE **C.U.S.A.A.F. ARTICLE: 3 OF THE CLAIMS WITH THE CORRECTION OF THE** <u>C.U.S.A.F.</u> OF THE CLAIMANT WITHIN THE STATE OF THE WYOMING WITH THE DAMAGE BY THE <u>VASSALEES:</u>  Joe Meyer sic [SECRETARY. FOR THE STATE OF THE WYOMING], Todd Dawson sic [FEDERAL-BUREAU-INVESTIGATION], Lonnie Cox sic [FEDERAL-BUREAU-INVESTIGATION], Sharif Hassan sic [FEDERAL-BUREAU-INVESTIGATION], Dean Titus sic [JAILER. FOR THE COUNTY OF THE FREMONT], Wesley Roberts sic [JUDGE. FOR THE CITY OF THE RIVERTON], Donald Rissler sic [PROSECUTING-ATTORNEY. FOR THE CITY OF THE RIVERTON], Kipp Krofts sic [PROSECUTING-ATTORNEY. DEPARTMENT OF THE JUSTICE], Norman Young sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT] Timothy Gist sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT], Linda Freeman sic [CLERK. FOR THE COUNTY OF THE FREMONT], Lewis Wright sic[WYOMING-STATE-PATROL], David King sic [SHERRIFF. FOR THE COUNTY OF THE FREMONT], Donald Metzger sic [POLICE. FOR THE CITY OF THE LANDER], Charlie Marshal sic [POLICE. FOR THE CITY OF THE RIVERTON], Chuck Carr sic [POLICE. FOR THE CITY OF THE RIVERTON],  Betty Griess sic [CLERK. FOR THE UNITED STATES DISTRICT COURT sic FOR THE DISTRICT OF WYOMING sic], Katie Heil sic [CLERK. FOR THE DI-STICT-COURT OF THE STATE OF THE WYOMING FOR THE COUNTY OF THE FREMONT], Coralie Ring sic [CLERK. FOR THE COUNTY OF THE FREMONT], Donald Hall sic [JUDGE. FOR THE COUNTY OF THE FREMONT], Robert Denhardt sic [JUDGE. FOR THE COUNTY OF THE FREMONT].

13. FOR THE CLAIMANT: Russell-Jay: Gould WITH THIS CLAIM **IS** WITH THE <u>CHARTER-VESSEL-CLAIM</u>, WITH THE KNOWLEDGE OF THE DAMAGE WITH THE BREACH OF THE **C.U.S.A.A.F. ARTICLE: 7:** OF THE <u>CHARTER-VESSEL-CLAIM</u> OF THE LAW, WITH THE **TITLE: 42<u>: U.S.A.- CLAIM: §: 1986:</u>** FOR THE KNOWLEDGE OF THE LAW WITH THE DAMAGE OF THE CLAIMANT WITH THE DATES OF THE <u>NOVEMBER-17, 1999-APRIL-6, 2000</u>. FOR THE BREACH OF THE <u>CHARTER-VESSEL</u> **IS** WITH THE **C.U.S.A.A.F. ARTICLE: 7.** FOR THE **C.U.S.A.A.F. BY THE ARTICLE: 11 IS** FOR THE APPOINTMENT OF THE PEOPLE AND FOR THE PEOPLE, FOR THE <u>CHARTER-VESSEL</u> OF THE SAFEGUARD OF THE JUSTICE. FOR THE CLAIMANT WITH THE TRUTH **IS** FOR THE SEEKING FOR THE ADJUDICATION WITH THE CONTEXT OF AN <u>ADVERSARY-HARD-COPY-CLAIM</u> WITH THE **CLAIM WITH THE C.U.S.A.A.F. ARTICLE: 7:** OF THE <u>CHARTER-VESSEL-LAW</u>, AND WITH THE <u>F.C.C.P.-CLAIM:</u> **38(a)** OF THE <u>CLAIM OF THE TRIAL BY THE JURY WITH THE TRUTH</u>. **WITH THE C.U.S.A.A.F. ARTICLE: 9.** FOR THE **BREACHES OF THE** <u>C.U.S.A.F.-</u> **VESSEL ARE** AGAINST THE TRUST WITH THE PERJURY OF THE OATH; AND, FOR THE



BREACHES OF THE CONTRACT **ARE** WITH THE ENRICHMENT OF THE <u>FICTION-CORPORATION,</u> DURING THE TIME OF THE BREACH OF THE <u>TRUST-VESSEL</u>, **WITH THE VOLITION** BY THE STATE OF THE MIND. WITH THE **TITLE: 4**<u>: U.S.A.-CLAIM</u>: §: 3: FOR THE <u>MUTILATION</u> **IS** AGAINST THE **TITLE: 4**<u>: U.S.A.-CLAIM</u>: §: 1 & 2: <u>FLAG</u> OF THE U.S.A., WITH THE **TITLE: 36**<u>:</u> <u>U.S.A.-CLAIM</u>: **CH. 10**: §: 175: (c, d, e, f, g, I, j), WITH THE **TITLE: 36**<u>: U.S.A.-CLAIM</u>: **CH. 10**: §: 176: (a, j, g) OF THE **TITLE: 4**<u>: U.S.A.-CLAIM</u>: §: 1 & 2: <u>FLAG</u>. FOR THE PLACEMENT A FRINGE AROUND THE REGULATION-SIZE-FLAG OF THE U.S.A., WITH THE **TITLE: 4**<u>: U.S.A.-CLAIM</u>: §: **1 & 2 IS** FOR THE MAKING OF THE FLAG INTO A FICTION-ENTITY. FOR THE BREACH OF THE <u>C.U.S.A.F.-CHARTER-VESSEL</u> **IS** WITH THE MUTILATION OF THE AMERICAN-FLAG. FOR THE **CONSTRUCTIVE-TREASON** <u>AGAINST THE C.U.S.A.F.-CHARTER-VESSEL</u> **IS** <u>WITH THE GIVING-</u> <u>CAUSE WITH THE OFFENSE OF THE ATTEMPT WITH THE OVERT-ACTS OF THE OVERTHROW</u> <u>OF THE GOVERNMENT OF THE STATE, AND FOR THE BREACH OF THE CHARTER-VESSEL WITH</u> <u>THE HANDS OF THE FICTION-POWER</u>. FOR THE **FIDUCIARIES** OF THE AGENCIES **ARE** WITH THE OBLIGATION FOR THE COLORS OF THE FLAG BY THE VASSALEES:  Joe Meyer sic [SECRETARY. FOR THE STATE OF THE WYOMING], Todd Dawson sic [FEDERAL-BUREAU-INVESTIGATION], Lonnie Cox sic [FEDERAL-BUREAU-INVESTIGATION], Sharif Hassan sic [FEDERAL-BUREAU-INVESTIGATION], Dean Titus sic [JAILER. FOR THE COUNTY OF THE FREMONT], Wesley Roberts sic [JUDGE. FOR THE CITY OF THE RIVERTON], Donald Rissler sic [PROSECUTING-ATTORNEY. FOR THE CITY OF THE RIVERTON], Kipp Krofts sic [PROSECUTING-ATTORNEY. DEPARTMENT OF THE JUSTICE], Norman Young sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT] Timothy Gist sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT], Linda Freeman sic [CLERK. FOR THE COUNTY OF THE FREMONT], Lewis Wright sic[WYOMING-STATE-PATROL], David King sic [SHERRIFF. FOR THE COUNTY OF THE FREMONT], Donald Metzger sic [POLICE. FOR THE CITY OF THE LANDER],Charlie Marshal sic [POLICE. FOR THE CITY OF THE RIVERTON], Chuck Carr sic [POLICE. FOR THE CITY OF THE RIVERTON], Betty Griess sic [CLERK. FOR THE UNITED STATES DISTRICT COURT sic FOR THE DISTRICT OF WYOMING sic], Katie Heil sic [CLERK. FOR THE DI-STICT-COURT OF THE STATE OF THE WYOMING FOR THE COUNTY OF THE FREMONT], Coralie Ring sic [CLERK. FOR THE COUNTY OF THE FREMONT], Donald Hall sic [JUDGE. FOR THE COUNTY OF THE FREMONT], Robert Denhardt sic [JUDGE. FOR THE COUNTY OF THE FREMONT].

14. FOR THE FACTS: WITH THE MILITARY-AMERICAN-FLAG **FOR THE REGULATION OF THE ARMY: 840-10: CHAPTER: 8**: FOR THE SHOW OF THE JURISDICTION OF THE MILITARY **IS** WITH A BALL ATOP OF THE STANDARD, OR WITH THE BALL ATOP THE POLE FOR THE DISPLAY FOR THE OUTSIDE OF THE MILITARY-CENTERS; FOR A SPEAR FOR THE COURT-MARTIAL **IS** WITH A BRAID FOR THE MILITARY-REGIMENTAL-COLORS; FOR THE POLE WITH A BIRD **IS** FOR THE SOLE-USE OF THE PRESIDENT(sic) OF THE UNITED STATES(sic).

15. FOR THE CLAIMANT: Russell-Jay: Gould WITH THIS CLAIM **IS** WITH THE <u>CHARTER-VESSEL-</u> <u>CLAIM</u>, WITH THE KNOWLEDGE OF THE DAMAGE WITH THE BREACH OF THE **C.U.S.A.A.F.**

**ARTICLE: 7**: OF THE <u>CHARTER-VESSEL-CLAIM</u> OF THE LAW. WITH THE **TITLE: 42: U.S.A.-CLAIM**: §: **1986**: WITH THE KNOWLEDGE OF THE LAW, FOR THE PLACEMENT OF THE **TITLE: 4: U.S.A.-CLAIM**: §: 1 & 2: <u>FLAG</u> IS FOR THE ENFORCEMENT OF THE <u>C.U.S.A.F.-CHARTER-VESSEL</u> WITH THE CREATION OF THE <u>C.U.S.A.F.</u> JURISDICTION, WITH THE LAW OF THE FLAG. FOR ANY HEARING WITHIN THIS CASE IS WITH THE **TITLE: 4: U.S.A.-CLAIM**: §: 1 & 2: <u>FLAG</u> OF THE U.S.A. UPON THE LAPEL OF THE CLAIMANT. FOR THE LAW OF THE U.S.A. IS FOR THE <u>P/C/P-VESSEL</u> WITH THE <u>C.U.S.A.F.</u> CLAIMS; AND, FOR THE BREACH OF THE <u>CHARTER-VESSEL</u> IS WITH ANY USE OF THE FICTION-LANGUAGE WITH THE CLAIMS FOR THE DAMAGE OF THE CLAIMANT. WITH THE <u>F.C.C.P.-CLAIM</u>: 9(b): FOR THE <u>FRAUD</u> IS WITH THE BREACH OF THE <u>CHARTER-VESSEL</u> FOR THE GIVING OF THE <u>CHARTER-VESSEL-CLAIM</u> OF THE VOLITION WITH THE TAKING OF THE CLAIMANT'S-MONIES; FOR THE USE OF THE FICTION-LANGUAGE IS <u>WITH THE CLAIM OF THE **F.C.C.P.-CLAIM**: 9(b)</u>: FRAUD WITH THE BREACH OF THE <u>C.U.S.A.F.</u>, FOR THE PURPOSE OF THE DAMAGE OF THE <u>VASSALEES</u> WITHIN THE STATE OF THE WYOMING, AND FOR THE TERMINATION OF THE <u>C.U.S.A.F.-CHARTER-VESSEL</u>.

16. FOR THE CLAIMANT: Russell-Jay: Gould WITH THIS CLAIM IS WITH THE <u>CHARTER-VESSEL-CLAIM</u>, WITH THE KNOWLEDGE OF THE DAMAGE WITH THE BREACH OF THE **C.U.S.A.A.F. ARTICLE: 7**: OF THE <u>CHARTER-VESSEL-CLAIM</u> OF THE LAW, WITH THE **TITLE: 42: U.S.A.-CLAIM**: §: **1986**: FOR THE KNOWLEDGE OF THE LAW. FOR THE BREACH WITH THE STANDARDS OF THE TREATY IS WITH THE DAMAGE OF THE CLAIMANT WITH AN ACTION OF THE CONSPIRACY FOR THE COMMISSION OF THE **CONSTRUCTIVE-TREASON**, WITH THE **TITLE: 42: U.S.A.-CLAIM**: §: **1986**: WITH THE <u>KNOWLEDGE</u>, AND WITH THE BREACH OF THE <u>CHARTER-VESSEL</u> FOR THE STOPPAGE AND FOR THE CORRECTION OF THE WRONG OF THE JURISDICTION **WITH THE TITLE: 18: U.S.A.-CLAIM**: §: 242: FOR THE CONFISCATION OF THE CLAIMS WITH THE COLOR OF THE LAW, AND WITH THE **TITLE: 18: U.S.A.-CLAIM**: §: 1512: WITH THE OBSTRUCTION OF THE JUSTICE DURING THE TIME OF THE CONSPIRACY WITH THE USE OF THE VERB-<u>CHARTER-VESSEL</u> AGAINST THE CLAIMANT, DURING THE <u>CHARTER-VESSEL</u> FOR THE CLAIM OF THE **C.U.S.A.A.F. ARTICLE: 7**: <u>CHARTER-VESSEL-CLAIM</u> OF THE LAW. WITH THE **TITLE: 18: U.S.A.-CLAIM**: §: 241, FOR THE <u>CONSPIRACY</u> IS WITH THE DATE OF THE NOVEMBER-17, 1999-APRIL-6, 2000, AND WITH THE **TITLE: 42: U.S.A.-CLAIM**: §: 1985(2): FOR A <u>CIVIL-CONSPIRACY</u> WITH THE HELP WITH THE **TITLE: 18: U.S.A.-CLAIM**: §: 872: FOR THE <u>COERCION</u>. FOR THE BREACH OF THE <u>CHARTER-VESSEL</u> IS WITH THE <u>CHARTER-VESSEL</u> WITH THE **C.U.S.A.A.F. ARTICLE: 7**: FOR THE CLAIM OF THE <u>CHARTER-VESSEL-CLAIM</u> OF THE LAW WITH THE <u>C.U.S.A.F.</u>. FOR THE <u>BREACHES</u> OF THE LAW, AND FOR THE <u>CONFISCATIONS</u>, ARE WITH THE <u>**F.C.C.P.-CLAIM**</u>: 12(b)(6), WITH THE <u>**F.C.C.P.-CLAIM**</u>: 12(b)(5), WITH THE <u>**F.C.C.P.-CLAIM**</u>: 12(b)(4), WITH THE <u>**F.C.C.P.-CLAIM**</u>: 12(b)(1), AND WITH THE <u>**F.C.C.P.-CLAIM**</u>: 9(b): <u>FRAUD</u> WITH THE CONFISCATIONS OF THE <u>C.U.S.A.F.</u> CLAIMS WITHIN THE STATE OF THE WYOMING WITH THE DAMAGE BY THE VASSALEES: Joe Meyer sic [SECRETARY. FOR THE STATE OF THE WYOMING], Todd Dawson sic [FEDERAL-BUREAU-INVESTIGATION], Lonnie Cox sic



[FEDERAL-BUREAU-INVESTIGATION], Sharif Hassan sic [FEDERAL-BUREAU-INVESTIGATION], Dean Titus sic [JAILER. FOR THE COUNTY OF THE FREMONT], Wesley Roberts sic [JUDGE. FOR THE CITY OF THE RIVERTON], Donald Rissler sic [PROSECUTING-ATTORNEY. FOR THE CITY OF THE RIVERTON], Kipp Krofts sic [PROSECUTING-ATTORNEY. DEPARTMENT OF THE JUSTICE], Norman Young sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT] Timothy Gist sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT], Linda Freeman sic [CLERK. FOR THE COUNTY OF THE FREMONT], Lewis Wright sic[WYOMING-STATE-PATROL], David King sic [SHERRIFF. FOR THE COUNTY OF THE FREMONT], Donald Metzger sic [POLICE. FOR THE CITY OF THE LANDER],Charlie Marshal sic [POLICE. FOR THE CITY OF THE RIVERTON], Chuck Carr sic [POLICE. FOR THE CITY OF THE RIVERTON], Betty Griess sic [CLERK. FOR THE UNITED STATES DISTRICT COURT sic FOR THE DISTRICT OF WYOMING sic], Katie Heil sic [CLERK. FOR THE DI-STICT-COURT OF THE STATE OF THE WYOMING FOR THE COUNTY OF THE FREMONT], Coralie Ring sic [CLERK. FOR THE COUNTY OF THE FREMONT], Donald Hall sic [JUDGE. FOR THE COUNTY OF THE FREMONT], Robert Denhardt sic [JUDGE. FOR THE COUNTY OF THE FREMONT]..

17. FOR THE CLAIMANT: Russell-Jay: Gould WITH THIS CLAIM **IS** WITH THE <u>CHARTER-VESSEL-CLAIM</u>, WITH THE KNOWLEDGE OF THE DAMAGE WITH THE **TITLE: 42: U.S.A.-CLAIM:** §: 1986: WITH THE KNOWLEDGE OF THE LAW WITH THE <u>BREACH</u> OF THE <u>CHARTER-VESSEL</u> FOR THE **C.U.S.A.A.F. ARTICLE: 7:** OF THE <u>CHARTER-VESSEL-CLAIM</u> OF THE LAW WITH THE DAMAGE OF THE CLAIMANT, AND WITH THE BREACH **WITH THE TITLE: 18: U.S.A.-CLAIM: §: 1342, AND WITH THE TITLE: 18: U.S.A.-CLAIM: §: 1341:** OF THE <u>FRAUD OF THE MAILS</u>. FOR THE <u>CHARTER-VESSEL-CLAIMS</u> WITH THE CLAIMANT'S-NAME **ARE** WITH A FICTION WITH THE: <u>NOM DE GUERRE</u>- DEAD- WITH THE CAPITAL-TYPE-SPELLING, AND WITH THE LACK OF THE PUNCTUATION, FOR THE MAKING OF THE PARTY'S-NAME WITH THE ADJECTIVE-FICTION WITH THE TITLE OF THE NAME. FOR THE BREACH OF THE <u>CHARTER-VESSEL-CLAIM</u> **IS** AGAINST THE **F.C.C.P.-CLAIM: 10(a):** OF THE <u>NAME OF THE PARTY</u>. FOR THE ACTIONS FOR THE ESTABLISHMENT OF THE **VOLITION** OF THE DAMAGE **ARE WITH THE TITLE: 42: U.S.A.-CLAIM: CH. 21: §: 1983: WITH THE NOTES: 319 AND 337.** FOR THE <u>DAMAGE OF THE CLAIMANT</u> IS WITH THE POLICY AND WITH THE CUSTOM, FOR THE **TITLE: 29: U.S.A.-CLAIM: §: CH. 16: §: 706(8)(A):** HANDICAP WITH THE LACK OF THE EQUALITY-ACCESS OF THE <u>CHARTER-VESSEL-CLAIM</u> BY THE VASSALEES: Joe Meyer sic [SECRETARY. FOR THE STATE OF THE WYOMING], Todd Dawson sic [FEDERAL-BUREAU-INVESTIGATION]. Lonnie Cox sic [FEDERAL-BUREAU-INVESTIGATION], Sharif Hassan sic [FEDERAL-BUREAU-INVESTIGATION], Dean Titus sic [JAILER. FOR THE COUNTY OF THE FREMONT], Wesley Roberts sic [JUDGE. FOR THE CITY OF THE RIVERTON], Donald Rissler sic [PROSECUTING-ATTORNEY. FOR THE CITY OF THE RIVERTON], Kipp Krofts sic [PROSECUTING-ATTORNEY. DEPARTMENT OF THE JUSTICE], Norman Young sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT] Timothy Gist sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT], Linda Freeman sic [CLERK. FOR THE COUNTY OF THE FREMONT], Lewis Wright sic[WYOMING-STATE-PATROL], David King sic [SHERRIFF. FOR THE COUNTY OF THE FREMONT], Donald Metzger sic [POLICE. FOR THE CITY OF

THE LANDER],Charlie Marshal sic [POLICE. FOR THE CITY OF THE RIVERTON], Chuck Carr sic [POLICE. FOR THE CITY OF THE RIVERTON], Betty Griess sic [CLERK. FOR THE UNITED STATES DISTRICT COURT sic FOR THE DISTRICT OF WYOMING sic], Katie Heil sic [CLERK. FOR THE DI-STICT-COURT OF THE STATE OF THE WYOMING FOR THE COUNTY OF THE FREMONT], Coralie Ring sic [CLERK. FOR THE COUNTY OF THE FREMONT], Donald Hall sic [JUDGE. FOR THE COUNTY OF THE FREMONT], Robert Denhardt sic [JUDGE. FOR THE COUNTY OF THE FREMONT].

18. FOR THE CLAIMANT: Russell-Jay: Gould WITH THIS CLAIM **IS** WITH THE <u>CHARTER-VESSEL-CLAIM</u>, WITH THE KNOWLEDGE OF THE DAMAGE WITH THE BREACH OF THE **C.U.S.A.A.F. ARTICLE: 7**: OF THE <u>CHARTER-VESSEL-CLAIM</u> OF THE LAW, WITH THE **TITLE: 42**: <u>U.S.A.-</u> **CLAIM: §**: 1986: FOR THE KNOWLEDGE OF THE LAW; FOR THE LANGUAGE WITH THE CLAIMANT'S-PLEADING **IS** WITH THE <u>C.U.S.A.F.</u> LAWS, FOR THE CORRECTION OF THE SWEARING/<u>CHARTER-VESSEL-CLAIM</u> BY THE OATH OR BY THE <u>CHARTER-VESSEL-CLAIM</u>. FOR THE <u>C.U.S.A.F.-CHARTER-VESSEL</u> WITH THE TRUTH **IS** WITH THE ALGEBRA-AUTHENTICATION FOR THE LANGUAGE-PATTERN-CORRECTIONS, FOR THE CREATION OF THE JURISDICTION-NOUN-CLARIFICATIONS OF THE **U.S.A.-CLAIM** AND OF THE LAWS OF THE <u>C.U.S.A.F.-CHARTER-VESSEL</u>, FOR THE EVIDENCE OF THE **VOLITION** OF THE CLAIMANT, AND FOR THE ACTIONS WITH THE **VOLITION** AS THE SOURCE OF THE ACTIONS WITH THE DAMAGE BY THE VASSALEES: Joe Meyer sic [SECRETARY. FOR THE STATE OF THE WYOMING], Todd Dawson sic [FEDERAL-BUREAU-INVESTIGATION], Lonnie Cox sic [FEDERAL-BUREAU-INVESTIGATION], Sharif Hassan sic [FEDERAL-BUREAU-INVESTIGATION], Dean Titus sic [JAILER. FOR THE COUNTY OF THE FREMONT], Wesley Roberts sic [JUDGE. FOR THE CITY OF THE RIVERTON], Donald Rissler sic [PROSECUTING-ATTORNEY. FOR THE CITY OF THE RIVERTON], Kipp Krofts sic [PROSECUTING-ATTORNEY. DEPARTMENT OF THE JUSTICE], Norman Young sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT] Timothy Gist sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT], Linda Freeman sic [CLERK. FOR THE COUNTY OF THE FREMONT], Lewis Wright sic[WYOMING-STATE-PATROL], David King sic [SHERRIFF. FOR THE COUNTY OF THE FREMONT], Donald Metzger sic [POLICE. FOR THE CITY OF THE LANDER],Charlie Marshal sic [POLICE. FOR THE CITY OF THE RIVERTON], Chuck Carr sic [POLICE. FOR THE CITY OF THE RIVERTON], Betty Griess sic [CLERK. FOR THE UNITED STATES DISTRICT COURT sic FOR THE DISTRICT OF WYOMING sic], Katie Heil sic [CLERK. FOR THE DI-STICT-COURT OF THE STATE OF THE WYOMING FOR THE COUNTY OF THE FREMONT], Coralie Ring sic [CLERK. FOR THE COUNTY OF THE FREMONT], Donald Hall sic [JUDGE. FOR THE COUNTY OF THE FREMONT], Robert Denhardt sic [JUDGE. FOR THE COUNTY OF THE FREMONT].

19. FOR THE CLAIMANT: Russell-Jay: Gould WITH THIS CLAIM **IS** WITH THE <u>CHARTER-VESSEL-CLAIM</u>, WITH THE KNOWLEDGE OF THE DAMAGE WITH THE BREACH OF THE <u>CHARTER-VESSEL-CLAIM</u> OF THE LAW, **WITH THE C.U.S.A.A.F. ARTICLE: 7**. WITH THE **TITLE: 42**: <u>U.S.A.-</u> **CLAIM: §**: 1986: FOR THE KNOWLEDGE OF THE LAW, FOR THE CLAIMANT **IS** WITH A GREAT-LOSS AND WITH THE PAIN OF THE BODY AND OF THE MIND WITH THE DAMAGE OF THE



CLAIMANT. FOR THE LITIGATION WITH THIS CASE **IS** WITH THE DAMAGE OF THE FINANCES WITH THE COSTS OF THE LITIGATION, AND **IS** WITH THE DAMAGE OF THE HEALTH OF THE MIND AND OF THE BODY OF THE CLAIMANT WITH THE DAMAGE BY THE VASSALEES:  Joe Meyer sic [SECRETARY. FOR THE STATE OF THE WYOMING], Todd Dawson sic [FEDERAL-BUREAU-INVESTIGATION], Lonnie Cox sic [FEDERAL-BUREAU-INVESTIGATION], Sharif Hassan sic [FEDERAL-BUREAU-INVESTIGATION], Dean Titus sic [JAILER. FOR THE COUNTY OF THE FREMONT], Wesley Roberts sic [JUDGE. FOR THE CITY OF THE RIVERTON], Donald Rissler sic [PROSECUTING-ATTORNEY. FOR THE CITY OF THE RIVERTON], Kipp Krofts sic [PROSECUTING-ATTORNEY. DEPARTMENT OF THE JUSTICE], Norman Young sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT] Timothy Gist sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT], Linda Freeman sic [CLERK. FOR THE COUNTY OF THE FREMONT], Lewis Wright sic[WYOMING-STATE-PATROL], David King sic [SHERRIFF. FOR THE COUNTY OF THE FREMONT], Donald Metzger sic [POLICE. FOR THE CITY OF THE LANDER],Charlie Marshal sic [POLICE. FOR THE CITY OF THE RIVERTON], Chuck Carr sic [POLICE. FOR THE CITY OF THE RIVERTON], Betty Griess sic [CLERK. FOR THE UNITED STATES DISTRICT COURT sic FOR THE DISTRICT OF WYOMING sic], Katie Heil sic [CLERK. FOR THE DI-STICT-COURT OF THE STATE OF THE WYOMING FOR THE COUNTY OF THE FREMONT], Coralie Ring sic [CLERK. FOR THE COUNTY OF THE FREMONT], Donald Hall sic [JUDGE. FOR THE COUNTY OF THE FREMONT], Robert Denhardt sic [JUDGE. FOR THE COUNTY OF THE FREMONT].

20. FOR THE CLAIMANT: Russell-Jay: Gould WITH THIS CLAIM **IS** WITH THE <u>CHARTER-VESSEL-CLAIM</u>, WITH THE KNOWLEDGE OF THE DAMAGE WITH THE BREACH OF THE **C.U.S.A.A.F. ARTICLE: 7:** OF THE <u>CHARTER-VESSEL-CLAIM</u> OF THE LAW, WITH THE **TITLE: 42<u>: U.S.A.-CLAIM: § 1986:</u>** FOR THE KNOWLEDGE OF THE LAW AS A <u>CHARTER-VESSEL</u> FOR THE USE OF THE SKILL/**CARE**/KNOWLEDGE/PRACTICE OF THE LAW WITH THE FACT-FINDING FOR THE EVIDENCE OF THE CLAIMANT. FOR THE BREACH OF THE <u>C.U.S.A.F.-CHARTER-VESSEL</u> **IS** FOR THE LACK OF THE USE OF THE SKILL/**CARE**/KNOWLEDGE WITH THE FACT-FINDING OF THE CLAIMANT'S-CLAIMS WITH THE <u>CHARTER-VESSEL-CLAIMS</u> AGAINST THE CLAIMANT, AND FOR THE <u>CHARTER-VESSEL-CLAIM</u> **OF THE OBLIGATION** DURING THE COMMENCEMENT OF THE ACTION OF THE CLAIMANT. FOR THE CLAIMANT WITH THE TRUTH **IS** WITH THE CLAIM OF THE CLAIMANT'S-CLAIMS. FOR THE TRUE-<u>PURPOSE</u> OF THE FACTS **IS** WITH THE <u>CHARTER-VESSEL-CLAIM</u> WITH THE COURT WITH THE PLEADINGS OF THE CLAIMANT AND WITH THE MEMBERS OF THE CASE, WITH THE CORPORATION OF THE CASE OF THE CLAIMANT BY THE VASSALEES: Joe Meyer sic [SECRETARY. FOR THE STATE OF THE WYOMING], Todd Dawson sic [FEDERAL-BUREAU-INVESTIGATION], Lonnie Cox sic [FEDERAL-BUREAU-INVESTIGATION], Sharif Hassan sic [FEDERAL-BUREAU-INVESTIGATION], Dean Titus sic [JAILER. FOR THE COUNTY OF THE FREMONT], Wesley Roberts sic [JUDGE. FOR THE CITY OF THE RIVERTON], Donald Rissler sic [PROSECUTING-ATTORNEY. FOR THE CITY OF THE RIVERTON], Kipp Krofts sic [PROSECUTING-ATTORNEY. DEPARTMENT OF THE JUSTICE], Norman Young sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT] Timothy Gist sic [PROSECUTING-ATTORNEY. FOR THE COUNTY



OF THE FREMONT], Linda Freeman sic [CLERK. FOR THE COUNTY OF THE FREMONT], Lewis Wright sic[WYOMING-STATE-PATROL], David King sic [SHERRIFF. FOR THE COUNTY OF THE FREMONT], Donald Metzger sic [POLICE. FOR THE CITY OF THE LANDER],Charlie Marshal sic [POLICE. FOR THE CITY OF THE RIVERTON], Chuck Carr sic [POLICE. FOR THE CITY OF THE RIVERTON], Betty Griess sic [CLERK. FOR THE UNITED STATES DISTRICT COURT sic FOR THE DISTRICT OF WYOMING sic], Katie Heil sic [CLERK. FOR THE DI-STICT-COURT OF THE STATE OF THE WYOMING FOR THE COUNTY OF THE FREMONT], Coralie Ring sic [CLERK. FOR THE COUNTY OF THE FREMONT], Donald Hall sic [JUDGE. FOR THE COUNTY OF THE FREMONT], Robert Denhardt sic [JUDGE. FOR THE COUNTY OF THE FREMONT].

21. FOR THE CLAIMANT: Russell-Jay: Gould WITH THIS CLAIM IS WITH THE CHARTER-VESSEL-CLAIM, WITH THE KNOWLEDGE OF THE DAMAGE WITH THE KNOWLEDGE OF THE ELECTION OR OF THE APPOINTMENT WITH THE POSITION OF THE VASSALEES, FOR THE TRUST-VESSEL AND FOR THE SAFEGUARD OF THE C.U.S.A.F., AND FOR THE SAFEGUARD OF THE PEOPLE OF THE U.S.A.; FOR THE FAILURES OF THE TRUST-VESSEL ARE WITH THE DAMAGE OF THE CLAIMANT BY THE VASSALEES: Joe Meyer sic [SECRETARY. FOR THE STATE OF THE WYOMING], Todd Dawson sic [FEDERAL-BUREAU-INVESTIGATION], Lonnie Cox sic [FEDERAL-BUREAU-INVESTIGATION], Sharif Hassan sic [FEDERAL-BUREAU-INVESTIGATION], Dean Titus sic [JAILER. FOR THE COUNTY OF THE FREMONT], Wesley Roberts sic [JUDGE. FOR THE CITY OF THE RIVERTON], Donald Rissler sic [PROSECUTING-ATTORNEY. FOR THE CITY OF THE RIVERTON], Kipp Krofts sic [PROSECUTING-ATTORNEY. DEPARTMENT OF THE JUSTICE], Norman Young sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT] Timothy Gist sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT], Linda Freeman sic [CLERK. FOR THE COUNTY OF THE FREMONT], Lewis Wright sic[WYOMING-STATE-PATROL], David King sic [SHERRIFF. FOR THE COUNTY OF THE FREMONT], Donald Metzger sic [POLICE. FOR THE CITY OF THE LANDER],Charlie Marshal sic [POLICE. FOR THE CITY OF THE RIVERTON], Chuck Carr sic [POLICE. FOR THE CITY OF THE RIVERTON], Betty Griess sic [CLERK. FOR THE UNITED STATES DISTRICT COURT sic FOR THE DISTRICT OF WYOMING sic], Katie Heil sic [CLERK. FOR THE DI-STICT-COURT OF THE STATE OF THE WYOMING FOR THE COUNTY OF THE FREMONT], Coralie Ring sic [CLERK. FOR THE COUNTY OF THE FREMONT], Donald Hall sic [JUDGE. FOR THE COUNTY OF THE FREMONT], Robert Denhardt sic [JUDGE. FOR THE COUNTY OF THE FREMONT].

22. FOR THE CLAIMANT: Russell-Jay: Gould WITH THIS CLAIM IS WITH THE CHARTER-VESSEL-CLAIM, WITH THE KNOWLEDGE OF THE DAMAGE WITH THE BREACH OF THE CHARTER-VESSEL FOR THE ADHERENCE, WITH THE C.U.S.A.A.F. ARTICLE: 7: OF THE CHARTER-VESSEL-CLAIM OF THE LAW, WITH THE TITLE: 42: U.S.A.-CLAIM: §: 1986: FOR THE KNOWLEDGE OF THE LAW, WITH THE TITLE: 42: U.S.A.-CLAIM: §: CH. 21: §: 1985: NOTE: 69 WITH THE CLAIM. FOR THE BREACHES OF THE C.U.S.A.F.-CHARTER-VESSEL ARE AGAINST THE CLAIMS WITH THE GUARANTEE; FOR THE NORMAL-DAMAGES AGAINST THE CLAIMANT ARE WITH THE ASSUMPTION FOR THE REMEDY; AND FOR THE APPROPRIATE-CIRCUMSTANCES FOR THE



NORMAL-DAMAGES **ARE** WITH THE FACTS FOR THE AWARD FOR THE PUNITORY-[EXEMPLARY(sic)] DAMAGES BY THE VASSALEES:  Joe Meyer sic [SECRETARY. FOR THE STATE OF THE WYOMING], Todd Dawson sic [FEDERAL-BUREAU-INVESTIGATION], Lonnie Cox sic [FEDERAL-BUREAU-INVESTIGATION], Sharif Hassan sic [FEDERAL-BUREAU-INVESTIGATION], Dean Titus sic [JAILER. FOR THE COUNTY OF THE FREMONT], Wesley Roberts sic [JUDGE. FOR THE CITY OF THE RIVERTON], Donald Rissler sic [PROSECUTING-ATTORNEY. FOR THE CITY OF THE RIVERTON], Kipp Krofts sic [PROSECUTING-ATTORNEY. DEPARTMENT OF THE JUSTICE], Norman Young sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT] Timothy Gist sic [PROSECUTING-ATTORNEY. FOR THE COUNTY OF THE FREMONT], Linda Freeman sic [CLERK. FOR THE COUNTY OF THE FREMONT], Lewis Wright sic[WYOMING-STATE-PATROL], David King sic [SHERIFF. FOR THE COUNTY OF THE FREMONT], Donald Metzger sic [POLICE. FOR THE CITY OF THE LANDER],Charlie Marshal sic [POLICE. FOR THE CITY OF THE RIVERTON], Chuck Carr sic [POLICE. FOR THE CITY OF THE RIVERTON], Betty Griess sic [CLERK. FOR THE UNITED STATES DISTRICT COURT sic FOR THE DISTRICT OF WYOMING sic], Katie Heil sic [CLERK. FOR THE DI-STICT-COURT OF THE STATE OF THE WYOMING FOR THE COUNTY OF THE FREMONT], Coralie Ring sic [CLERK. FOR THE COUNTY OF THE FREMONT], Donald Hall sic [JUDGE. FOR THE COUNTY OF THE FREMONT], Robert Denhardt sic [JUDGE. FOR THE COUNTY OF THE FREMONT].

### FOR THIS SECTION IS FOR THE <u>CHARTER-VESSEL-CLAIM</u>.

23. FOR THE CLAIMANT: Russell-Jay: Gould WITH THIS CLAIM **IS** WITH THE <u>CHARTER-VESSEL-CLAIM</u> WITH THE KNOWLEDGE OF THE DAMAGE WITH THE BREACH OF THE <u>CHARTER-VESSEL</u> WITH THE **C.U.S.A.A.F. ARTICLE :** 7: OF THE <u>CHARTER-VESSEL-CLAIM</u> OF THE LAW, WITH THE **TITLE: 42:** <u>U.S.A. CLAIM</u>: 1986: FOR THE KNOWLEDGE OF THE LAW. FOR THE CLAIMANT WITH THE TRUTH **IS** WITH THE STATEMENT WITH AN AVERMENT OR <u>CHARTER-VESSEL-CLAIM</u> OF THE CLAIM WITH THE 60-DAYS, WITHIN THE NINTH-JUDICIAL: DI-STRICT-COURT OF THE U.S.A. FOR THE STATE OF THE WYOMING, WITH THE LOCATION: 450-NORTH-SECOND: STREET WITH THE CITY OF THE LANDER WITHIN THE STATE OF THE WYOMING[82520]. FOR THE <u>CHARTER-VESSEL-CLAIM</u> OF THE CLAIMANT **IS** FOR THE **C.U.S.A.F.** ARTICLE: 2: JUDGMENT OF THE OMISSION-ACTS OF THE VASSALEES WITH THE CASE OF THE TITLE-HEREIN. FOR THE <u>CHARTER-VESSEL-CLAIM</u> OF THE CLAIMANT **IS** FOR THE STATEMENT OF AN AVERMENT OR <u>CHARTER-VESSEL-CLAIM</u> OF THE PLEADING WITH THE NINTH-JUDICIAL: DI-STRICT-COURT. FOR THE <u>CHARTER-VESSEL-CLAIM</u> OF THE CLAIMANT **IS** FOR THE REMEDY WITH AN AWARD WITH THE WRIT OF THE ASSISTANCE FOR THE $:  75,000.00: DOLLARS FOR EACH DAMAGE WITH THE TITLE, RULES, AND BREACHES OF THE <u>C.U.S.A.F.</u>, WITH THE **TITLE: 31:** <u>U.S.A. CLAIM</u>: §: 5112(a)(7-10)(e) OF THE U.S.A. CURRENCY, WITH THE 1: ½%-CHARGE/MONTH, WITH THE ADDITION OF THE CHARGE, FOR THE BREACH OF THE AVERMENT WITH THE **F.C.C.P. CLAIM:** 8(a), & 8(d), AND WITH THE AVERMENT OF THE **C.U.S.A.A.F. ARTICLE:** 7: <u>CHARTER-VESSEL-CLAIM</u>, AND WITH THE **C.U.S.A.A.F. ARTICLE:** 9: <u>TRIAL BY THE JURY WITH THE TRUTH</u>. FOR THE <u>DURESS</u>, AND FOR THE GENERAL-DAMAGES/DIRECT-DAMAGES, **ARE** WITH



THE NOW-TENSE-FORCE WITH THE **BREACHES** OF THE **OATH** OR WITH THE <u>CHARTER-VESSEL-CLAIM</u> OF THE OFFICE, AND WITH THE **BREACHES** OF THE <u>C.U.S.A.F.-CHARTER-VESSEL</u>, WITH THE **VOLITION** FOR THE BREACH OF THE LAW WITH THE STATUTES, HEREIN; AND, FOR THE, <u>DURESS</u> OF THE BODY AND MIND, FOR THE <u>CHARTER-VESSEL-CLAIM</u> OF THE CLAIMANT **IS** FOR THE WRIT OF THE ASSISTANCE OF THE DAMAGE OF THE $: 75,000.00: DOLLARS WITH THE **TITLE: 31: <u>U.S.A. CLAIM</u>: §: 5112(a)(7-10)(e)** OF THE U.S.A. CURRENCY-PLUS OF THE CHARGE FOR THE CONFISCATION OF THE CLAIMS. FOR THE <u>CHARTER-VESSEL-CLAIM</u> OF THE CLAIMANT **IS** FOR THE PECUNIARY-DAMAGES FOR THE TORTURE OF THE BODY AND MIND. FOR THE <u>CHARTER-VESSEL-CLAIM</u> OF THE CLAIMANT **IS** FOR THE WRIT OF THE ASSISTANCE FOR THE $60,000,000.00 WITH THE U.S.A. DOLLARS WITH THE **TITLE: 31: <u>U.S.A. CLAIM</u>: §: 5112(a)(7-10)(e)** OF THE CURRENCY. FOR THE <u>CHARTER-VESSEL-CLAIM</u> OF THE CLAIMANT **IS** FOR THE SIXTY-MILLION-DOLLARS OF THE U.S.A. CURRENCY WITH THE **TITLE: 31: <u>U.S.A. CLAIM</u>: §: 5112(a)(7-10)(e)** WITH A WRIT OF THE ASSISTANCE FOR THE COST WITH THE GUARD. FOR THE <u>CHARTER-VESSEL-CLAIM</u> OF THE CLAIMANT **IS** FOR THE PAYMENT OF THE TEN-TIMES(10) OF THE JUDGEMENT WITH THE UNITY-POSTAL-UNION-JURISDICTION(sic) WITH THE LAW OF THE FLAG AND WITH THE BILL OF THE LADING(STAMP).

FOR THE DATE: _____.

L.S. *Russell-Jay: Gould* II
FOR THE CLAIMANT: Russell-Jay: Gould
419-17-MILE: ROAD
WITHIN THE CITY OF THE ARAPAHOE,
WITHIN THE STATE OF THE WYOMING.
WITH THE DATE: *July-17, 2000*
(307)856-9571

### <u>FOR THE SIGNIFICATIONS OF THE ALLEGIANCE IS WITH THE CLAIM OF THE WORDS WITH THE CLAIM BY THE CLAIMANT.[DEFINITIONS]</u>

24. FOR THE CLAIM OF THE **ADJECTIVES ARE** WITH THE CLAIMS OF THE NOUNS/CLAIM, FOR THE APARTHEID OF THE NOUN/FACTS OF THE CASE. FOR ANY TIME OF THE TWO-NOUNS OR OF THE MORE-NOUNS COME-TOGETHER, FOR THE LAST-NOUN WITH THE NOUN-PHRASE **IS** AS THE NOUN. FOR THE NOUNS OF THE LEFT/IN-FRONT OF THE LAST NOUN **ARE** WITH THE ADJECTIVES/PROPER-ADJECTIVES WITH THE CASE; FOR THE NOUNS AS THE ADJECTIVES **ARE** WITH THE FICTION OF THE CLAIM /ASSUMPTION OF THE FACTS, AND **ARE** WITH A BAR OF FURTHER <u>CHARTER-VESSEL-CLAIM</u> BY THE OFFENDING-PARTY-VESSEL, FOR THE FICTIONS WITH THE LEGAL-JURISDICTION OF THE STATEMENTS WITH THE COURT. FOR THE FICTION-NAME WITH THE WRITING: **RUSSELL JAY GOULD**(sic) **IS** FOR THE CREATION AS THE DEAD-FICTION; AND FOR THE <u>CHARTER-VESSEL</u> OF THE WRITING FOR THE RECOGNITION OF THE LIVE/BREATHING-ENTITY BY THE VASSALEES.

25. FOR THE CLAIM OF THE **ADVERBS ARE** FOR THE PLACEMENT OF THE VERB WITH THE

STATE OF THE APARTHEID. FOR THE FUNCTION OF AN ADVERB **IS** FOR THE MEASURE OF THE ACTION WITH AN CLAIM. FOR THE JUDGEMENT OF THE SPEED **IS** WITH THE VERB **IS** BY THE CLAIM.

26.  FOR THE CLAIM OF THE **DIFFERENT-KINDS OF THE TRAPS ARE** FOR THE BAR OF THE SERVICE-PAPERS WITH THE PLACEMENT OF THE WORDS: et. al. **AND** etc. WITH THE LAST-NAME. FOR THE CREATION OF THE NEW: LAST/SURNAME **IS** WITH THE FICTITIOUS-ENTITY WITH THE COLOR OF THE LAW BY THE LACK OF THE COLONS, AND BY THE COMMAS. FOR THE USE OF THE [ ] (BRACKETS), AND OF THE BOXES, **ARE** WITH THE ELIMINATION OF ALL JURISDICTION WITHIN THE BRACKETS/BOXES OFF THE PAPER. FOR THE BOX IN THE COURT-ROOM **IS** WITH THE JURISDICTION OF THE BOX. FOR THE JURY-BOX/WITNESS-BOX/JUDGE'S-BOX/CLERK'S-BOX **ARE** FOR THE ELIMINATION OF THE JURISDICTION, AND FOR THE ELIMINATION OF THE WORDS OF THE STATEMENTS OF THE PARTIES WITH THE BOXES.

27.  FOR THE CLAIM OF THE **APARTHEID** IS FOR A POLICY OF THE SEGREGATION AND OF THE LEGAL-BIAS/PARTIALNESS, AND FOR THE ECONOMIC-BIAS/PARTIALNESS AGAINST THE CLAIMANT WITH AN CLAIM. FOR THE LEANING OF THE CLAIM **IS** WITH THE LEAN FOR THE SIDE OF A CLAIMANT, FOR THE PURPOSE OF THE OBSTRUCTION OF THE JUSTICE BY THE VASSALEES.

28.  FOR THE CLAIM OF THE **ARGUMENT** IS FOR AN EFFORT OF THE ESTABLISHMENT OF A CONVICTION BY A COURSE OF THE REASONING.

29.  FOR THE CLAIM OF THE **BARRATRY** IS FOR THE CREATION OF THE ANGER FOR THE PURPOSE OF THE STIRRING OF THE ACTIVITY OF THE JUDICIAL-HARD-COPY-CLAIMS BY THE FRAUD WITH THE WANT OF THE GROUNDS FOR THE HARD-COPY-CLAIM WITH A CLAIM.

30.  FOR  THE  CLAIM  OF  THE  **BREACH  IS**  FOR  THE  BREAKING  OF  THE LAW/CLAIM/OBLIGATION/ENGAGEMENT/DUTY  WITH  THE  COMMISSION  OR  WITH  THE OMISSION. FOR A PARTY-VESSEL OF THE C.U.S.A.F.-CHARTER-VESSEL FAILS WITH THE CARRYING-OUT OF A TERM OF A CLAIM, OR OF A STATE OF THE C.U.S.A.F.-CHARTER-VESSEL

31. FOR THE CLAIM OF THE **CITE** IS FOR THE REASONING, OR OF THE REFERENCE OF A LEGAL-AUTHORITY, FOR AN ARGUMENT WITH A COURT, OR WITH SOME-OTHER PLACE OF THE OFFER, FOR THE SEEKING OF THE ALLEGIANCE FOR THE ESTABLISHMENT OF THE LAW.

32. FOR THE CLAIM OF THE **CONSTRUCTIVE-TREASON** WITH THE C. U.S.A.F. **IS** WITH THE SWEARING OF AN ALLEGIANCE OF AN OATH(**FOR THE OATH OF THIS** CHARTER-VESSEL **BY THE PARTIES SEE OF THE SIGNIFICATION: OATH**), OR OF AN CHARTER-VESSEL-CLAIM WITH THE VERB-CHARTER-VESSEL WITH THE TITLE: 28: §: 453: DUTIES OF THE OFFICE: "I, _____, DO SOLEMNLY SWEAR (OR AFFIRM) THAT I WILL ADMINISTER JUSTICE WITHOUT HONOR TO PERSONS, AND DO EQUAL CLAIM TO THE POOR AND TO THE RICH, AND THAT I WILL



FAITHFULLY AND IMPARTIALLY CLAIM AND PERFORM ALL THE DUTIES INCUMBENT UPON ME AS _____ WITH THE CONSTITUTION AND LAWS OF THE UNITED STATES. SO HELP ME GOD"(sic). FOR THIS OATH OF THE VERB-CHARTER-VESSEL IS WITH THE FICTION-LANGUAGE OF THE OBLIGATION AND OF THE AUTHORITY. FOR THE CORPORATION OF THE C.U.S.A.F. WITH THE OATH OR WITH THE CHARTER-VESSEL-CLAIM IS AS AN ALLEGIANCE FOR THE CONSTITUTION/CHARTER-VESSEL OF THE U.S.A.. FOR THE FICTION-POWER OF THE FICTION-FLAG WITH THE FRINGE, AND/OR WITH THE ALTERNATIVE-STANDARD OF THE LAW OF THE FLAG IS WITH THE CONTROLLING-FACTOR; FOR THE LAW WITH THE STATUTES IS WITH THE CHARTER-VESSEL FOR THE USE OF THE SIMPLE-POLE, AND CAP FOR THE GEARS OF THE ROPE WITH THE TITLE: 4: U.S.A.-CLAIM: §: 1, 2, 3: AMERICAN-FLAG. FOR THE PLACEMENT UPON THE TITLE: 4: U.S.A.-CLAIM: §: 1 & 2 IS WITH THE VOLITION, FOR AN ACTION OF THE MUTILATION OF THE TITLE: 4: U.S.A.-CLAIM: §: 1 & 2: FLAG OF THE U.S.A., WITH THE TITLE: 4: U.S.A.-CLAIM: §: 3. FOR THE CLAIM OF THE CONSTRUCTIVE-TREASON IS FOR THE VOLITION FOR THE MUTILATION OF THE FLAG OF THE U.S.A. WITH THE FORMATION OF A FICTION-POWER FOR THE FURTHER OF THE **CONFISCATION AND OF THE APARTHEID** OF THE CLAIMS, AND FOR THE RAPE/COERCION/CLAIM/THREAT OF THE CLAIMANT BY THE COURT-OFFICERS. FOR ANY BREACH OF THE TERMS OF THE C.U.S.A.F.-CHARTER-VESSEL IS FOR THE CONSTRUCTIVE-TREASON AGAINST THE C.U.S.A.F.-CHARTER-VESSEL WITH THE 5-YEARS-PRISON-SENTENCE OR $: 5,000: FINE, FOR THE FALSE-SWEARING OF THE OATH.

33. FOR THE CLAIM OF THE **CONSTRUCTIVE-TREASON IS** FOR THE OVERT-ACT OR OF THE OFFENSE WITH THE ATTEMPT OF THE OVERTHROW OF THE GOVERNMENT OF THE STATE OF THE C.U.S.A.F.-CHARTER-VESSEL OF THE OFFENDER BY THE DUTY OF AN ALLEGIANCE, OR IS FOR THE BREACH OF THE CHARTER-VESSEL WITH THE HANDS OF A FICTION-POWER. FOR THE ARTICLE: III: SECTION: III: OF THE C.U.S.A.F. IS WITH THE CROSS-REFERENCE: C.U.S.A.F. ARTICLE: 6: §: 2, 3, AND C.U.S.A.A.F. ARTICLE: 8. FOR ANY BREACH OF THE TERMS OF THE C.U.S.A.F.-CHARTER-VESSEL IS FOR THE CONSTRUCTIVE-TREASON AGAINST THE C.U.S.A.F.-CHARTER-VESSEL WITH THE 5-YEARS-PRISON-SENTENCE OR $: 5,000: FINE, FOR THE FALSE-SWEARING OF THE OATH.

34. FOR THE CLAIM OF THE CHARTER-VESSEL-CLAIM **OF THE OBLIGATION** IS FOR THE CLAIM OF THE TRUTH-PURPOSE OF A PARTY-VESSEL. FOR A VASSALEE-PARTY-VESSEL WITH THE TRUTH IS WITH THE CHARTER-VESSEL FOR THE CLAIM OF THE MATERIAL-FACTORS WITH THE RELEVANCE OF THE OTHER-PARTY-VESSEL'S-JUDGEMENT-MAKING WITH THE TRANSACTION.

35. FOR THE CLAIM OF THE **BIAS/PARTIALNESS** IS FOR THE LACK OF THE EQUALITY-TREATMENT OF THE CITIZENS WITH THE PARTY-VESSEL BY THE TIME OF THE FACT-FINDING. FOR THE REFERENCE OF THE TITLE: VII IS WITH THE 1964: CIVIL-CLAIMS-ACT.

36. FOR THE MAKING OF THE **ASSUMPTION** IS WITH THE LACK OF THE ESTABLISHMENT OF THE FACTS, WITH THE LIABILITY OF A BAR OF FURTHER CHARTER-VESSEL-CLAIM BY A PARTY-VESSEL.

37. FOR THE CLAIM OF THE **CLAIMANT** IS WITH THE MEANING OF THE DUTY WITH THE OBLIGATION BY THE VASSALEE.

38. FOR THE CLAIM OF THE **DI-STRICT-COURT** IS WITH THE ORIGINATION OF THE STRICT-JURISDICTION OF THE COURT.

39. FOR THE CLAIM OF THE **DURESS** IS WITH THE ACT OF THE THREAT OF THE BODY/MIND/FINANCES OR OF THE HARM OR OF THE TENDENCY WITH THE COERCION( WITH THE **TITLE: 28: CHAPTER: 85: U.S.A.-CLAIM:** §: 1359) OF THE WILL OF THE <u>VASSALEES</u> AND FOR THE ACTUAL-PROSECUTION OF THE CLAIMANT WITH THE ACTING-CONTRARY WITHIN THE FREE-WILL OF THE CITIZEN. FOR THE DURESS OF A PARTY-VESSEL **IS** WITH THE PUNISHMENT OR PAIN OF THE SAME-DAMAGES/SAME-THREATS OR OF THE SAME-LIMITATION UPON THE CHILDREN AND/OR PARENTS OF THE <u>CLAIMANTS</u>. FOR THE CLAIM OF THE DURESS **IS** WITH THE CONTRAST OF THE CORRUPT-EMANATION OF A VASSALEES-SPIRITUAL-FORCE OR MORAL-FORCE, BY THE WRONG-DOER **IS** WITH A CAPACITY AS A VASSALEE, OR WITH A POSITION OF THE TRUST-VESSEL AND OF THE CONFIDENCE, WITH THE VICTIM OF THE CORRUPT-EMANATION OF A VASSALEES-SPIRITUAL-FORCE OR MORAL-FORCE.

40. FOR THE CLAIM OF THE **EVIL-PRACTICE** IS FOR THE LACK OF THE <u>SKILL</u> BY THE <u>VASSALEES</u> AGAINST A <u>CHARTER-VESSEL</u>. FOR THE TERMS OF THE <u>CHARTER-VESSEL</u> **ARE** WITH THE ATTORNEYS FOR THE BREACH OF THE DUTY FOR THE CLAIM WITH THE <u>OCCUPATIONAL-SERVICES</u> WITH THE USE OF THE SKILL AND OF THE KNOWLEDGE BY THE APPLICATION AS THE CONDUCT **IS** WITH THE CLAIM OF THE <u>DAMAGE/LOSS</u> OF THE CLIENT(S) WITH THE WITH THE <u>ENTITLEMENT-POSITION</u> OF THE TRUST-VESSEL UPON THE SERVICES.

41. FOR THE CLAIM OF THE **F. R. N.** IS FOR A FEDERAL-RESERVE-NOTE(sic), FOR THE BOND-DEBT-DOCUMENT.

42. FOR THE CLAIM OF THE **FALSE-SWEARING: FOR THE PERJURY**: BY A JUDGE/ATTORNEY/ OFFICER OF THE COURT/<u>VASSALEES</u> **IS** WITH THE COMMISSION OF AN OFFENSE, WITH THE PURPOSE FOR THE LARCENY, AND WITH THE KNOWLEDGE OF THE CLAIM OF THE STATEMENT: (1) FOR THE <u>VASSALEES</u> **ARE** WITH THE MAKING OF A FALSE-STATEMENT, WITH THE OATH OR WITH THE SWEARING OF THE TRUTH OF A PRIOR-FALSE-STATEMENT, AND WITH A <u>CHARTER-VESSEL-CLAIM</u> OF THE STATEMENT OR WITH THE AUTHORITY OF THE LAW FOR THE MAKING OF THE STATEMENT WITH THE OATH; OR (2) FOR THE <u>VASSALEES</u>, FOR THE MAKING OF A FALSE-STATEMENT AGAINST AN AVERMENT OR <u>CHARTER-VESSEL-CLAIM</u> OR OF A FALSE-PUBLICATION **IS** WITH THE GUILT OF A FELONY. .

43. FOR THE CLAIM OF THE **VASSALEE** IS WITH A PRIMARY-DUTY FOR THE CREATION/CLAIM/ACT WITH THE BENEFIT OF THE <u>EMPLOYEE-SERVANT</u>.

44. FOR THE CLAIM OF THE **HYPHEN**(-) IS WITH THE USE: (1) FOR THE BREAKING OF A WORD



BY THE SYLLABLES WITH THE TIME OF THE WORD **IS** WITH THE <u>CHARTER-VESSEL-CLAIM</u> OF THE DIVISION OF THE END OF THE LINE AND OF THE START OF THE FOLLOWING-LINE, AND (2) FOR THE DIVISION OF THE COMPOUND-WORDS, AND (3) FOR THE DIVISION OF THE WORDS AS THE WORDS **ARE** WITH THE CONFUSION.

45. FOR THE CLAIM OF THE **<u>KNOWLEDGE</u> IS** FOR THE PERCEPTION OF THE TRUTH OF THE KNOWLEDGE OF THE FACTS, FOR THE POWER OF THE KNOWING.

46. FOR THE CLAIM OF THE **<u>LARCENY</u> IS <u>WITH THE FRAUD/TRICKERY/DUPLICITY</u>**. FOR A <u>VASSALEES</u> WITH A CLAIM AS A VASSALEE OR WITH A CONFIDENTIAL-STATUS WITH THE CREATION OF A <u>FALSE-IDEA</u> **IS** WITH THE <u>CHARTER-VESSEL</u> FOR THE CORRECTION OF THE <u>FALSE-IDEA</u>; FOR THE <u>VASSALEES</u> **ARE** WITH THE KNOWLEDGE OF THE EMANATION OF THE <u>CLAIMANT</u> AS THE <u>WEAKER-PARTY-VESSEL-VESSEL</u> WITHIN THE <u>CONFIDENTIAL-STATUS</u> BY THE VASSALEES.

47. FOR THE CLAIM OF THE **<u>LEGAL-EVIL-PRACTICE</u> IS** AGAINST THE <u>CHARTER-VESSEL</u> BY THE OFFICER OF THE COURT FOR THE USE OF THE SKILL OF THE PRUDENCE AND OF THE KNOWLEDGE AS THE OFFICERS OF THE COURT OF THE ORDINARY-SKILL AND OF THE ORDINARY-CAPACITY WITH THE COMMON-CLAIM, OR WITH THE KNOWLEDGE AND WITH THE CLAIM OF THE TASKS OF THE OFFICER OF THE COURT/LAW WITH THE PURSUIT OF THE DUTIES OF THE OFFICER; AND, FOR THE DAMAGE AGAINST THE CLAIMANT **IS** WITH THE LEGAL-EVIL-PRACTICE, DURING THE TIME OF THE FAILURE GIVES-RISE FOR AN ACTION WITH THE TORT. FOR THE CAUSE OF THE ACTION **SEE WITH THE** <u>F.C.C.P.-CLAIM</u>**: 9(b), WITH THE** <u>F.C.C.P.-CLAIM</u>**: 12(b)(7), WITH THE** <u>F.C.C.P.-CLAIM</u>**: 12(b)(6), WITH THE** <u>F.C.C.P.-CLAIM</u>**: 12(b)(5), WITH THE** <u>F.C.C.P.-CLAIM</u>**: 12(b)(4), WITH THE** <u>F.C.C.P.-CLAIM</u>**: 12(b)(3), WITH THE** <u>F.C.C.P.-CLAIM</u>**: 12(b)(2), WITH THE** <u>F.C.C.P.-CLAIM</u>**: 12(b)(1)(d), WITH THE C.U.S.A.A.F. ARTICLE: 7, WITH THE C.U.S.A.A.F. ARTICLE: 8, AND WITH THE C.U.S.A.A.F. ARTICLE: 9.**

48. FOR THE CLAIM OF THE **<u>TRUTHFUL-LANGUAGE-PROCEDURE</u> OF THE NOUN IS** FOR THE USE OF A NOUN AS THE NOUN.

49. FOR THE CLAIM OF THE **<u>MALICE</u> IS** WITH A STATE OF THE MIND OF THE RECKLESSNESS OF THE <u>LAW/LEGAL-CLAIMS</u> BY THE <u>VASSALEES</u>.

50. FOR THE SIGNIFICATION OF A **<u>MOTION</u> IS** WITH THE USAGE OF THE <u>CHARTER-VESSEL</u> OF A MEMBER OF A PARLIAMENT OF THE ENGLAND. FOR THIS CASE WITHIN THE U.S.A. **IS** WITH A FORBIDDANCE AGAINST THE USE OF A MOTION, WITH THE LACK OF A PARLIAMENT WITHIN THE U.S.A..

51. FOR THE CLAIM OF THE **<u>MUST</u> IS** FOR THE MAKING OF A <u>CHARTER-VESSEL</u>.

52. FOR THE CLAIM OF THE **<u>OATH</u> IS** WITH THE PARTIES WITH THIS <u>CHARTER-VESSEL</u> BY THE SWEARING OR BY THE <u>CHARTER-VESSEL-CLAIM</u>, FOR THE ADMINISTERING OF THE <u>EQUAL-JUSTICE</u> FOR THE PARTIES WITH THIS CASE, AND FOR THE DOING OF THE <u>EQUAL-CLAIM</u> BY

ALL PARTIES, AND FOR THE OBLIGATION AND FOR THE CLAIM OF ALL DUTIES WITHIN THE CHARTER-VESSEL-CLAIMS OF THE CONSTITUTION AND WITHIN THE LAWS OF THE U.S. BY THE PARTY-VESSEL:_____, WITH THE HELP OF THE GREAT: I-AM.

52. FOR THE CLAIM OF THE **OR IS** FOR THE STATEMENT OF AN ALTERNATIVE, OR FOR THE GIVING OF THE CHOICE OF THE ONE-NOUN OR OF A COMBINATION AMONG THE TWO-NOUNS OR OF MORE NOUNS.

53. **FOR THE NOTE**: FOR THE JURISDICTION OF THE CLAIM(NOUN) **IS** WITH THE ASSIGNMENT OF THE ARTICLE "THE"; AND, FOR THE ASSIGNMENT OF THE AUTHORITY(JURISDICTION) **IS** WITH THE **PREPOSITION** WITH THE **NOW-TENSE.**

54. **FOR THE PREPOSITIONS**: **BY, OF, FOR, WITH, WITH, OUT WITH, WITH, AND WITH ARE** OF A NUMBER OF THE NOW-TENSE-JURISDICTIONAL-WORDS; AND, FOR THE CHARTER-VESSEL-CLAIM OF THE NOW-TENSE-JURISDICTIONAL-WORDS **IS** WITH THE CHARTER-VESSEL FOR THE USE WITH AN ARTICLE WITH THE NOW-TENSE FOR THE KEEPING OF THE PLEADING WITH THE REAL-TIME-JURISDICTION; OR, FOR THE VASSALEE **IS** WITH THE LIABILITY OF THE BAR OF THE SUIT WITH THE SANCTIONS, FOR THE SERVICE OF THE FRIVOLOUS-ACTION/ LAW-SUIT.

55. FOR THE CLAIM OF THE **PERJURY IS** FOR THE WILLFUL-ASSERTION AS A MATTER OF THE FACT OF THE CLAIM OF THE CONVICTION, OR WITH THE KNOWLEDGE WITH THE MAKING OF AN ASSERTION BY A WITNESS WITH A JUDICIAL-HARD-COPY-CLAIM AS A PART OF THE EVIDENCE OF THE WITNESS, UPON THE OATH OR WITH A FORM AS THE LAW ALLOWS IN THE PLACE OF AN OATH AS THE GIVING OF THE EVIDENCE WITH THE OPEN-COURT, OR WITH AN AFFIDAVIT, OR WITH THE OTHER-EVIDENCE OF AN ASSERVATION WITH THE HAVING OF THE MATERIALITY WITH THE ISSUE OR WITH THE POINT OF THE FACT-FINDING, AND WITH THE KNOWLEDGE BY A WITNESS OF THE FALSE-EVIDENCE. FOR THE ACT OF THE PERJURY **IS** WITHIN THE CLASSIFICATION AS A CRIME OF A CITIZEN WITH THE COMMISSION, DURING THE TIME OF THE ADMINISTERING OF A LAWFUL-OATH WITH A JUDICIAL-HARD-COPY-CLAIM BY A CITIZEN WITH THE SWEARING BY THE WILLFULNESS WITH AN COMPLETE-MANNER, WITH THE FALSITY WITH THE MATTERS-MATERIAL WITH THE ISSUE, OR WITH THE POINT WITH THE QUESTION.

56. FOR THE CLAIM OF THE **POLICY AND FOR THE CUSTOM** IS FOR THE ACTIONS/OMISSIONS WITHIN THE LAW-SUIT **ARE** WITH THE ENGAGEMENT WITH THE COLOR OF THE AUTHORITY OF THE STATE-LAW OF THE VASSALEES IN THE COUNTY/STATE/UNITY STATES(sic) IN A LAW-, SUIT AS THE RESPONSIBLE-PARTY-VESSEL(PARTIES). FOR THE AUTHORIZATION/RATIFICATION OF THE OMISSION-ACTS IS WITH THE AGENTS OF THE STATES OF THE FIDUCIARY-PARTY-VESSEL(S) WITH THE CONFISCATION OF THE CLAIMS OF THE CLAIMANT, WITH THE C.U.S.A.F.-CHARTER-VESSEL OF THE U.S.A., **WITH THE C.U.S.A.A.F. ARTICLE: 6**: FOR THE ISSUE OF A WARRANT WITH A JUDGE OF THE OATH OR OF THE CHARTER-VESSEL-CLAIM, **C.U.S.A.A.F. ARTICLE: 9**: CLAIM OF THE TRIAL BY THE JURY WITH THE TRUTH, WITH THE **F.C.C.P.-CLAIM: 38(A)**, AND **WITH THE C.U.S.A.A.F. ARTICLE: 7**:



CHARTER-VESSEL-CLAIM OF THE LAW BY THE VASSALEES.

57. FOR THE CLAIM OF THE **POST, POSTAL, POSTAGE** IS FOR THE CONVEYANCE OF THE VESSELS WITHIN THE NOW-TIME.

58. FOR THE CLAIM OF THE **OCCUPATIONAL-WRONG** IS WITH THE SENSELESSNESS/LACK OF THE SKILL/FIDELITY OF A CITIZEN WITH THE FOLLOWING OF A OCCUPATION, OR WITH THE DUTIES AS THE FIDUCIARY WITH THE PRACTICE OF THE EVIL OR WITH THE ACTIONS ABOVE THE LAW, OR WITH THE CONDUCT-CONTRARY AGAINST THE GOOD-MORALS. FOR THE OATH OF THIS CHARTER-VESSEL IS WITH THE ACCEPTANCE OF THE PARTIES/OFFICERS WITH THIS CHARTER-VESSEL.

59. FOR A BAR OF THE **PRONOUNS** IS WITH THE VAGUENESS OF THE NOUNS WITH THE CHARTER-VESSEL(PLEADING).

60. FOR A BAR OF THE **PROPER-ADJECTIVE** IS WITH THE TWO-NOUNS, OR OF THE MORE-NOUNS WITH THE COMING-TOGETHER. FOR THE LAST-NOUN OF THE TWO-NOUNS IS WITH THE TITLE AS A NOUN, AND FOR THE PRIOR-NOUNS ARE OF THE PROPER-ADJECTIVES WITH THE FRAUD; FOR THIS FRAUD OF THE ENGLISH IS WITH A FRAUD FOR THE CANCELLATION OF THE JURISDICTION OF THE PAPERS; OR FOR THE WILL OF THE WRITER OF THE SKILL IS FOR THE CREATION OF A JURISDICTION OF THE LAW WITH A FICTION, FOR THE NULLIFICATION OF THE TRUTH-JURISDICTION; FOR THE FORGING OF THE C.U.S.A.F.-CHARTER-VESSEL IS WITH THE David-Wynn: Miller: L. A. W. PROCEDURES FOR THE TRUTH WITH THE NEUTRAL-SANCTUARY OF THE COURT-BAR. FOR THE ADJECTIVE WITH THE VAGUENESS IS WITH THE FRAUD OF THE TRICK AGAINST A PARTY-VESSEL WITH THE RAPE OF THE CLAIMS OF THE CONSTITUTION/CHARTER-VESSEL OF THE U.S.A..

61. FOR THE CLAIM OF THE **CLAIMANT-CHARTER-VESSEL** IS WITH THE MEANING OF A VESSEL WITH THE OWNERSHIP, WITH THE CHARTER, OR WITH THE EMPLOYMENT BY THE UNITY-STATES-GOVERNMENT OR BY A GOVERNMENT OF A FOREIGN-COUNTRY.

62. FOR THE CLAIM OF THE **RAPE** OF THE CLAIMS IS WITH THE FELONIOUS-KNOWLEDGE OF THE PARTY-VESSEL WITH THE USE OF THE FORCE AND AGAINST THE PARTY-VESSEL'S-WILL. FOR THE ACTION WITH THE TRUTH IS WITH THE CHARTER-VESSEL-CLAIM FOR THE HAVING OF THE PARTY-VESSEL'S-CONSENT. FOR THE BREACH WITH THE RAPE IS WITH THE COMMISSION WHEN THE OVERCOMING OF THE PARTY-VESSEL'S-WILL IS WITH THE FORCE/FEAR. [STATE V. LORA; 213 AN. 184, 515: P. 2d: 1086, 1093.] FOR THE STRONGER-PARTY-VESSEL IS WITH THE COMPELLING OF THE WEAKER-PARTY-VESSEL, FOR THE CONQUEST BY THE FORCE, OR WITH THE THREAT OF THE DEATH/BODY-DAMAGE/VIOLENT-PAIN OR WITH THE KIDNAPING/AFFLICTION ON THE PARTY-VESSEL/ANYONE, OR WITH THE STRONGER-PARTY-VESSEL'S-POWER FOR THE MAKING OF A WEAKNESS IN A PARTY-VESSEL'S-POWER, FOR THE CONTROL OF THE WEAKER-PARTY-VESSEL'S-CONDUCT, FOR THE PURPOSE OF THE FORBIDDANCE OF THE OBSTRUCTION BY OTHER CITIZENS WITH THE PARTY-VESSEL. FOR THE REFERENCE IS WITH THE MODEL-PENAL-CODE: §:213.1.

63. FOR THE CLAIM OF THE **STATE OF THE WYOMING IS** WITHIN THE 50: SOVEREIGN-STATES, WITH THE LAWS AND BY THE C.U.S.A.F.

64. FOR THE CLAIM OF THE **TORT IS** FOR A PRIVATE-DAMAGE OR OF A CIVIL-WRONG-DAMAGE. FOR THE COURT WITH THE TRUTH **IS** WITH THE CLAIM OF A REMEDY WITH THE FORM OF AN ACTION FOR THE DAMAGES FOR THE BREACH OF A DUTY WITH THE USE OF THE GENERAL-LAW OR WITH THE C.U.S.A.F.-CHARTER-VESSEL/RULE/REGULATION, UPON THE CITIZENS WITH THE PARTY-VESSEL WITH THE OCCUPATION OF THE RELATION WITH A P/C/P-VESSEL WITH THE PARTICIPATION WITH A TRANSACTION.

65. FOR THE CLAIM OF THE **TRUTH-LANGUAGE IS** FOR THE CORRECTION OF THE ALGEBRAIC-ENGLISH-FORMULA OF THE DICTIONARY. FOR THE CLAIM OF THE WORD **"RAPE" IS** WITH THE MIX OF THE PAST-TENSE-ADVERBS AND OF THE NOW-TENSE-ADVERBS AND WITH THE USE OF THE NOUNS AS THE ADJECTIVE(FICTIONS). FOR THE ASSUMPTIONS, AND **IS** WITH THE CONFLICT WITH THE SINGLE-CLAIM-CHARTER-VESSEL-CLAIMS OF THE RULES OF THE SENTENCING. (FOR THE STUDY, SEE OF THE RULES AND OF THE LAWS OF THE OLD-ENGLISH AND OF THE OLD-LATIN.)

66. FOR THE CLAIM OF THE **UNITY IS** WITH THE LAW OF THE ESTATES, FOR THE **UNITY IS** FOR THE PECULIAR-CHARACTERISTIC OF AN ESTATE AS A HOLDING OF THE SEVERAL-PARTIES BY THE JOINT-TENANCY. FOR THE UNITY OF A CHARTER-VESSEL **IS** WITH THE FOURFOLD-CHARACTERISTICS: FOR THE **UNITY OF THE OWNERSHIP**, FOR THE **UNITY OF THE TITLE**, FOR THE **UNITY OF THE TIME**, AND FOR THE **UNITY OF THE POSSESSION**. FOR THE UNITY OF THE JOINT-TENANTS **ARE** WITH THE ONE-OWNERSHIP AND WITH THE SAME-OWNERSHIP WITH THE ACCRUING WITH THE ONE-CONVEYANCE AND WITH THE SAME-CONVEYANCE, FOR THE COMMENCEMENT DURING THE ONE-TIME AND DURING THE SAME-TIME, AND FOR THE HOLDING WITH THE ONE-POSSESSION AND WITH THE WHOLE-POSSESSION BY THE SAME-POSSESSION.

67. FOR THE CLAIM OF THE **UNITY OF THE OWNERSHIP IS** FOR THE CHARTER-VESSEL-CLAIM WITH A CASE OF THE JOINT-TENANCY, THAT THE OWNERSHIPS **ARE** WITH THE ACCRUEMENT WITH THE ONE-CONVEYANCE AND WITH THE SAME-CONVEYANCE. FOR THE UNITY OF THE OWNERSHIP **IS** THAT THE JOINT-TENANTS **ARE** WITH AN EQUAL-OWNERSHIP WITH THE THING.

68. FOR THE CLAIM OF THE JOINT-TITLES **IS** FOR A CHARTER-VESSEL-LEASE OF THE PARTY-VESSEL'S-LAND. FOR THE CLAIM OF THIS CHARTER-VESSEL-LEASE **IS** FOR THIS CHARTER-VESSEL-CLAIM OF THE JOINT-TENANTS WITH THE CLAIM FOR THAT HOLDING, MAINTENANCE AND ENJOYMENT OF THE CLAIM UNTIL THE DEATH WITH THE ONE-TENANT OF THE CHARTER-VESSEL-LEASE.

69. FOR THE CLAIM OF THE UNITY OF THE TITLE **IS** WITH THE APPLICATION BY THE JOINT-TENANTS OF THE CHARTER-VESSEL-LEASE.

70. FOR THE CLAIM OF THE <u>UNITED STATES GOVERNMENT</u>(sic) **IS** FOR A FICTION-CORPORATION WITH EVERY STATE OF THE <u>50-SOVEREIGN-STATES</u> OF THE U.S.A..

71.FOR THE CLAIM OF THE <u>VESSEL</u> **IS** WITH ANY ARTICLE/TOOL/APPLIANCE/UTENSIL/ANIMAL/MAN/WORLD, CITIZEN, PARTY-VESSEL, PERSON, ENTITY FOR THE TRANSMISSION/CONVEYANCE/STORAGE/CARRIAGE/CLAIM OF THE TERMS: THOUGHT/THINKING/THING. FOR SOME MODELS OF THE VESSELS **ARE** WITH THE ADMINISTRATOR, AGENCY, AGENT, BARRISTER, BILL OF THE LADING, CITIZEN, CLERK, COMPUTER, COURT, CRIMINAL, CUSTODIAN, [DEFENDANT(sic)], [DIRECTOR], DOCUMENT, ENTITY, FILE, JUDGE, JUROR, LITIGANT, MAGISTRATE, MAIL, MANAGER, MASTER, OFFICER, ORGANIZATION, OWNER, PAPER, PARTY-VESSEL, PASSENGER, PEOPLE, PERSON, PICTURE, CLAIMANT, PLEADER, PLEADING, THING, FIDUCIARY-PARTY-VESSEL, SECRETARY, SOVEREIGN, STAFF, STATE, STRAWMAN, TAXPAYER, TENANT, TERRITORY, WARRANT, WITNESS OF THIS <u>CHARTER-VESSEL</u>.

72. FOR THE CLAIM **WASHINGTON-U.S.-CENT** **IS** FOR THE CLAIM AND VALIDATION OF THE <u>NOW-TENSE-JURISDICTION</u> IN THE TRUTH, WITH A U.S.-CENT-COIN WITH THE <u>YEAR: 1783</u>. FOR THE <u>REVERSE-SIDE</u> OF THE COIN **IS** WITH THE ENGRAVING: **UNITY STATES OF AMERICA 1/100**(sic), WITHIN THE CENTER OF THE WREATH: <u>ONE / CENT</u>. FOR THE WEIGHT OF THE COIN: 109.8- G (7.11 GRAMS) AND FOR THE DIAMETER OF THE COIN: 28.2- MM. FOR THE POSSESSION OF THE <u>WASHINGTON-U.S.-CENT</u> **IS** WITH THE DEPARTMENT(sic) OF THE <u>SPECIAL-COLLECTIONS, 102-HESBURGH-LIBRARY</u>, WITH THE UNIVERSITY OF THE <u>NOTRE-DAME</u>, WITHIN THE CITY OF THE <u>NOTRE-DAME</u>, WITHIN THE STATE OF THE INDIANA, WITH THE <u>POSTAL-CODE</u>: 46556.

## FOR THE CLAIMS OF THE LAW ARE WITH THE CONSTITUTION OF THE U.S.A., WITH THE FLAG OF THE U.S.A..

73. FOR THE CLAIM OF THE <u>CONSTITUTION/CHARTER-VESSEL</u> **IS** FOR THE <u>U.S.A.</u>, WITH THE **TITLE: 4: U.S.A.-CLAIM: §: 1 & 2: FLAG: ARTICLE: 1: SECTION: 9: CLAUSE: 7**. FOR THE TRUTH IN THE JURISDICTION **IS** WITH THE <u>CLAIMANT</u> OF THE U.S.A.. FOR THE <u>TRUTHFUL-LANGUAGE-PROCEDURES</u> WITH THE JURISDICTION **IS** WITH OF THE <u>NOUN-LANGUAGE-PROCEDURES</u> IN THE COURT. FOR THE STATE WITH THE TRUTH **IS** ON THE <u>LEVEL-PLANE</u> OF THE COURT WITH THE <u>VESSEL-CITIZENS/PARTIES/PERSONS</u>.

74. FOR THE CLAIM OF THE **C.U.S.A.A.F. ARTICLE: 3, FOR THE CORRECTION OF THE CONSTITUTION**/CHARTER-VESSEL **OF THE** U.S.A. **IS** FOR THE FREEDOM WITH THIS <u>CHARTER-VESSEL</u> FOR THE SPEECH AND PRESS. FOR THE CLAIM OF THE LIBERTY **IS** WITH THE <u>CHARTER-VESSEL-CLAIM</u> FOR ANY BREACH OF THIS <u>C.U.S.A.A.F-CHARTER-VESSEL</u> IN THE TRUTH. FOR THE CLAIM OF THE GOVERNMENT FOR THE REMEDY OF THE COMPLIANCE OF THIS <u>CHARTER-VESSEL</u>.

75. FOR THE CLAIM OF THE **C.U.S.A.A.F. ARTICLE: 6, FOR THE CORRECTION OF THE**

CONSTITUTION/CHARTER-VESSEL OF THE U.S.A. WITH THE TITLE: 4: U.S.A.-CLAIM: §: 1 & 2: FLAG IS FOR THE WARRANTS WITH THE TRUTHFUL-LANGUAGE-PROCEDURE WITH THE OATH OR OF THE CHARTER-VESSEL-CLAIM WITH THE PARTICULARITY WITH THE IDENTITY OF THE PLACE FOR THE SEARCH FOR THE THING OF THE SEIZURE.

76. FOR THE CLAIM OF THE C.U.S.A.A.F. ARTICLE: 7, FOR THE CORRECTION OF THE CONSTITUTION/CHARTER-VESSEL OF THE U.S.A. WITH THE TITLE: 4: U.S.A.-CLAIM: §: 1 & 2: FLAG IS FOR THE FREEDOM WITH THIS CHARTER-VESSEL FOR A P/C/P-VESSEL WITH A CRIMINAL-CASE AS A WITNESS AGAINST THE P/C/P-VESSEL'S-SELF, NOR FOR THE CONFISCATION OF THE LIFE OF THE LIBERTY, OR OF THE THING WITH THE BREACH OF THE CHARTER-VESSEL-CLAIM OF THE LAW. FOR THE NOTES WITH THE CROSS-REFERENCE SEE OF THE ARTICLE WITH THE CORRECTION OF THE C.U.S.A.A.F. ARTICLE: 9.

77. FOR THE CLAIM OF THE C.U.S.A.A.F. ARTICLE: 8, FOR THE CORRECTION OF THE CONSTITUTION/CHARTER-VESSEL OF THE U.S.A. WITH THE TITLE: 4: U.S.A.-CLAIM: §: 1 & 2: FLAG IS FOR THE CLAIM OF THE C.U.S.A.F.-CHARTER-VESSEL FOR A SPEEDY-TRIAL WITH THE PUBLIC WITH A FAIR-JURY, JUST-JURY AND EQUITABLE-JURY WITH THE TRUTH OF THE U.S.A. AND OF THE DI-STRICT WITH THE PLACE OF THE COMMISSION OF THE CRIME, AND FOR THE GIVING OF THE KNOWLEDGE OF THE NATURE AND OF THE CAUSE OF THE ACCUSATION WITH THE CONFRONTATION WITH THE WITNESS(S) AGAINST THE CLAIMANT AND WITH THE ASSISTANCE OF THE COUNSEL FOR THE PLEA FOR THE PLEADER'S-SAFEGUARD OF THE CLAIMANT. FOR THE NOTES: FOR THE BREACH OF THE CHARTER-VESSEL-CLAIM(COUNSEL) IS WITH THE OBSTRUCTION OF THE JUSTICE, AND IS WITH THE TITLE: 18: CHAPTER: 63: U.S.A.-CLAIM: §: 1512, AND IS WITH THE PERJURY OF THE OATH WITH THE TITLE: 18: CHAPTER: 63: U.S.A.-CLAIM: §: 1621, AND IS WITH THE CONFISCATION OF THE CLAIMS WITH THE TITLE: 18: U.S.A.-CLAIM: §: 242.

78. FOR THE CLAIM OF THE C.U.S.A.A.F. ARTICLE: 9, FOR THE CORRECTION OF THE CONSTITUTION/CHARTER-VESSEL OF THE U.S.A. WITH THE TITLE: 4: U.S.A.-CLAIM: §: 1 & 2: FLAG IS FOR THE SUITS WITH THE C.U.S.A.F.-CHARTER-VESSEL WITH THE VALUE, FOR THE CONTROVERSY WITH THE TWENTY-DOLLARS, FOR THE CHARTER-VESSEL-CLAIM OF THE CLAIM OF THE TRIAL BY THE JURY WITH THE TRUTH, AND IS FOR THE TRYING OF THE THINKING OF THE CLAIMANT BY THE JURY.

79. FOR THE CLAIM OF THE C.U.S.A.A.F. ARTICLE: 10, FOR THE CORRECTION OF THE CONSTITUTION/CHARTER-VESSEL OF THE U.S.A. WITH THE TITLE: 4: U.S.A.-CLAIM: §: 1 & 2: FLAG IS FOR THE FREEDOM OF THE C.U.S.A.F.-CHARTER-VESSEL AGAINST THE CRUEL-PUNISHMENTS AND AGAINST THE UNUSUAL-PUNISHMENTS. FOR THE NOTE: FOR THE OFFICER BY THE ELECTION IS FOR THE CLAIM OF THE C.U.S.A.F., FOR THE PEOPLE WITH THE PEOPLE, AND BY THE PEOPLE.

FOR THE CLAIM OF THE __C.U.S.A.A.F. ARTICLE: 11, FOR THE CORRECTION OF THE CONSTITUTION__/CHARTER-VESSEL OF THE U.S.A., __WITH THE TITLE: 4: U.S.A.-CLAIM: §: 1 & 2: FLAG__ IS FOR THE OFFICERS WITH THE APPOINTMENT, OR OF THE ELECTION, WITH THE OATH OR WITH THE CHARTER-VESSEL-CLAIM, FOR THE CLAIM OF THE C.U.S.A.F.-CHARTER-VESSEL IN THE U.S.A. WITH THE TRUTH.

81. FOR THE CLAIM OF THE __C.U.S.A.A.F. ARTICLE: 12,__ FOR THE CORRECTION OF THE CONSTITUTION/CHARTER-VESSEL OF THE U.S.A. **IS** WITH THE TITLE: 4: __U.S.A.-CLAIM__: §: 1 & 2: AMERICAN-FLAG **OF** THE C.U.S.A.F.-VESSEL.

**FOR THE FOLLOWING-SIGNIFICATIONS ARE FOR THE LAWS BY THE STATUTE.**

82. FOR THE CLAIM OF THE __TITLE: 4: U.S.A.-CLAIM: §: 1: FLAG__: FOR THE STRIPES AND FOR THE STARS ON THE FLAG OF THE U.S. **ARE** WITH THE THIRTEEN-HORIZONTAL-STRIPES WITH THE ALTERNATION OF THE RED AND OF THE WHITE; AND, WITH A UNION OF THE FLAG **IS** WITH THE FORTY-EIGHT-WHITE-STARS WITH A BLUE-FIELD.

83. FOR THE CLAIM OF THE __TITLE: 4: U.S.A.-CLAIM: §: 2: FLAG__: FOR THE STRIPES AND FOR THE STARS, ON THE FLAG OF THE U.S., **ARE** WITH THE THIRTEEN-HORIZONTAL-STRIPES WITH THE ALTERNATION OF THE RED AND OF THE WHITE; AND, FOR THE UNION OF THE FLAG **IS** WITH THE FORTY-EIGHT-WHITE-STARS WITH A BLUE-FIELD; WITH THE ADMISSION OF A NEW-STATE WITH THE UNION, ADD OF THE ONE-STAR WITH THE UNION OF THE FLAG; FOR THE ADDITION OF A NEW-STATE **IS** WITH THE EFFECT ON THE FOURTH-DAY OF THE JULY FOLLOWING THE ADMISSION OF A STATE.

84. FOR THE CLAIM OF THE __TITLE: 4: U.S.A.-CLAIM: §: 3__ IS FOR THE USE OF THE FLAG FOR THE ADVERTISING-PURPOSES; FOR THE MUTILATION OF THE FLAG **IS** WITH ANY PARTY-VESSEL WITHIN THE DI-STRICT OF THE COLUMBIA WITH ANY MANNER, FOR THE SHOWING OR FOR THE DISPLAY, FOR THE PLACEMENT, OR FOR THE CAUSING OF THE PLACEMENT OF ANY WORD/FIGURE/MARK/PICTURE/PLAN/ DRAWING, OR FOR ANY ADVERTISEMENT OF ANY NATURE UPON ANY FLAG/STANDARD/COLORS/ENSIGN OF THE U.S.A.; OR FOR THE SHOWING OR FOR THE CAUSING OF THE SHOWING **IS** WITH THE PUBLIC-VIEW OF ANY TITLE: 4: __U.S.A.-CLAIM__: §: 1 & 2: FLAG OR OF THE STANDARD/COLORS/ENSIGN UPON THE TITLE: 4: __U.S.A.-CLAIM__: §: 1 & 2: FLAG, BY THE PRINTING/PAINTING/OTHERWISE-PLACEMENT/ATTACHMENT/APPENDING/AFFIXING/ANNEXATION OF ANY WORD/FIGURE/MARK/PICTURE/PLAN/DRAWING/ADVERTISEMENT OF ANY NATURE; OR BY A CLAIMANT **IS** WITHIN THE DI-STRICT OF THE COLUMBIA WITH THE MANUFACTURE/SHOW/OFFER FOR THE SALE, OR FOR THE PUBLIC-VIEW, OR FOR THE GIVING-AWAY, OR FOR THE HAVING WITH THE POSSESSION FOR THE SALE, OR FOR THE GIVING-AWAY, OR FOR THE USE FOR ANY PURPOSE OF ANY ARTICLE OR OF ANY ESSENCE, ARTICLE

OF THE MERCHANDISE, OR OF A VESSEL FOR THE MERCHANDISE, OR FOR THE ARTICLE, OR FOR THE THING FOR THE CARRIER OR FOR THE TRANSPORTATION OF THE MERCHANDISE, AND UPON THE MERCHANDISE **IS** WITH THE PRINTING/PAINTING/ATTACHMENT, OR WITH THE OTHERWISE-PLACEMENT WITH A <u>CHARTER-VESSEL-CLAIM</u> OF ANY **TITLE 4: U.S.A.-CLAIM** **§: 1 & 2:** FLAG/STANDARD/COLORS, OR OF AN ENSIGN, FOR THE ADVERTISEMENT, OR FOR THE CALLING OF THE ATTENTION, FOR THE ORNAMENTATION/MARKING, OR FOR THE GIVING OF THE PROMINENCE OF THE ARTICLE, OR OF THE ESSENCE WITH THE ORNAMENTATION/MARKING, FOR THE <u>P/C/P-VESSEL</u> **IS** WITH THE GUILT OF A OFFENSE AND **IS** WITH THE LIABILITY FOR A PUNISHMENT BY A FINE OF A MAXIMUM OF THE $:100: DOLLARS, **OR BY THE PRISON-SENTENCE FOR A MAXIMUM OF THE THIRTY-DAYS;** FOR THE <u>P/C/P-VESSEL</u> **IS** WITH THE LIABILITY FOR A FINE OF A MAXIMUM OF THE $: 100: DOLLARS, **AND FOR THE PRISON-SENTENCE FOR A MAXIMUM OF THE THIRTY-DAYS** WITH THE POWER OF THE COURT. FOR THE WORDS: FLAG/STANDARD/ COLORS, OR ENSIGN, AS WITH THE USE-HEREIN, **ARE** WITHIN THE SCOPE OF ANY FLAG/STANDARD/COLORS/ENSIGN, OR OF ANY PICTURE OR OF A <u>CHARTER-VESSEL-CLAIM</u> OF A FLAG/STANDARD/COLORS/ENSIGN, OR OF ANY PART OR PARTS OF A FLAG/ STANDARD/COLORS/ENSIGN WITH THE MAKING OF ANY ESSENCE OR OF ANY <u>CHARTER-VESSEL-CLAIM</u> ON ANY ESSENCE OF ANY SIZE WITH THE EVIDENCE OF THE PURPORTING OF THE FLAG/STANDARD/COLORS OR OF THE ENSIGN OF THE U.S.A., OR OF A PICTURE/<u>CHARTER-VESSEL-CLAIM</u> OF THE FLAG/STANDARD/COLORS, OR OF THE ENSIGN OF THE U.S.A., WITH THE SHOWING BY THE COLORS BY THE STARS AND BY THE STRIPES WITH ANY NUMBER OF THE COLORS BY THE STARS AND BY THE STRIPES OR OF ANY PART OR PARTS OF THE COLORS OF THE STARS AND OF THE STRIPES BY THE AVERAGE-PARTY-VESSEL, WITH THE CONSIDERATION/THINKING DURING THE TIME OF THE SEEING OF THE COLORS WITH THE STARS AND WITH THE STRIPES; FOR THE AVERAGE-<u>P/C/P-VESSEL</u> **IS** WITH THE CONVICTION OF THE COLORS BY THE STARS AND BY THE STRIPES; FOR THE <u>CHARTER-VESSEL-CLAIM</u> OF THE FLAG/COLORS/STANDARD/ENSIGN **IS** FOR THE U.S.A..

85. FOR THE CLAIM OF THE **<u>TITLE: 18: U.S.A.-CLAIM: §: 3</u> IS** FOR THE <u>ACCESSORY WITH THE FACT</u>. FOR A PARTY-VESSEL, WITH THE KNOWLEDGE THAT AN OFFENSE AGAINST THE U.S. **IS** WITH THE FACTS, AND **IS** FOR THE RECEIVING OF THE REMEDY WITH THE COMFORT OR WITH THE ASSISTANCE THE OFFENDER WITH THE ORDER FOR THE HINDRANCE OR FOR THE FORBIDDANCE OF THE APPREHENSION OF THE TRIAL OR OF THE PUNISHMENT OF THE OFFENDER **IS** AS AN ACCESSORY WITH THE FACT.

86. FOR THE CLAIM OF THE **<u>TITLE: 18: U. S. A. -CLAIMS : §: 4</u>** FOR THE <u>MISPRISION OF A FELONY</u> **IS** FOR A <u>P/C/P-VESSEL</u>'S-KNOWLEDGE OF THE COMMISSION OF A FELONY, WITH THE COGNIZANCE OF A COURT OF THE U.S.A. WITH THE WITHHOLDING, AND FOR THE <u>CHARTER-VESSEL-CLAIM</u> FOR THE TRANSFER OF THE KNOWLEDGE OF THE FELONY WITH THE SHORTEST-TIME OF THE POSSIBILITIES OF THE TIME, FOR A JUDGE, OR FOR A PARTY-VESSEL

WITH THE CIVIL-AUTHORITY OR WITH THE MILITARY-AUTHORITY WITH THE U.S.A. FOR AN OFFENDING-CLAIMANT IS WITH THE LIABILITY FOR A FINE WITH THE TITLE: 18, OR IS WITH THE LIABILITY FOR THE PRISON-SENTENCE OF A MAXIMUM OF THE THREE-YEARS; OR, FOR AN OFFENDING-CLAIMANT IS WITH THE LIABILITY FOR A FINE WITH THE TITLE: 18, AND FOR THE PRISON-SENTENCE OF A MAXIMUM OF THE THREE-YEARS.

87. FOR THE CLAIM OF THE TITLE: 18: CH. 13: §: 241 IS FOR THE CONSPIRACY AGAINST THE CLAIMS. WHEN THE TWO-PARTIES OR OF THE MORE-PARTIES ARE WITH THE CONSPIRACY FOR THE DAMAGE, FOR THE APARTHEID AND GENOCIDE, OR FOR THE COERCION/CLAIM/THREAT OF ANY PARTY-VESSEL WITH ANY STATE/TERRITORY/ COMMONWEALTH/ POSSESSION/ DI-STRICT WITH THE FREE-USE OR WITH THE ENJOYMENT OF ANY CLAIM OR OF ANY PRIVILEGE WITH THE SAFEGUARD FOR THE PARTY-VESSEL WITH THE CONSTITUTION OR WITH THE LAWS OF THE U.S.A., OR WITH THE USE OF THE PARTY-VESSEL'S-CLAIMS; OR WHEN THE TWO-PARTIES OR OF THE MORE-PARTIES ARE WITH THE GUISE ON THE HIGHWAY OR ON THE LAND OF SOME-OTHER PARTY-VESSEL, WITH THE PURPOSE FOR THE FORBIDDANCE OR FOR THE HINDRANCE OF A PARTY-VESSEL'S-FREE-USE OR OF THE ENJOYMENT OF ANY M OR OF ANY PRIVILEGE; FOR THE OFFENDING-CLAIMANT IS WITH THE LIABILITY FOR A FINE OF THE MAXIMUM OF THE $: 10,000: DOLLARS, OR FOR THE PRISON-SENTENCE OF THE MAXIMUM OF THE TEN-YEARS; OR, FOR THE OFFENDING-CLAIMANT IS WITH THE LIABILITY FOR A FINE OF THE MAXIMUM OF THE $: 10,000: DOLLARS, AND FOR THE PRISON-SENTENCE FOR A MAXIMUM OF THE TEN-YEARS; AND WHEN THE COMMISSION OF THE ACTS IS WITH THE EFFECT OF A DEATH BY A BREACH OF THIS SECTION, OR WHEN SUCH ACTS ARE WITH THE KIDNAPING OR WITH AN ATTEMPT OF THE KIDNAPING OF THE SEXUAL-PERVERSITY OF THE WILL WITH THE AGGRAVATION, OR WITH AN ATTEMPT FOR THE COMMISSION OF THE SEXUAL-PERVERSITY OF THE WILL WITH THE AGGRAVATION OR WITH AN ATTEMPT FOR THE KILLING, FOR THE OFFENDING-PARTY-VESSEL IS WITH THE LIABILITY FOR A FINE WITH THE TITLE: 18, OR WITH THE LIABILITY FOR THE PRISON-SENTENCE FOR ANY TERM OF THE YEARS, OR FOR THE LIFE; OR, FOR THE OFFENDING-CLAIMANT IS WITH THE LIABILITY FOR A FINE WITH THE TITLE: 18, OR WITH THE LIABILITY FOR THE PRISON-SENTENCE FOR ANY TERM OF THE YEARS OR FOR THE LIFE; FOR THE OFFENDING-CLAIMANT IS WITH THE LIABILITY FOR A SENTENCE OF THE DEATH.

88. FOR THE CLAIM OF THE TITLE: 18: U.S.A.-CLAIM: §: 242(1) IS FOR THE CONFISCATION OF THE CLAIMS WITH THE COLOR OF THE LAW. FOR THE ACTS OF A CLAIMANT IS WITH THE COLOR OF THE LAW OF A STATUTE/ORDINANCE/ REGULATION/CUSTOM WITH THE VOLITION-CONQUEST OF THE CLAIMANT WITH A STATE/TERRITORY/DI-STRICT OF THE U.S.A. OF THE CONFISCATION OF THE CLAIMS/PRIVILEGES/FREEDOMS, WITH THE SAFEGUARD OF THE C.U.S.A.F.-CHARTER-VESSEL OR WITH THE TWO-DIFFERENT-PUNISHMENTS/ TWO-DIFFERENT-PAINS/TWO-DIFFERENT-PENALTIES, WITH THE SAME-CHARTER-VESSEL-CLAIM FOR THE PUNISHMENT OF THE CITIZENS WITH THE PARTIES ON THE ACCOUNT OF A CLAIMANT AS AN

ALIEN, OR WITH THE REASON OF THE COLOR/RACE OF THE CLAIMANT; FOR THE OFFENDING-CLAIMANT IS WITH THE LIABILITY FOR A FINE OF THE $: 10,000: DOLLARS WITH THE TITLE: 18: U.S.A.-CLAIM: §: 242(1) OR OF A MAXIMUM-PRISON-SENTENCE OF THE TEN-YEARS, OR, FOR A FINE OF THE $: 10,000: DOLLARS WITH THE TITLE: 18: U.S.A.-CLAIM: §: 242(1), AND FOR A MAXIMUM-PRISON-SENTENCE OF THE TEN-YEARS.

89. FOR THE CLAIM OF THE **TITLE: 18: U.S.A.-CLAIM: CH. 31: §: 641** IS FOR THE NEGLIGENCE OF THE AUTHORITY AND FOR THE THEFT OF THE PUBLIC-MONEY/THING/DOCUMENTS. FOR THE KNOWLEDGE **IS** WITH THE EMBEZZLEMENT/THEFT/PURLOIN/CONVERSION BY THE CITIZEN(S) IN THE PARTY-VESSEL, FOR THE CITIZEN'S-USE OR FOR THE USE OF SOME-OTHER-CITIZEN OR WITH THE LACK OF THE AUTHORITY, FOR THE CLAIMANT WITH THE SALE/CONVEYANCE/CONTROL OF A DOCUMENT/VOUCHER/MONEY/THING OF A VALUE OF THE U.S.A. OR OF A DEPARTMENT(sic) OR OF AN AGENCY OF THE U.S.A., OR FOR A THING WITH THE MAKING WITH A C.U.S.A.F.-CHARTER-VESSEL WITH THE U.S.A., OR WITH A DEPARTMENT(sic)/AGENCY OF THE U.S.A.; OR FOR THE THEFT BY A CITIZEN(S) **IS** WITH THE RECEIPT/WITHHOLDING/KEEPING OF A DOCUMENT/VOUCHER/MONEY/ THING OF A VALUE OF THE U.S.A. OR OF A DEPARTMENT(sic)/AGENCY OF THE U.S.A., OR OF THE THING WITH THE PURPOSE FOR THE CONVERSION FOR THE CITIZEN'S-USE OR FOR THE GAIN WITH THE KNOWLEDGE OF THE AUTHORITY/THEFT/PURLOIN/CONVERSION. FOR THE CLAIMANT WITH THIS BREACH **IS** WITH THE LIABILITY FOR A FINE WITH THE TITLE: 18, OR FOR THE PRISON-SENTENCE OF A MAXIMUM-PENALTY OF THE TEN-YEARS; OR FOR THE CLAIMANT **IS** WITH THE LIABILITY FOR A FINE WITH THE TITLE: 18, AND FOR THE PRISON-SENTENCE OF A MAXIMUM-PENALTY OF THE TEN-YEARS; WHEN THE VALUE OF THE THING **IS** WITH THE SUM OF THE $: 1,000-DOLLARS, FOR THE CLAIMANT **IS** WITH THE LIABILITY FOR A FINE WITH THE TITLE: 18, OR FOR THE PRISON-SENTENCE OF A MAXIMUM-PENALTY OF THE ONE-YEAR; OR, FOR THE CLAIMANT **IS** WITH THE LIABILITY FOR A FINE WITH THE TITLE: 18, AND FOR THE PRISON-SENTENCE OF A MAXIMUM-PENALTY OF THE ONE-YEAR. FOR THE CLAIM OF THE WORD: **VALUE IS** WITH THE CLAIM OF THE GREATER-VALUE OF THE FACE OF THE PAR OR OF THE MARKET-VALUE/WHOLESALE-COST-PRICE OR OF THE CONSUMER-COST-PRICE.

90. FOR THE CLAIM OF THE **TITLE: 18: U.S.A.-CLAIM: CH. 31: §: 642** IS FOR THE NEGLIGENCE OF THE AUTHORITY AND THEFT WITH THE USE OF THE TOOLS AND OF THE MATERIALS FOR THE PURPOSE OF THE COUNTERFEIT. FOR THE CITIZEN(S) IN THE PARTY-VESSEL **IS** WITH THE DUTY FOR THE CLAIM OF THE C.U.S.A.F.-CHARTER-VESSEL WITH THE AUTHORITY OF THE U.S.A. FOR THE BREACH OF THE CHARTER-VESSEL **IS** WITH THE WITHHOLDING/NEGLIGENCE OF THE AUTHORITY/THEFT AND FOR THE CARRYING-AWAY/OUT-OF A BUILDING/ROOM/OFFICE OF AN APARTMENT/VAULT/SAFE/ OR WHERE A TOOL OR OF A THING FOR THE USE OR FOR THE FITNESS FOR THE USE WITH THE STAMP/PRINT OR WITH THE MAKING OF THE SOME-OTHER-TOOL FOR THE USE/FIT FOR THE USE WITH THE STAMP/PRINT O F A(N) BOND/BILL/NOTE/CERTIFICATE/COUPON/POSTAGE-STAMP/REVENUE-



STAMP/FRACTIONAL-CURRENCY-NOTE/SOME-OTHER-PAPER/OBLIGATION    OR    OF    A
CONTRIVANCE/DOCUMENT, WITH THE AUTHORITY WITH THE LAW, FOR THE
PRINTING/STAMPING/SEALING/READINESS/ISSUANCE/UTTERANCE, OR FOR THE PUTTING
WITH THE CIRCULATION FOR THE BENEFIT OF THE U.S.A. WHERE THE KEEPING OF THE TOOL;
FOR THE CLAIMANT IS WITH THE LIABILITY-HEREIN WITH THE USE WITH THE
EMPLOYMENT/PLACEMENT/LODGING/SAFEKEEPING WITH THE AUTHORITY OF THE U.S.A. OF
A TOOL/ THING FOR THE USE OF THE FIT FOR THE USE WITH THE
STAMPING/PRINTING/MAKING OF THE SOME-OTHER-TOOL OR SOME-OTHER-THING FOR THE
USE OR WITH THE FIT FOR THE USE, FOR THE STAMP/PRINT OF THE
BOND/BILL/NOTE/CERTIFICATE/ COUPON/POSTAGE-STAMP/REVENUE-STAMP/FRACTIONAL-
CURRENCY-NOTE/PAPER/OBLIGATION/OR OF THE CONTRIVANCE/DOCUMENT, WITH THE
AUTHORIZATION WITH THE LAW FOR THE PRINTING/STAMPING/SEALING, FOR THE
READINESS/ISSUANCE/UTTERANCE, OR FOR THE PUTTING WITH THE CIRCULATION FOR THE
BENEFIT OF THE U.S.A.; OR FOR A CITIZEN(S) IN THE PARTY-VESSEL IS/ARE WITH THE
LACKING OF THE AUTHORITY WITH THE WITHHOLDING/NEGLIGENCE OF THE
AUTHORITY/TAKING/CARRYING-AWAY OF A PAPER/PARCHMENT/MATERIAL FOR THE
PLANNING AND FOR THE PURPOSE OF THE USE WITH THE MAKING OF THE
PAPERS/OBLIGATIONS/CONTRIVANCES/DOCUMENTS; OR, FOR THE CITIZENS WITH THE
PARTY-VESSEL ARE WITH THE LACKING OF THE AUTHORITY FOR THE
WITHHOLDING/NEGLIGENCE OF THE AUTHORITY/TAKING/CARRYING-AWAY OF A
PAPER/PARCHMENT/MATERIAL WITH THE PRINT OR WITH THE STAMP WITH THE WHOLE OR
WITH THE PART, AND WITH THE PURPOSE FOR THE PLANNING/ISSUE, OR FOR THE PUTTING
WITH THE CIRCULATION FOR THE BENEFIT OF THE U.S.A. AS THE
PAPERS/DOCUMENTS/OBLIGATIONS, OR WITH THE PRINT/STAMP WITH THE WHOLE OR WITH
THE PART WITH THE SIMULATION OF A PAPER/DOCUMENT/OBLIGATION; FOR THE CITIZEN
WITH THE/PARTY-VESSEL IS WITH THE LIABILITY FOR A FINE WITH THE TITLE: 18, OR, FOR
THE PRISON-SENTENCE FOR A MAXIMUM-PENALTY OF THE TEN-YEARS; OR, FOR THE
CLAIMANT IS WITH THE LIABILITY FOR A FINE WITH THE TITLE: 18, AND FOR THE PRISON-
SENTENCE FOR A MAXIMUM-PENALTY OF THE TEN-YEARS WITH THE TITLE: 18: CH. 31: §: 642.


91. FOR THE CLAIM OF THE TITLE: 18: U.S.A.-CLAIM: CH. 31: §: 643 IS FOR THE GENERAL-
ACCOUNTING FOR THE PUBLIC-MONEY FOR THE CITIZEN(S) IN THE PARTY-VESSEL IS WITH THE
FIDUCIARY-AUTHORITY AS AN OFFICER /EMPLOYEE/AGENT OF THE U.S.A. OR OF A
DEPARTMENT(sic) OR OF AN AGENCY OF THE U.S.A. WITH THE HAVING OF THE RECEIPT FOR
THE PUBLIC-MONEY WITH THE CLAIMANT WITH THE LACK WITH THE AUTHORIZATION FOR
THE RETAINER AS A SALARY/PAY/EMOLUMENT WITH THE LACK FOR THE ACCOUNTING OF
THE CITIZEN(S) IN THE PARTY-VESSEL AS THE CLAIM WITH THE LAW; AND, FOR THE
CLAIMANT IS WITH THE GUILT OF THE NEGLIGENCE OF THE AUTHORITY; AND, FOR THE
CLAIMANT IS WITH THE LIABILITY FOR THE GREATER-FINE WITH THE TITLE: 18, OR FOR A
SUM AS THE EQUAL-AMOUNT OF THE MONEY WITH THE NEGLIGENCE OF THE AUTHORITY,





OR FOR THE PRISON-SENTENCE FOR A <u>MAXIMUM-PENALTY</u> OF THE <u>TEN-YEARS</u>; OR, FOR THE <u>CLAIMANT</u> **IS** WITH THE LIABILITY FOR THE GREATER-FINE WITH THE TITLE: 18, OR FOR A SUM AS THE <u>EQUAL-AMOUNT</u> OF THE MONEY WITH THE NEGLIGENCE OF THE AUTHORITY, AND FOR THE <u>PRISON-SENTENCE</u> FOR A <u>MAXIMUM-PENALTY</u> OF THE <u>TEN-YEARS</u>, WITH THE TITLE: 18: CH. 31: §: 643; WHEN THE AMOUNT OF THE NEGLIGENCE OF THE AUTHORITY **IS** WITH THE SUM OF THE **$**: 1,000: DOLLARS, FOR THE CITIZEN(S) IN THE PARTY-VESSEL **IS** WITH THE LIABILITY FOR A FINE WITH THE TITLE: 18, OR FOR THE PRISON-SENTENCE FOR A <u>MAXIMUM-PENALTY</u> OF THE <u>ONE-YEAR</u>; OR, FOR THE CITIZEN(S) IN THE PARTY-VESSEL **IS** WITH THE LIABILITY FOR A FINE WITH THE TITLE: 18, AND FOR THE PRISON-SENTENCE FOR A <u>MAXIMUM-PENALTY</u> OF THE ONE-YEAR WITH THE TITLE: 18: CH. 31: §: 643.

92.   FOR THE CLAIM OF THE **<u>TITLE: 18: U.S.A.-CLAIM: CH. 31: §: 646</u>** IS <u>FOR THE COURT-OFFICERS FOR THE SAFEKEEPING OF THE REGISTRY-MONEYS</u>. FOR THE CITIZEN(S) IN THE PARTY-VESSEL **IS** WITH THE FIDUCIARY-AUTHORITY AS A CLERK OR AS OTHER OFFICER OF A COURT OF THE U.S.A. WITH THE <u>CHARTER-VESSEL-CLAIM</u> FOR THE <u>NOW-TENSE-SAFEKEEPING</u> OF THE MONEY OF THE REGISTRY OF THE COURT OR WITH THE <u>CHARTER-VESSEL-CLAIM</u> FOR THE <u>NOW-TENSE-SAFEKEEPING</u> OF THE PAYMENT WITH THE COURT, OR FOR THE RECEIPT WITH THE OFFICERS OF THE COURT, WITH THE TREASURER, OR WITH A PLACE FOR THE SAFEKEEPING WITH THE ASSIGNMENT OF THE U.S.A. WITH THE NAME AND FOR THE CREDIT OF A COURT OF THE U.S.A. OR WITH THE RETAINER OR WITH THE CONVERSION FOR THE PERSONAL-USE OR FOR THE USE OF A <u>CLAIMANT</u> WITH THE MONEY; FOR THE <u>CLAIMANT</u> **IS** WITH THE GUILT OF THE NEGLIGENCE OF THE AUTHORITY AND **IS** WITH THE LIABILITY FOR THE GREATER-FINE WITH THE TITLE: 18, OR FOR A MAXIMUM-PENALTY OF THE AMOUNT OF THE NEGLIGENCE OF THE AUTHORITY, OR FOR THE PRISON-SENTENCE FOR A MAXIMUM-PENALTY OF THE TEN-YEARS; OR, FOR THE <u>CLAIMANT</u> IS WITH THE LIABILITY FOR THE GREATER-FINE WITH THE TITLE: 18, <u>OR</u> FOR A MAXIMUM-PENALTY OF THE AMOUNT OF THE NEGLIGENCE OF THE AUTHORITY, <u>AND</u> FOR THE PRISON-SENTENCE FOR A MAXIMUM-PENALTY OF THE TEN-YEARS WITH THE TITLE: 18: CH. 31: §: 646; WHEN THE AMOUNT OF THE NEGLIGENCE OF THE AUTHORITY **IS** WITH THE SUM OF THE **$**: 1,000: DOLLARS, FOR THE <u>CLAIMANT</u> **IS** WITH THE LIABILITY FOR A FINE WITH THE TITLE: 18, <u>OR</u> FOR THE PRISON-SENTENCE FOR A MAXIMUM-PENALTY OF THE ONE-YEAR; OR, FOR THE <u>CLAIMANT</u> **IS** WITH THE LIABILITY FOR A FINE WITH THE TITLE: 18, <u>AND</u> FOR THE PRISON-SENTENCE FOR A MAXIMUM-PENALTY OF THE ONE-YEAR.

93. FOR THE SECTION: 646 OF THE ALLOWANCE **IS** FOR THE TRANSFER OF THE MONEY UPON THE SAFEGUARD WITH THE <u>CHARTER-VESSEL-CLAIM</u> OF THE PARTIES, WITH THE COMMAND OF THE COURT.

94. FOR THE CLAIM OF THE **<u>TITLE: 18: U.S.A.-CLAIM: CH. 31: §: 649</u>** IS <u>FOR THE CUSTODIANS WITH THE BREACH OF THE C.U.S.A.F.-CHARTER-VESSEL FOR THE SAFEKEEPING OF THE</u>



AND FOR THE CLAIM OF THE CITIZENS/PARTY-VESSEL/PERSON WITH THE AFFECT. OF THE CITIZEN(S) IN THE PARTY-VESSEL **IS** WITH THE VASSALEE-AUTHORITY WITH THE HAVING OF THE MONEY OF THE U.S.A. WITH THE VASSALEE-CLAIMANT'S-POSSESSION OR WITH THE PARTY-VESSEL'S-CONTROL WITH THE FAILURE FOR THE LEAVING OF THE MONEY WITH THE TREASURER/ PUBLIC-SAFEKEEPING OF THE MONIES OF THE U.S.A. DURING THE TIME OF THE CHARTER-VESSEL WITH THE SECRETARY OF THE TREASURY OR OF THE HEAD OF A DEPARTMENT(sic) OR OF AN AGENCY OR WITH THE GENERAL-ACCOUNTING-OFFICE; FOR THE CLAIMANT **IS** WITH THE GUILT OF THE NEGLIGENCE OF THE AUTHORITY, AND FOR THE GUILTY-CLAIMANT **IS** WITH THE LIABILITY FOR THE GREATER-AMOUNT OF A FINE OF THE EQUAL-AMOUNT FOR THE MONEY WITH THE NEGLIGENCE OF THE AUTHORITY, OR FOR THE PRISON-SENTENCE FOR A MAXIMUM-PENALTY OF THE TEN-YEARS; OR, FOR THE CLAIMANT **IS** WITH THE LIABILITY FOR THE GREATER-AMOUNT OF A FINE WITH THE TITLE: 18 AND OF A SUM OF THE EQUAL-AMOUNT FOR THE MONEY WITH THE NEGLIGENCE OF THE AUTHORITY; BY THE AMOUNT WITH THE NEGLIGENCE OF THE AUTHORITY **IS** WITH THE $: 1,000: DOLLARS, FOR THE CLAIMANT **IS** WITH THE LIABILITY FOR A FINE WITH THE TITLE: 18, OR FOR THE PRISON-SENTENCE OF A MAXIMUM OF THE ONE-YEAR; OR, FOR THE CLAIMANT **IS** WITH THE LIABILITY FOR A FINE WITH THE TITLE: 18, AND FOR THE PRISON-SENTENCE OF A MAXIMUM OF THE ONE-YEAR.

(b) FOR THE SECTION: 649 AND FOR THE SECTIONS: 643/648/650/AND 653 OF THE TITLE: 18, **ARE** FOR THE APPLICATION FOR THE CITIZENS WITH THE PARTY-VESSEL WITH THE CHARGE WITH THE SAFE-KEEPING/TRANSFER/PAYMENT OF THE PUBLIC-MONEY AS THE FIDUCIARIES OR AS THE PERSONS WITH THE SAFEKEEPING OF THE PUBLIC-MONEY.

95. FOR THE CLAIM OF THE **TITLE: 18: U.S.A.-CLAIM: CH. 31: §: 650** IS FOR THE PERSONS WITH A BREACH OF THE SAFEGUARD OF THE MONIES. BY THE CLAIMANT **IS** WITH THE AUTHORITY AS THE TREASURER OF THE U.S.A., OR BY THE CLAIMANT **IS** WITH A PUBLIC-PLACE FOR THE SAFEKEEPING OF THE MONIES AND **IS** WITH THE BREACH OF THE DUTY FOR THE SAFE-KEEPING OF THE MONEYS AS A PAYMENT-OFFICER OR AS A PAYMENT-AGENT AND OF THE MONEYS IN THE PLACE OF THE SAFEKEEPING BY A CLAIMANT AS A VASSALEE, OR WITH A CLAIMANT AS A COLLECTOR, OR WITH A CLAIMANT OF THE HAVING OF THE MONEY OF THE U.S.A.; FOR THE CLAIMANT **IS** WITH THE GUILT OF THE NEGLIGENCE OF THE AUTHORITY, AND FOR THE CITIZEN **IS** WITH THE LIABILITY FOR THE GREATER-AMOUNT OF A FINE WITH THE TITLE: 18 OR OF A SUM OF THE EQUAL-AMOUNT FOR THE MONEY WITH THE NEGLIGENCE OF THE AUTHORITY, OR FOR THE PRISON-SENTENCE FOR A MAXIMUM-PENALTY OF THE TEN-YEARS; OR, FOR THE CLAIMANT **IS** WITH THE LIABILITY FOR THE GREATER-AMOUNT OF A FINE WITH THE TITLE: 18 AND OF A SUM OF THE EQUAL-AMOUNT FOR THE MONEY WITH THE NEGLIGENCE OF THE AUTHORITY; BY THE AMOUNT WITH THE NEGLIGENCE OF THE AUTHORITY **IS** WITH THE $: 1,000: DOLLARS, FOR THE CLAIMANT **IS** WITH THE LIABILITY FOR A FINE WITH THE TITLE: 18, OR FOR THE PRISON OF A MAXIMUM OF THE ONE-YEAR; OR, FOR

THE CLAIMANT IS WITH THE LIABILITY FOR A FINE WITH THE TITLE: 18, AND FOR THE PRISON OF A MAXIMUM OF THE ONE-YEAR.

96. FOR THE CLAIM OF THE TITLE: 18: U.S.A.-CLAIM: CH. 31: §: 651 IS FOR THE CITIZEN(PAYMENT-OFFICER) OF THE FALSE-CERTIFICATION OF THE FULL-PAYMENT. FOR THE CITIZEN(S) IN THE PARTY-VESSEL WITH THE VASSALEE-AUTHORITY AS A PAYMENT-OFFICER WITH THE CHARGE WITH THE PAYMENT OF THE PUBLIC-MONEYS, AND IS WITH THE ACCEPTANCE WITH THE RECEIPT/TRANSMISSION FOR THE GENERAL-ACCOUNTING-OFFICE, FOR THE ALLOWANCE WITH THE CITIZEN'S-FAVOR OF A RECEIPT OR OF A VOUCHER WITH A CREDITOR OF THE U.S.A. IS WITH THE CONTRACT-CLAIM FOR THE TERMINATION WITH THE FULL-AMOUNT OF THE FUNDS WITH THE SPECIFICATION WITH THE C.U.S.A.F.-CHARTER-VESSEL; FOR THE CREDIT OF THE U.S.A. AS THE CLAIMANT IS WITH THE RECEIPT FOR A PAYMENT/FUNDS; FOR THE CLAIMANT AS THE PAYMENT-OFFICER IS WITH THE AUTHORIZATION WITH THE LAW FOR THE TAKING WITH AN BARTER/SWAP; AND FOR THE CLAIMANT IS WITH THE LIABILITY FOR THE GREATER-AMOUNT OF A FINE WITH THE TITLE: 18 OR OF A SUM WITH THE EQUAL-AMOUNT FOR THE MONEY WITH THE NEGLIGENCE OF THE AUTHORITY OR OF THE PRISON FOR A MAXIMUM-PENALTY OF THE TWO-YEARS; OR, FOR THE CLAIMANT IS WITH THE LIABILITY FOR THE GREATER-AMOUNT OF A FINE WITH THE TITLE: 18 AND OF A SUM WITH THE EQUAL-AMOUNT OF THE MONEY WITH THE NEGLIGENCE OF THE AUTHORITY; BY THE AMOUNT WITH THE NEGLIGENCE OF THE AUTHORITY IS WITH THE $: 1,000: DOLLARS, FOR THE CITIZEN IS WITH THE LIABILITY FOR A FINE WITH THE TITLE: 18, OR FOR THE PRISON OF A MAXIMUM OF THE ONE-YEAR; OR FOR THE CLAIMANT IS WITH THE LIABILITY FOR A FINE WITH THE TITLE: 18, AND FOR THE PRISON OF A MAXIMUM OF THE ONE-YEAR.

97. FOR THE CLAIM OF THE COERCION: REF. TITLE: 18: U.S.A.-CLAIM: §: 872 IS FOR THE ATTAINMENT OF THE THING OF THE CLAIMANT WITH THE PERSUASION OR WITH THE WRONGFUL-USE OF THE ACTUAL-FORCE OR WITH THE THREAT OF THE USE OF THE FORCE OR WITH THE USE OF THE FEAR OR WITH THE COLOR OF THE OFFICIAL-CLAIM.

98. FOR THE TITLE: 18: CHAPTER: 47(FOR THE FRAUD AND FOR THE FALSE-STATEMENTS): U.S.A.-CLAIM: §: 1001 IS FOR THE STATEMENTS OR FOR THE ENTRIES (GENERAL). BY A CITIZEN WITH ANY MATTER IS WITHIN THE JURISDICTION OF ANY DEPARTMENT(sic) OR OF ANY AGENCY OF THE U.S.A., WITH THE KNOWLEDGE AND WITH THE WILLFUL-PURPOSE WITH THE FALSIFICATION/WITHHOLDING/COVERING-UP OF ANY TRICK/SCHEME/CONTRIVANCE FOR THE MATERIAL-FACT WITH THE MAKING FOR ANY MATERIAL-FALSE-STATEMENT/MATERIAL-FICTITIOUS-STATEMENT/MATERIAL-FRAUDULENT-STATEMENT/FALSE-MATERIAL-CHARTER-VESSEL-CLAIM OF A STATEMENT, OR WITH THE MAKING OR WITH THE USING OF ANY FALSE-WRITING/DOCUMENT WITH THE KNOWLEDGE OF THE FALSE-WRITING/DOCUMENT WITH ANY MATERIAL-FALSE-STATEMENT/MATERIAL-FICTITIOUS-STATEMENT/MATERIAL-FRAUDULENT-

STATEMENT/MATERIAL-FRAUDULENT-ENTRY WITH THE CASE-FILE; FOR THE CLAIMANT IS WITH THE LIABILITY FOR A FINE WITH THE TITLE: 18, OR FOR THE PRISON OF A MAXIMUM OF THE FIVE-YEARS; OR, FOR THE CLAIMANT IS WITH THE LIABILITY FOR A FINE WITH THE TITLE: 18, AND FOR THE PRISON OF A MAXIMUM OF THE FIVE-YEARS.

99. FOR THE **TITLE: 18: CHAPTER: 47(FOR THE FRAUD AND FOR THE FALSE-STATEMENTS): U.S.A.-CLAIM: §: 1002** IS FOR THE POSSESSION OF THE FALSE-PAPERS FOR THE PRACTICE OF THE FRAUD. FOR A CLAIMANT IS WITH THE KNOWLEDGE AND WITH THE WILLFUL-PURPOSE FOR THE PRACTICE OF THE FRAUD AGAINST THE U.S./AGENCY OF THE U.S., FOR THE POSSESSION OF ANY FALSE-WRITING, FOR THE ALTERATION/FORGERY/COUNTERFEIT OF ANY WRITING/DOCUMENT, FOR THE PURPOSE OF THE ENABLEMENT OF SOME-OTHER CLAIMANT FOR THE ATTAINMENT WITH THE U.S./AGENCY/OFFICER/AGENT OF THE U.S., FOR ANY SUM OF THE MONEY; FOR THE CLAIMANT IS WITH THE LIABILITY FOR A FINE WITH THE TITLE: 18, OR FOR THE PRISON OF A MAXIMUM OF THE FIVE-YEARS; OR, FOR THE CLAIMANT IS WITH THE LIABILITY FOR A FINE WITH THE TITLE: 18, AND FOR THE PRISON OF A MAXIMUM OF THE FIVE-YEARS. WITH THE CORRECTION OF THE PUBLIC-LAW: 103-322: §: 330016(1)(L), SEPTEMBER: 13: 1994, 108: STATUTE: 2147 IS WITH THE CHARTER-VESSEL-CLAIM OF THE C.U.S.A.F. CLAIMS OF THE CLAIMANT AND OF THE VASSALEE-PARTY-VESSEL .

100. FOR THE CLAIM OF THE **TITLE: 18: U.S.A.-CLAIM: §: 1341** IS FOR THE FRAUDS AND IS FOR THE SWINDLE OF A PARTY-VESSEL WITH THE PLAN OF ANY SCHEME/ARTIFICE, FOR THE PRACTICE OF THE FRAUD, OR FOR THE ATTAINMENT OF THE MONEY OR OF THE THING WITH THE MEANS OF THE FALSE-CHARTER-VESSEL-CLAIM/CONTRACT-CLAIMS/CLAIMS, OR FOR THE SALE OR FOR THE CONTROL OF A LOAN, FOR THE BARTER/ SWAP/ ALTERATION/ GIVING-AWAY/ TRANSFER/ SUPPLY/ FURNISH/ OBTAINMENT FOR AN FELONIOUS-USE OF ANY COUNTERFEIT-COIN/ SPURIOUS-COIN/OBLIGATION, OR WITH ANY OTHER-ARTICLE/THING WITH THE PUBLICATION/PROCLAMATION OR AS THE CLAIM, OR FOR THE HOLDING-OUT OF SUCH COUNTERFEIT-ARTICLE/SPURIOUS-ARTICLE, FOR THE PURPOSE OF THE COMPLETION OF SUCH SCHEME/ARTIFICE, OR FOR THE ATTEMPT WITH THE COMPLETION OF THE SCHEME/ARTIFICE WITH THE PLACEMENT IN ANY POST-OFFICE OR IN ANY PLACE FOR THE SAFEKEEPING OF THE AUTHORIZATION FOR THE MAIL(POST)-MATTER, FOR ANY MATTER/THING WITH THE SEND/TRANSFER WITH THE U. S. POST-OFFICE, OR WITH THE SAFEKEEPING, OR WITH THE CAUSE FOR THE SAFEKEEPING OF ANY MATTER/THING WITH THE SEND/TRANSFER WITH ANY PRIVATE-CARRIER/COMMERCIAL-CARRIER, OR WITH THE TAKING/RECEIVING WITH ANY PRIVATE-CARRIER/COMMERCIAL-CARRIER OF ANY SUCH-MATTER/THING, OR WITH THE KNOWLEDGE OF A PARTY-VESSEL WITH THE CAUSE FOR THE TRANSFER, OR FOR THE CAUSE OF THE TRANSFER OF THE MAIL(POST), OR WITH SUCH CARRIER WITH THE ACCORDANCE WITH THE ADDRESS ON THE MATTER, OR FOR THE PLACEMENT THE COMMAND FOR THE TRANSFER WITH THE PARTY-VESSEL AS THE ADDRESSEE OF ANY SUCH-MATTER/THING; FOR THE OFFENDING-CLAIMANT IS WITH THE

FOR A FINE WITH THE TITLE: 18, OR FOR THE PRISON-SENTENCE OF A MAXIMUM OF THE FIVE-YEARS; OR, FOR THE OFFENDING-CLAIMANT IS WITH THE LIABILITY FOR A FINE WITH THE TITLE: 18, AND FOR THE PRISON-SENTENCE OF A MAXIMUM OF THE FIVE-YEARS. BY THE BREACH IS WITH A PARTY-VESSEL WITH A FINANCIAL-ORGANIZATION, FOR THE FINANCIAL-ORGANIZATION IS WITH THE LIABILITY FOR A MAXIMUM OF THE $: 1,000,000-DOLLARS; OR, FOR THE CLAIMANT IS WITH THE LIABILITY FOR THE PRISON-SENTENCE OF A MAXIMUM OF THE 30-YEARS; OR, FOR THE FINANCIAL-ORGANIZATION WITH THE LIABILITY IS WITH THE LIABILITY FOR A MAXIMUM OF THE $: 1,000,000-DOLLARS, AND FOR THE CLAIMANT IS WITH THE LIABILITY FOR THE PRISON-SENTENCE OF A MAXIMUM OF THE 30-YEARS.

101. FOR THE CLAIM OF THE **TITLE: 18: U.S.A.-CLAIM: §: 1342** IS FOR THE FICTION-NAME/FICTION-ADDRESS OF A PARTY-VESSEL, FOR THE PURPOSE OF THE CLAIM, OR FOR THE CARRYING-ON WITH THE MEANS OF THE U. S. POST-OFFICE OF ANY SCHEME/CONTRIVANCE WITHIN THE MEANING OF THE TITLE: 18: U.S.A.-CLAIM: §: 1341 OR WITH ANY OTHER-FELONIOUS-BUSINESS WITH THE USE OR WITH THE ASSUMING/CONTRACT-CLAIM OF THE ADDRESS WITH ANY FICTION-TITLE/FICTION-NAME/ FICTION-ADDRESS/FALSE-TITLE/FALSE-NAME/FALSE-ADDRESS, OR WITH ANY ASSUMING-TITLE/ASSUMING-NAME/ASSUMING-ADDRESS/ LACK OF THE NAME, OR WITH THE TAKING OR WITH THE RECEIVING WITH ANY POST-OFFICE OR WITH ANY PLACE FOR THE SAFEKEEPING OF THE MAIL(POST)-MATTER OF ANY LETTER OF ANY POSTAL-CARD OF ANY PACKAGE/MAIL(POST)-MATTER WITH AN ADDRESS OF ANY SUCH FICTION-TITLE/FICTION-NAME/FICTION-ADDRESS/FALSE-TITLE/FALSE-NAME/FALSE-ADDRESS/ASSUMING-TITLE/ASSUMING-NAME/ ASSUMING-ADDRESS/LACK OF THE NAME; FOR THE CLAIMANT IS WITH THE LIABILITY FOR A FINE WITH THE TITLE: 18, OR FOR THE PRISON-SENTENCE FOR A MAXIMUM OF THE FIVE-YEARS; OR, FOR THE CLAIMANT IS WITH THE LIABILITY FOR A FINE WITH THE TITLE: 18, AND FOR THE PRISON-SENTENCE FOR A MAXIMUM OF THE FIVE-YEARS.

102. FOR THE CLAIM OF THE **TITLE: 18: U.S.A.-CLAIM: §: 1512** IS FOR THE TAMPERING WITH A WITNESS/VICTIM (b) FOR A PARTY-VESSEL WITH THE KNOWLEDGE OF THE LAW WITH THE USE OF THE COERCION/CLAIM/THREAT/PHYSICAL-FORCE/PERSUASION OF A PARTY-VESSEL OR WITH THE ATTEMPT OF THE PERSUASION OF A PARTY-VESSEL OR WITH THE ENGAGING WITH THE FRAUDULENT-CONDUCT TOWARD A PARTY-VESSEL; AND, BY THE VOLITION IS:
(1) FOR THE CORRUPT-EMANATION OF A VASSALEE'S-SPIRITUAL-FORCE OR MORAL-FORCE, FOR THE OBSTRUCTION OR FORBIDDANCE OF THE TESTIMONY OF ANY PARTY-VESSEL WITH AN OFFICIAL-HARD-COPY-CLAIM,
(2) FOR THE CAUSING OR FOR THE PERSUASION OF ANY PARTY-VESSEL:
(A) FOR THE WITHHOLDING OF THE TESTIMONY, OR FOR THE WITHHOLDING OF A DOCUMENT/DOCUMENT/OBJECT OF AN OFFICIAL-HARD-COPY-CLAIM,
(D) FOR THE LACK OF THE ATTENDANCE OF A PARTY-VESSEL, WITH THE OBLIGATION OF THE

LEGAL-PROCESS WITH A SUMMONS WITH AN OFFICIAL-HARD-COPY-CLAIM, OR (3) FOR THE HINDRANCE/OBSTRUCTION/FORBIDDANCE OF THE CLAIM WITH A PARTY-VESSEL, WITH A <u>LAW-ENFORCEMENT-OFFICER</u>, OR WITH A JUDGE OF THE U.S.A., WITH THE KNOWLEDGE OF THE COMMISSION OR FOR THE <u>POSSIBLE-COMMISSION</u> OF A <u>FEDERAL-OFFENSE</u>;

FOR THE PARTY-VESSEL OF THE OFFENSE **IS** WITH THE LIABILITY FOR A FINE WITH THE TITLE: 18, <u>OR</u> FOR THE PRISON-SENTENCE OF A MAXIMUM OF THE TEN-YEARS; OR, FOR THE OFFENDING-<u>CLAIMANT</u> **IS** WITH THE LIABILITY FOR A FINE WITH THE TITLE: 18, <u>AND</u> FOR THE PRISON-SENTENCE OF A MAXIMUM OF THE TEN-YEARS.

103. FOR THE CLAIM OF THE **PERJURY- REF. TITLE: 18: U.S.A.-CLAIM: §: 1621** [GENERAL]: FOR A <u>CLAIMANT</u> **IS** WITH THE GUILT OF THE PERJURY BY AN <u>OFFICIAL-HARD-COPY-CLAIM</u> OF A <u>CLAIMANT</u> WITH THE MAKING OF A FALSE-STATEMENT WITH THE OATH OR WITH THE EQUIVALENT-<u>CHARTER-VESSEL-CLAIM</u> OR WITH THE SWEARING/<u>CHARTER-VESSEL-CLAIM</u> OF THE TRUTH OF A PRIOR-STATEMENT, [WITH THE REFERENCE OF THE OATH OR OF THE <u>CHARTER-VESSEL-CLAIM</u>] AND, BY THE STATEMENT **IS** WITH THE MATERIALITY, AND BY THE <u>CLAIMANT</u> **IS** WITH A LACK OF THE CONVICTION ABOUT THE STATEMENT [DEFINE] AS THE TRUTH.

104. FOR THE CLAIM OF THE **TITLE: 18: U.S.A.-CLAIM: CH. 96: §: 1961(1)**: <u>RACKETEERING-ACTIVITY</u> **IS** (A) WITH ANY ACT OR THREAT WITH THE PARTICIPATION OF THE <u>MURDER/KIDNAPING/GAMBLING/ARSON/ROBBERY/BRIBERY/COERCION</u>/ DEALING WITH THE OBSCENE-MATTER, OR FOR THE DEALING WITH A SUBSTANCE(sic) WITH THE CONTROL OR ON THE LIST OF THE CHEMICALS [WITH THE SIGNIFICATION WITH THE SECTION-102 OF THE <u>CONTROLLING-SUBSTANCES-ACT</u>(sic)(21: **U.S.A.-CLAIM**: §: 802)] **IS** WITH THE CHARGING WITHIN THE STATE-LAW AND FOR THE PUNISHMENT WITH THE PRISON-SENTENCE FOR THE MINIMUM OF THE ONE-YEAR; (B) FOR ANY ACT FOR THE ACCUSATION OF AN OFFENSE **IS** WITH THE <u>FOLLOWING-CLAIMS</u> OF THE TITLE: 18: U.S.-CODE: SECTION: 201 [FOR THE BRIBERY], FOR THE SECTION-224 [FOR THE <u>SPORTS-BRIBERY</u>], FOR THE SECTIONS: 471, 472, AND 473 [FOR THE COUNTERFEITING], FOR THE SECTION-659 [FOR THE THEFT WITH THE SHIPMENT] IF THE ACT **IS** WITH THE ACCUSATION OF AN OFFENSE WITH THE SECTIONS-659 AND **IS** WITH A FELONY: SECTION: 664 [FOR THE NEGLIGENCE OF THE AUTHORITY OF THE PENSION AND WELF<u>ARE</u>-FUNDS], FOR THE SECTIONS: 891-894 [FOR THE COERCIVE-CREDIT-TRANSACTIONS], FOR THE SECTION: 1028 [FOR THE FRAUD WITH THE CONNECTION WITH THE CLAIM-DOCUMENTS], FOR THE SECTION: 1029 [FOR THE FRAUD WITH THE CONNECTION WITH THE ACCESS-MACHINES], FOR THE SECTION: 1084 [FOR THE TRANSMISSION OF THE GAMBLING-FACTS], FOR THE SECTION: 1341 [FOR THE <u>MAIL-FRAUD</u>], FOR THE SECTION: 1343 FOR THE <u>WIRE-FRAUD</u>, FOR THE SECTION: 1344 [FOR THE FINANCIAL-ORGANIZATION-FRAUD], FOR THE SECTION: 1425 [FOR THE OBTAINMENT OF THE CITIZENSHIP OR NATIONALIZATION OUTSIDE THE LAW], FOR THE SECTION: 1426 [FOR THE COPY OF THE NATURALIZATION-



PAPERS/CITIZENSHIP-PAPERS], FOR THE SECTION: 1427 [FOR THE SALE OF THE NATURALIZATION-PAPERS/CITIZENSHIP-PAPERS], FOR THE SECTIONS: 1461-1465 [FOR THE OBSCENE-MATTER], FOR THE SECTION: 1503 [FOR THE OBSTRUCTION OF THE JUSTICE], FOR THE SECTION: 1510 [FOR THE OBSTRUCTION OF THE CRIMINAL-SYSTEMATIC-STUDY FOR THE COLLECTION OF THE FACTS], FOR THE SECTION: 1511 [FOR THE OBSTRUCTION OF THE STATE-LAW-ENFORCEMENT OR LOCAL-LAW-ENFORCEMENT], FOR THE SECTION: 1512 [FOR THE TAMPERING WITH THE A WITNESS/VICTIM/INFORMANT], FOR THE SECTION: 1513 [FOR THE AVENGE AGAINST A WITNESS/VICTIM/INFORMANT], FOR THE SECTION: 1542 [FOR THE FALSE-STATEMENT WITH THE APPLICATION AND USE OF THE PASSPORT], FOR THE SECTION: 1543 [FOR THE FORGERY OR FOR THE FALSE-USE OF THE PASSPORT], FOR THE SECTION: 1544 [FOR THE WRONG-USE OF THE PASSPORT], FOR THE SECTION: 1546 [FOR THE FRAUD AND WRONG-USE OF THE VISAS/PERMITS/OTHER-DOCUMENTS], FOR THE SECTIONS: 1581-1588 [FOR THE PEONAGE AND SLAVERY], FOR THE SECTION: 1951 [FOR THE OBSTRUCTION OF THE COMMERCE, WITH THE ROBBERY/COMPULSION], FOR THE SECTION: 1952 [FOR THE RACKETEERING], FOR THE SECTION: 1953 [FOR THE TRANSPORTATION OF THE WAGERING-PARAPHERNALIA], FOR THE SECTION: 1954 [FOR THE FELONIOUS-WELFARE-FUND-PAYMENTS], FOR THE SECTION: 1955 [FOR THE FORBIDDANCE OF THE CRIMINAL-GAMBLING-BUSINESSES], FOR THE SECTION: 1956 [FOR THE LAUNDERING OF THE MONETARY-DOCUMENTS], FOR THE SECTION: 1957 [FOR THE ENGAGING WITH THE MONETARY-TRANSACTIONS IN AN FELONIOUS-ACTIVITY], FOR THE SECTION: 1958 [FOR THE USE OF THE COMMERCE-FACILITIES WITH THE COMMISSION OF THE MURDER-FOR-THE-HIRE], FOR THE SECTIONS: 2251, 2251A, 2252, AND 2260 [FOR THE SEXUAL-USE OF THE CHILDREN], FOR THE SECTIONS: 2312 AND 2313 [FOR THE TRANSPORTATION OF THE STEALING OF THE MOTOR-VEHICLES], FOR THE SECTIONS: 2314 AND 2315, FOR THE SECTION: 2318 [FOR THE TRAFFIC WITH THE COUNTERFEIT OF THE LABELS FOR THE PHONO-GRAPHS/COMPUTER-SYSTEMS/COMPUTER-SYSTEMS-DOCUMENTATION/PACKAGING/ COPIES/MOTION-PICTURES OR OF OTHER AUDIOVISUAL-WORKS], FOR THE SECTION: 2319 [FOR THE CRIMINAL-TRESPASS OF A COPYRIGHT], FOR THE SECTION: 2319A [FOR THE FIXATION OF THE TRAFFICKING WITH THE SOUND-MEDIA AND MUSIC-VIDEOS OF THE LIVE-MUSICAL-CLAIMS ARE WITH THE CHARTER-VESSEL-CLAIM FOR THE AUTHORIZATION], FOR THE SECTION: 2320 [FOR THE TRAFFICKING WITH THE GOODS/SERVICES WITH THE COUNTERFEIT-MARKS], FOR THE SECTION: 2321 [FOR THE TRAFFIC OF WITH THE CERTAIN-MOTOR-VEHICLES OR MOTOR-VEHICLE-PARTS], FOR THE SECTIONS: 2341-2346 [FOR THE TRAFFIC OF THE CONTRABAND-CIGARETTES], FOR THE SECTIONS: 2421-24 [FOR THE WHITE-SLAVE-TRAFFIC], © FOR ANY ACT WITH THE ACCUSATION OF AN OFFENSE BY A GRAND-JURY WITH THE TITLE: 29: U.S.A.-CLAIM: §: 186 [FOR THE DEALING WITH THE LIMITATIONS ON THE PAYMENTS AND LOANS FOR THE LABOR-ORGANIZATIONS] OR SECTION: 501© [FOR THE NEGLIGENCE OF THE AUTHORITY OF THE UNION-FUNDS], (D) FOR THE OFFENSE WITH THE PARTICIPATION OF THE FRAUD WITH THE CONNECTION WITH A CASE WITH THE TITLE: 11 [WITH THE CLAIM OF A CASE WITH THE SECTION: 157 OF THIS TITLE], FRAUD WITH THE SALE OF THE SECURITIES, OR

FOR THE FELONY-MANUFACTURE/CARRIAGE/ACQUIREMENT/WITHHOLD/BUY/SALE, OR FOR THE OTHER-WISE OF THE DEALING WITH A SUBSTANCE(sic) WITH THE CONTROL OR OF THE LIST OF THE CHEMICALS [WITH THE SIGNIFICATION WITH THE SECTION: 102 OF THE CONTROLLING-SUBSTANCES-ACT(sic)], WITH THE PUNISHMENT WITH ANY LAW OF THE U.S., (E) FOR ANY ACT WITH THE ACCUSATION OF AN OFFENSE BY A GRAND-JURY WITH THE CURRENCY AND FOREIGN-TRANSACTIONS-PUBLICATION-ACT [31: U.S.A.-CLAIM: 5311, ET SEQ.], OR (F) FOR ANY ACT IS WITH THE ACCUSATION WITH AN OFFENSE WITH THE MIGRATION AND NATIONALITY-ACT [8: U.S.A.-CLAIM: §: 1101, ET SEQ.], FOR THE SECTION: 274 [8: U.S.A.-CLAIM: §: 1324] [[FOR THE BRINGING-IN AND HARBOR OF CERTAIN ALIENS], FOR THE SECTION: 277 [8 U.S.A.-CLAIM: §: 1327] [FOR THE AID OR FOR THE ASSISTANCE OF CERTAIN ALIENS FOR THE ENTRY INTO THE U.S.], OR FOR THE SECTION: 278 [WITH THE TITLE: 8: U.S.A.-CLAIM: §: 1328] [FOR THE CARRIAGE OF THE ALIEN FOR AN CRIMINAL-PURPOSE] IF THE ACT WITH THE ACCUSATION OF AN OFFENSE BY A GRAND-JURY WITH SUCH SECTION OF SUCH ACT IS FOR THE COMMISSION FOR THE PURPOSE OF THE FINANCIAL-GAIN.

105. FOR THE CLAIM OF THE **CONSTRUCTIVE-TREASON-CONSPIRACY- TITLE: 18: U.S.A.-CLAIM: §: 2384:** BY THE TWO-PERSONS OR OF THE MORE-PERSONS **ARE** WITH ANY STATE/TERRITORY/PLACE AS THE SUBJECT WITH THE JURISDICTION OF THE U.S.A. WITH A CONSPIRACY FOR THE OVERTHROW/PUTTING-DOWN/RUIN, WITH THE FORCE AGAINST THE GOVERNMENT OF THE U.S.A., OR FOR THE LEVY OF THE WAR AGAINST THE U.S.A., OR FOR THE OPPOSITION WITH THE FORCE AGAINST THE AUTHORITY OF THE U.S.A. OR WITH THE FORCE FOR THE FORBIDDANCE/HINDRANCE/OBSTRUCTION OF THE COMPLETION OF ANY LAW OF THE U.S.A., OR WITH THE FORCE OF A SEIZURE BY A TAKING, OR FOR THE POSSESSION OF ANY THING OF THE U.S.A. AGAINST THE AUTHORITY OF THE U.S.A., FOR AN OFFENDING-CLAIMANT IS WITH THE LIABILITY FOR THE PENALTIES OF A FINE FOR EACH CLAIMANT WITH THIS TITLE, OR FOR THE PRISON-SENTENCE FOR A MAXIMUM OF THE TWENTY-YEARS; OR, FOR AN OFFENDING-CLAIMANT IS WITH THE LIABILITY FOR THE PENALTIES OF A FINE FOR EACH-CLAIMANT WITH THIS TITLE, AND FOR THE PRISON-SENTENCE FOR A MAXIMUM OF THE TWENTY-YEARS.

106. FOR THE CLAIM OF THE **TITLE: 28: U.S.A.-CLAIM: CH. 21: §: 454** IS FOR THE PRACTICE OF THE LAW BY THE JUSTICES AND JUDGES. FOR ANY JUSTICE/ JUDGE, WITH THE APPOINTMENT WITH THE AUTHORITY OF THE U.S.A. FOR THE ENGAGEMENT THE PRACTICE OF THE LAW IS WITH THE GUILT OF A HIGH-OFFENSE.

107. FOR THE CLAIM OF THE **TITLE: 28: U.S.A.-CLAIM: CH. 21: §: 455: (a), b)(1, 4), (5)(ii, iii), (d)(2, 3, 4)** IS WITH THE BAR OF THE JUSTICE/JUDGE/MAGISTRATE:
(a) FOR A JUSTICE/JUDGE/MAGISTRATE OF THE U.S.A. BARS [HIMSELF] OF THE SELF: JUSTICE/JUDGE/MAGISTRATE OF THE U.S.A. WITH A HARD-COPY-CLAIM OF THE JUSTICE IF THE FAIRNESS OF THE JUSTICE/JUDGE/MAGISTRATE IS WITH THE QUESTION BY A

REASONABLE-CLAIMANT .

(b) FOR A JUSTICE/JUDGE/MAGISTRATE OF THE U.S.A. BARS [HIMSELF] OF THE SELF: JUSTICE/JUDGE/MAGISTRATE OF THE U.S.A. WITH THE FOLLOWING-CIRCUMSTANCES:

(1) BY THE JUSTICE/JUDGE/MAGISTRATE OF THE U.S.A. IS WITH A PERSONAL-BIAS OR OF A PERSONAL-APARTHEID FOR THE CONCERN OF A CLAIMANT OR IS WITH THE FIRSTHAND-KNOWLEDGE OF THE FACTS WITH THE CONFLICT OF THE EVIDENCE-MATTER OF THE HARD-COPY-CLAIM;

(4) BY THE JUSTICE/JUDGE/MAGISTRATE OF THE U.S.A. IS WITH THE KNOWLEDGE THAT THE JUSTICE/JUDGE/MAGISTRATE OF THE U.S.A. IS WITH THE CAPACITY AS A CLAIMANT OR AS A VASSALEE, OR IF THE JUSTICE/JUDGE/MAGISTRATE OF THE U.S.A. IS WITH A FINANCIAL-OWNERSHIP WITH THE MATTER OF THE SUBJECT WITH THE CONTROVERSY OR IS AS A PARTY-VESSEL OF THE HARD-COPY-CLAIM, OR WITH AN AFFECT OF THE JUDGE'S-OWNERSHIP FOR THE OUTCOME OF THE HARD-COPY-CLAIM;

(5) BY THE JUSTICE/JUDGE/MAGISTRATE OF THE U.S.A.:

(ii) IS WITH THE ACTING AS A LAWYER IN THE HARD-COPY-CLAIM,

(iii) IS WITH THE KNOWLEDGE OF AN AFFECT UPON A JUDGE'S-OWNERSHIP OF THE OUTCOME OF THE HARD-COPY-CLAIM.

(d) FOR THE PURPOSES OF THIS SECTION OF THE *FOLLOWING-SIGNIFICATIONS* OF THE WORDS OR OF THE PHRASES:

(2) FOR THE LINE OF THE DECENT IS WITH THE CALCULATION WITH THE CIVIL-LAW-SYSTEM;

(3) FOR THE CLAIM OF THE WORD: **VASSALEE IS** WITHIN SUCH TITLES AS AN ADMINISTRATOR/TRUSTEE/GUARDIAN;

(4) FOR THE CLAIM OF THE WORD: **FINANCIAL-OWNERSHIP IS** WITH THE CLAIM OF THE OWNERSHIP OF A LEGAL-OWNERSHIP/EQUITABLE-OWNERSHIP/UNITY-OWNERSHIP WITH THE TITLE AS A DIRECTOR/ADVISOR, OR WITH THE ACTIVE-PARTICIPATION WITH THE AFFAIRS OF A PARTY-VESSEL.

108. FOR THE **TITLE: 28: U. S. A. -CLAIMS : §: 1333.** FOR THE ADMIRALTY, MARITIME-CASES. FOR THE DI-STRICT-COURTS OF THE U. S. A. ARE WITH THE ORIGINAL-JURISDICTION, SAVE THE COURTS OF THE STATES, OF (1) ANY CIVIL-CASE WITHIN THE ADMIRALTY-JURISDICTION OR WITHIN THE MARITIME-JURISDICTION.

109. FOR THE **TITLE: 28: U. S. A. -CLAIMS : §: 1337.** FOR THE COMMERCE AND FOR THE ANTITRUST-REGULATIONS; FOR THE AMOUNT IN THE CONTROVERSY, FOR THE COSTS. (a) FOR THE DI-STRICT-COURTS OF THE U. S. A. ARE WITH THE ORIGINAL-JURISDICTION OF ANY CLAIM WITHIN ANY ACT OF THE CONGRESS FOR THE REGULATION OF THE COMMERCE OR FOR THE SAFEGUARD OF THE TRADE AND OF THE COMMERCE AGAINST THE CAPTURE AND AGAINST THE MONOPOLIES: SAVE THAT DI-STRICT-COURTS ARE WITH THE ORIGINAL-JURISDICTION OF AN ACTION WITHIN THE SECTION: 11706 OR 14706 OF THE TITLE: 49: U. S. A. -CLAIMS , IF THE MATTER IN THE CONTROVERSY FOR EACH HARD-COPY-ACKNOWLEDGMENT

OR FOR EACH BILL OF THE LADING IS WITH A MINIMUM OF THE $:10,000.00 LESS THE INTEREST AND LESS THE COSTS.

110.  FOR  THE CLAIM OF THE **TITLE: 28: U.S.A.-CLAIM: §: 1359: COLLUSION** IS FOR THE BAR OF THE ATTAINMENT OF THE JURISDICTION WITH A PARTY-VESSEL WITH A CIVIL-ACTION WITH ANY LACK OF THE PROPERNESS, FOR THE JURISDICTION OF THE COURT IS WITH THE LOSS OF THE JURISDICTION OF THE COURT, IF ANY JURISDICTION IS WITHIN THE NOW-TENSE-FORCE.

111.  FOR THE CLAIM OF THE **TITLE: 28: U.S.A.-CLAIM: §: 1361** IS FOR THE ACTION FOR THE COMPELLING OF AN OFFICER OF THE U.S.A. FOR THE CLAIM OF THE OFFICER'S-DUTIES. FOR THE DI-STRICT-COURT OF THE U.S.A. IS WITH THE ORIGINAL-JURISDICTION OF ANY ACTION WITH THE NATURE OF A MANDAMUS, FOR THE COMPELLING OF AN OFFICER/ EMPLOYEE OF THE U.S.A. OR OF ANY AGENCY OF THE U.S.A., FOR THE CLAIM OF A DUTY FOR THE CLAIMANT BY THE OFFICER.

112.  FOR  THE  CLAIM  OF  THE  **TITLE: 28: U.S.A.-CLAIM: §: 1605:** GENERAL-CLAIM OF THE JURISDICTION OF THE FREEDOM OF A FICTION-JURISDICTION: (a) FOR THE LIABILITY OF THE FICTION-STATE IS WITH THE JURISDICTION OF THE COURTS OF THE U.S.A. OR OF THE STATES OF THE U.S.A. WITH ANY CASE:

(2) BY THE ACTION IS DURING THE CLAIM OF ANY COMMERCIAL-ACTIVITY WITH THE U.S.A.,WITH THE FOREIGN-SOVEREIGN-FREEDOMS-ACT BY THE FICTION-POWERS AND BY THE FICTION-STATES, WITH THE LAW OF THE FLAG OF THE FICTION-FLAG. FOR THE COST OF THE DAMAGE IS WITH THE $21.00-DOLLARS OR MORE-COMPENSATION/ THING WITH THE SERVICE-FEE, FOR THE SUIT WITH THE CIVIL-LAW WITH THE STATEMENT FOR AN ACT OF THE COMMERCE, WITH THE ENRICHMENT OF THE STATE AND OF THE FEDERAL-GOVERNMENT WITH THE CHARTER-VESSEL, AND WITHIN THE STATE OF THE U.S.A. WITH THE C.U.S.A.F. CHARTER-VESSEL: ARTICLE: NINE(9), FOR THE TRIAL BY THE JURY WITH THE TRUTH, WITH THE **F.C.C.P.-CLAIM**: 38(a)), OR FOR ANY BREACH OF THE TREATY WITH THE FICTION-STATE IN  THE  CLAIM  WITH  THE  C.U.S.A.F.  CHARTER-VESSEL  WITH  THE  CORPORATION  OF  THE C.U.S.A.F. CHARTER-VESSEL, AGAINST THE CLAIMS OF THE SOVEREIGN-CITIZEN. FOR THE CAUSE OF THE CIVIL-CHARTER-VESSEL-LITIGATION IS WITH THE BREACH WITH THE COURT.

(3) BY THE BREACH IS AGAINST THE C.U.S.A.F.-CHARTER-VESSEL WITH THE CONFISCATION OF THE CLAIMS WITH THE THING IN THE ISSUE, AND BY THE THING OR BY THE BARTER/SWAP OF THE THING IS NOW IN THE U.S.A. WITH THE CONNECTION WITH AN ACTIVITY WITH THE COMMERCE WITH THE U.S.A. WITH THE FICTION-JURISDICTION; OR BY A CONTROVERSY WITH A CASE IS WITH THE OWNERSHIP OF THE THING OR OF THE CLAIM OF THE THING WITH AN AGENCY OR WITH AN ORGANIZATION OF THE FICTION-JURISDICTIONS, AND BY THE AGENCY

OR ORGANIZATION **IS** WITH THE ENGAGEMENT WITH AN ACTIVITY OF THE COMMERCE WITH THE U.S.A.; FOR THE ACTIVITY FOR THE FEE **IS** FOR THE SERVICE WITH THE COMMERCE BY THE AMOUNT OF THE MONEY **IS** WITH THE MINIMUM: **$**: 21.00-DOLLARS OF THE U.S. CURRENCY.

(5) BY THE SUIT FOR THE <u>MONEY-DAMAGES</u> **IS** AGAINST A <u>FICTION-JURISDICTION</u>, FOR THE <u>PARTY-VESSEL-DAMAGE/DEATH</u> OR FOR THE <u>CLAIMANT'S-DAMAGE/LOSS</u> OF A THING, WITH THE OCCURRENCE WITH THE U.S.A.; AND FOR THE DAMAGES OF THE CLAIMANT **ARE** WITH THE REALITY WITH THE ACTION OF THE TORT OR WITH THE OMISSION OF THE FICTION-JURISDICTION OR WITH AN OFFICER OR WITH A <u>CLAIMANT</u> OF THE <u>FICTION-JURISDICTION</u>, BY THE ACTS **ARE** WITHIN THE <u>OFFICIAL-SCOPE</u> OF THE PARTY-VESSEL'S-OFFICE OR OF THE EMPLOYMENT; FOR THE APPLICATION OF THE PARAGRAPH-FIVE IS:

(A) FOR ANY <u>CHARTER-VESSEL-CLAIM</u>-HAVING OF A BASE UPON THE USE/CLAIM/FAILURE OF THE USE/CLAIM OF A FUNCTION WITH THE PERVERSITY OF THE WILL OF THE POWERS, OR

(B) FOR ANY <u>CHARTER-VESSEL-CLAIM</u> WITH THE ARISING WITH THE <u>CHARTER-VESSEL-CLAIM</u> WITH THE MALICE WITH THE PERVERSITY OF THE WILL OF THE <u>PROCESS/LIBEL/SLANDER/DOUBLE-DEALING/FRAUD/TRICKERY/DUPLICITY/LARCENY</u> OR WITH THE OBSTRUCTION WITH THE CLAIMS OF THE <u>C.U.S.A.F.-CHARTER-VESSEL</u>.

(6) BY THE BRINGING OF THE ACTION **IS** FOR THE ENFORCEMENT OF AN <u>CHARTER-VESSEL-CLAIM</u> OF THE <u>FICTION-STATES</u>, WITH THE BENEFIT OF A <u>PRIVATE-PARTY-VESSEL</u> OR FOR THE BENEFIT OF A PRIVATE-PARTY-VESSEL WITH THE ARBITRATION. FOR THE OATH OF THE JUDGE **IS** FOR THE ALLEGIANCE OF THE <u>C.U.S.A.F.-CHARTER-VESSEL</u> OF THE U.S.A.. * * * (B) FOR THE <u>CHARTER-VESSEL-CLAIM</u>, OR FOR THE AWARD **IS** WITH THE GOVERNANCE WITH A <u>TREATY</u> OR WITH THE <u>CHARTER-VESSEL-CLAIM</u> [WITH THE LAW OF THE FLAG] WITH THE FORCE FOR THE U.S.A. WITH THE CALL FOR THE RECOGNITION AND FOR THE ENFORCEMENT OF THE AWARDS BY THE ARBITRATION. FOR THE OATH OR FOR THE <u>CHARTER-VESSEL-CLAIM</u> IS WITH THE <u>C.U.S.A.F.-CHARTER-VESSEL</u>.

113. FOR THE CLAIM OF THE **<u>TITLE: 28: U.S.A.-CLAIM: §: 2072</u>** IS FOR THE <u>RULES OF THE PROCEDURE AND OF THE EVIDENCE AND FOR THE POWER OF THE CHARTER-VESSEL-CLAIM</u>.

(a) FOR THE SUPREME-COURT(sic) OF THE U.S.A. **IS** WITH THE POWER FOR THE <u>CHARTER-VESSEL-CLAIM</u> OF THE GENERAL-RULES OF THE PRACTICE/PROCEDURE AND OF THE RULES OF THE EVIDENCE, FOR THE CASES WITH THE COURTS OF THE CIRCUITS OF THE U.S.A., FOR THE <u>HARD-COPY-CLAIMS</u> IN THE FRONT OF THE MAGISTRATES OF THE COURTS OF THE CIRCUITS OF THE U.S.A. AND FOR THE COURTS OF THE APPEALS OF THE U.S.A..

(b) FOR THE GENERAL-RULES OF THE PRACTICE/PROCEDURE/EVIDENCE **ARE** FOR THE ALLEGIANCE/MAINTENANCE/GUARANTEE OF ANY ESSENTIAL-CLAIM. FOR THE ESSENTIAL-CLAIMS WITH THE RULES/REGULATIONS/LAWS/POLICIES **ARE** WITH THE CONFLICT WITH SUCH ESSENTIAL-CLAIMS OF THE CITIZEN/PARTY-VESSEL.

© FOR THE GENERAL-RULES OF THE PRACTICE/PROCEDURE/RULES OF THE EVIDENCE **ARE** WITH THE AUTHORITY FOR THE SIGNIFICATION, BY A RULING OF A DI-STRICT-COURT IS WITH THE FINALITY, FOR THE PURPOSES OF THE CLAIM WITH THE TITLE: 28: U.S.A.-CLAIM: §: 1291.

114. FOR THE CLAIM OF THE **TITLE: 29: U.S.A.-CLAIM: §: CH. 16: VOCATIONAL-HEALING AND OF OTHER HEALING-SERVICES §: 701(c): IS** FOR THE ESTABLISHMENT OF A POLICY. FOR THE POLICY OF THE U.S. **IS** WITH ALL SYSTEMS/CHARTER-VESSELS/ACTIVITIES WITH THE ACQUIREMENT OF THE ASSISTANCE WITH THIS ACT. FOR THE OBLIGATION OF THE FIDUCIARIES **IS** FOR THE HARD-COPY-CLAIM WITH A MANNER WITH THE CONSISTENCY OF THE PRINCIPLES OF THE (1) CONCERN FOR THE POSITION-DIGNITY/PERSONAL-AUTHORITY/FREE-CHOICE, AND FOR THE PURSUIT OF THE SIGNIFICANT-CAREERS, WITH THE (2) CONCERN FOR THE EQUAL-PRIVACY/EQUAL-CLAIMS/EQUAL-ACCESS BY THE CITIZEN(S) IN THE PARTY-VESSEL.

115. FOR THE CLAIM OF THE **TITLE: 29: U.S.A.-CLAIM: §: CH. 16: VOCATIONAL-HEALING AND OF OTHER HEALING-SERVICES: §: 706(8)(A)** WITH THE CLAIM WITHIN THE QUANTUM-PARAGRAPH (B), FOR THE **PARTY-VESSEL WITH A HANDICAP IS** FOR ANY PARTY-VESSEL (I) WITH A PHYSICAL-WEAKNESS/MENTAL-WEAKNESS/LEGAL-WEAKNESS, WITH THE EFFECT WITH AN HINDRANCE OF THE EQUAL-ACCESS/EMPLOYMENT, AND (II) WITH THE POTENTIAL WITH THE TERMS OF THE EQUAL-ACCESS/EMPLOYMENT-OUTCOME FOR THE VOCATIONAL-HEALING-SERVICES OF THE CLAIM WITH THE QUANTUM-CHAPTER: I, III, VI, OR VIII OF THIS CHAPTER. (B) SUBJECT WITH THE QUANTUM-PARAGRAPHS (C), (D), (E) AND (F), FOR THE **PARTY-VESSEL WITH A HANDICAP IS** WITH THE SIGNIFICATION, FOR THE PURPOSES OF THE SECTIONS: 2, 14, AND 15 [29: U.S.A.-CLAIM: 701, 713, 714] AND OF THE QUANTUM-CHAPTERS: II, IV, V, AND VII OF THIS CHAPTER, FOR ANY PARTY-VESSEL (I) WITH A LIMITATION OF A LIFE-ACTIVITY OR OF MORE LIMITATIONS OF THE LIFE-ACTIVITIES WITH A PHYSICAL-WEAKNESS/LEGAL-WEAKNESS/MENTAL-WEAKNESS, (ii) WITH A RECORD OF THIS WEAKNESS, OR (iii) IS FOR THE CLAIM OF AN WEAKNESS.

116. FOR THE CLAIM OF THE **TITLE: 31: U.S.A.-CLAIM: §: 5112 IS** FOR THE VALUES/SPECIFICATIONS/PLAN OF THE COINS. (a) FOR THE SECRETARY OF THE TREASURY **IS** WITH THE AUTHORIZATION FOR THE MINTING AND FOR THE ISSUANCE OF THE FOLLOWING-COINS: (7) FOR THE MINTING OF A FIFTY-DOLLAR-GOLD-COIN **IS** WITH THE HAVING OF THE DIAMETER OF THE 32.7-MILLIMETERS AND OF THE WEIGHT OF THE 33.931-GRAMS. FOR THE CONTENT OF A FIFTY-DOLLAR-GOLD-COIN **IS** WITH THE ONE-TROY-OUNCE OF THE FINE-

GOLD. (8) FOR THE MINTING OF A FOR A <u>TWENTY-FIVE-DOLLAR-GOLD-COIN</u> **IS** WITH THE HAVING OF THE DIAMETER OF THE 27.0-MILLIMETERS AND OF THE WEIGHT OF THE 16.966-GRAMS. FOR THE CONTENT OF A <u>TWENTY-FIVE-DOLLAR-GOLD-COIN</u> **IS** WITH THE <u>ONE-HALF-TROY-OUNCE</u> OF THE <u>FINE-GOLD</u>. (9) FOR THE MINTING OF A FOR A TEN-DOLLAR-GOLD-COIN **IS** WITH THE HAVING OF THE DIAMETER OF THE 22.0-MILLIMETERS AND OF THE WEIGHT OF THE 8.483-GRAMS. FOR THE CONTENT OF A TEN-DOLLAR-GOLD-COIN OF THE U.S.A. **IS** WITH THE ONE-FOURTH-TROY-OUNCE OF THE FINE-GOLD. (10) FOR THE MINTING OF A FOR A FIVE-DOLLAR-GOLD-COIN **IS** WITH THE HAVING OF THE DIAMETER OF THE 16.5-MILLIMETERS AND OF THE WEIGHT OF THE 3.393-GRAMS. FOR THE CONTENT OF A FIVE-DOLLAR-GOLD-COIN OF THE U.S.A. **IS** WITH THE ONE-TENTH-TROY-OUNCE OF THE FINE-GOLD.

(e) FOR THE SECRETARY OF THE TREASURY **IS** WITH THE AUTHORIZATION FOR THE MINTING AND FOR THE ISSUE WITH THE QUANTITIES-ADEQUATE FOR THE MEETING OF THE PUBLIC-<u>CHARTER-VESSEL-CLAIM</u>; FOR THE DIMENSIONS OF THE SILVER-COINS (1) **ARE** WITH THE 40.6-MILLIMETERS WITH THE DIAMETER AND OF THE WEIGHT OF THE 31.103 GRAMS; AND (2) FOR THE CONTENT OF THE <u>SILVER-COIN</u> **IS** WITH THE <u>.999-FINE-SILVER</u>.

117. FOR THE CLAIM OF THE <u>**TITLE: 31: U.S.A.-CLAIM: §: 3711**</u> **IS** FOR THE COLLECTION AND FOR THE COMPROMISE. (a) FOR THE HEAD OF AN <u>ADMINISTRATIVE-AGENCY</u> OF A <u>JUDICIAL-AGENCY</u> OR OF A <u>LEGISLATIVE-AGENCY</u> (1) **IS** WITH THE <u>AUTHORITY</u> FOR THE COLLECTION OF A <u>CHARTER-VESSEL-CLAIM</u> OF A <u>COMPACT-STATE-GOVERNMENT</u> OR OF THE <u>U.S.-GOVERNMENT</u> FOR THE MONEY OR FOR THE THING ARISING WITH THE ACTIVITIES OF THE AGENCY OR WITH THE ACTIVITIES WITH THE REFERENCE WITH THE AGENCY; (2) FOR THE HEAD OF THE AGENCY **IS** WITH THE PRIVILEGE FOR THE COMPROMISE OF A <u>CHARTER-VESSEL-CLAIM</u> OF THE GOVERNMENT OF A MAXIMUM OF THE $:100,000.00 (SAVE THE TIME-VALUE OF THE MONEY) OR OF SUCH HIGHER-AMOUNT AS THE ATTORNEY-GENERAL **IS** WITH A <u>CHARTER-VESSEL-CLAIM</u> THAT OF THE <u>COLLECTION-ACTION</u> OF THE ATTORNEY-GENERAL; FOR THE AUTHORITY FOR THE COMPROMISE **IS** WITH THE LIMITATION OF THE USE WITH THE COMPTROLLER-GENERAL, FOR A <u>CHARTER-VESSEL-CLAIM</u> ARISING WITH AN ACCOUNT OF AN <u>ACCOUNTABLE-OFFICIAL</u>; AND (3) FOR THE <u>COMPTROLLER-GENERAL</u> WITH THE PRIVILEGE **IS** FOR THE ENDING OF THE <u>COLLECTION-ACTION</u> ON A <u>CHARTER-VESSEL-CLAIM</u> WITH THE REFERENCE WITH THE CLAUSE (2) OF THIS <u>QUANTUM-SECTION</u>, BY THE APPEARANCE **IS** THAT THE PERSON WITH THE LIABILITY IN THE <u>CHARTER-VESSEL-CLAIM</u> **IS** WITH THE HANDICAP, FOR THE PAYMENT OF A SIGNIFICANT-AMOUNT OF THE <u>CHARTER-VESSEL-CLAIM</u>, OR IF THE COST OF THE COLLECTION OF THE <u>CHARTER-VESSEL-CLAIM</u> **IS** WITH THE LIKENESS FOR THE VALUE OF MORE THAN THE AMOUNT OF THE REMEDY. (b)(1) FOR THE HEAD OF AN <u>ADMINISTRATIVE-AGENCY/JUDICIAL-AGENCY/LEGISLATIVE-AGENCY</u> **IS** WITH THE AUTHORITY FOR THE ACTING WITH THE <u>QUANTUM-SECTION</u> (a)(2) OR WITH THE (3) OF THIS SECTION ON A <u>CHARTER-VESSEL-CLAIM</u> THAT **IS** WITH THE TRUTH.



118. FOR THE CLAIM OF THE **TITLE: 36: U.S.A.-CLAIM: CH. 10: §: 175** IS FOR THE POSITION AND FOR THE MANNER OF THE DISPLAY OF THE TITLE: 4: **U.S.A.-CLAIM**: § 1& 2: AMERICAN-FLAG. BY THE CARRYING OF THE FLAG **IS** IN A CEREMONY WITH SOME-OTHER FLAG OR WITH OTHER FLAGS, FOR THE FLAG **IS** ON THE MARCHING-CLAIM OR ON THE FLAG'S-OWN-CLAIM; OR BY THE FLAG **IS** IN A LINE OF OTHER FLAGS, FOR THE AMERICAN-FLAG IS IN THE FRONT OF THE CENTER OF THAT LINE. (a) FOR THE FORBIDDANCE IN THIS LAW **IS** AGAINST THE SHOWING OF THE FLAG ON A FLOAT IN A PARADE WITH THE CLAIM ON A STAFF OR WITH THE CLAIMS IN THE QUANTUM-SECTION (I) OF THIS SECTION.

© FOR A CLAIMANT **IS** WITH THE AUTHORIZATION FOR THE SHOWING OF THE FLAG OF THE UNITY-NATIONS OR OF ANY OTHER-NATIONAL-FLAG, BELOW(sic) THE FLAG OF THE U.S.A. IN ANY PLACE WITHIN THE U.S.A. OR IN ANY TERRITORY OR IN ANY POSSESSION OF THE U.S.A..

(d) BY THE FLAG OF THE U.S.A. **IS** WITH THE SHOWING WITH SOME-OTHER FLAG AGAINST A WALL WITH THE CROSSING OF THE STAFFS OF THE FLAGS, FOR THE FLAG OF THE U.S.A. **IS** WITH THE AUTHORIZATION FOR THE SHOWING UPON THE FLAG'S-OWN-CLAIM, AND FOR THE FLAG OF THE U.S.A.'S-STAFF **IS** WITH THE AUTHORIZATION OF A POSITION WITH THE FRONT OF THE STAFF OF THE OTHER-FLAG.

(e) FOR THE FLAG OF THE U.S.A. **IS** WITH THE AUTHORIZATION FOR THE POSITION WITH THE CENTER OF A GROUP AND WITH THE HIGHEST-POINT OF THE GROUP BY A NUMBER OF THE FLAGS OF THE STATES/LOCALITIES/PENNANTS OF THE SOCIETIES **ARE** WITH A SHOWING AS A GROUP ON THE STAFFS.

(f) BY THE FLAGS OF THE STATES/CITIES/LOCALITIES/PENNANTS OF THE SOCIETIES **ARE** FLYING ON THE SAME-HALYARD WITH THE FLAG OF THE U.S.A., FOR THE LATTER **IS** WITHIN THE CHARTER-VESSEL-CLAIM FOR THE POSITION WITH THE PEAK OF THE HALYARD. BY THE FLAGS **ARE** WITH THE FLYING ON THE ADJACENT-STAFFS, FOR THE FLAG OF THE U.S. **IS** WITH THE AUTHORIZATION FOR THE FIRST-HOISTING AND OF THE LAST-LOWERING OF THE FLAG. FOR THE SUBORDINATE-FLAGS/PENNANT WITH THE AUTHORIZATION IS FOR THE PLACEMENT BELOW(sic) THE FLAG OF THE U.S.A. OR ON THE AMERICAN-FLAG'S-LEFT.

(g) BY THE FLAGS OF THE TWO-NATIONS OR OF THE MORE-NATIONS **ARE** WITH A SHOWING, FOR THE FLAGS **ARE** FOR THE FLYING UPON THE SEPARATE-STAFFS OF THE SAME-HEIGHT. FOR THE FLAGS OF THE U.S.A. **ARE** WITH THE CHARTER-VESSEL-CLAIM OF THE APPROXIMATE-EQUAL-SIZE. BY THE TIMES OF THE PEACE, FOR THE USAGE-CLAIMS **ARE** WITH THE FORBIDDING OF THE SHOWING OF THE FLAG OF THE ONE-NATION ABOVE THE FLAG OF SOME-OTHER NATION.

(I) BY THE SHOWING **IS** WITH THE HORIZONTAL-POSITION OR WITH THE VERTICAL-POSITION AGAINST A WALL, FOR THE UNION **IS** WITH THE FOREMOST-CLAIM-SIDE AND ON THE FLAG'S-OWN-CLAIM. WITH THE OTHER-WORDS, FOR THE UNION **IS** ON THE OBSERVER'S-LEFT-SIDE. BY THE SHOWING OF THE FLAG **IS** IN A WINDOW, FOR THE FLAG **IS** WITH THE AUTHORIZATION FOR THE SHOWING WITH THE SAME-WAY WITH THE UNION OR WITH THE BLUE-FIELD ON THE LEFT OF THE OBSERVER WITH THE STREET.

(j) FOR THE FLAG WITH A SHOWING IS ACROSS THE MIDDLE OF THE STREET, FOR THE FLAG

IS WITH THE AUTHORIZATION FOR THE HANGING WITH A VERTICAL-POSITION, WITH THE UNION WITH THE NORTH, WITH AN EAST-STREET AND WITH A WEST-STREET, OR WITH THE UNION WITH THE EAST WITH A NORTH-STREET AND WITH A SOUTH-STREET.

119.  FOR THE CLAIM OF THE TITLE: 36: U.S.A.-CLAIM: CH. 10: §: 176 IS FOR THE CONCERN FOR THE FLAG. (g) FOR A CLAIMANT IS WITH THE AUTHORIZATION FOR THE PLACEMENT OF NOTHING UPON THE FLAG OF THE U.S.A. OR ON ANY PART OF THE FLAG OF THE U.S.A. OR WITH THE ATTACHMENT ON THE FLAG OF THE U.S.A. OF ANY MARK/ENSIGN/LETTER/WORD/FIGURE/PLAN/PICTURE/ DRAWING OF ANY NATURE UPON THE FLAG OF THE U.S.A.. (J) FOR THE SHOWING OF THE FLAG IS WITH THE LIMITATION OF THE FOLLOWING-CIRCUMSTANCES: FOR THE SHOWING OF A FLAG-PATCH BY THE ATTACHMENT UPON THE UNIFORMS OF THE MILITARY-PERSONNEL/FIREMEN/POLICEMEN AND OF THE MEMBERS OF THE PATRIOTIC-ORGANIZATIONS, FOR THE SHOWING IN THE PUBLIC-PLACES/PRIVATE-PLACES WITH THE LIMITATIONS OF THE TITLE: 36: U.S.A.-CLAIM: CH. 10: §: 175(a-j). FOR THE FLAG OF THE U.S.A. IS FOR THE CHARTER-VESSEL-CLAIM OF A LIVING-COUNTRY, AND FOR THE FLAG IS AS A LIVING-THING. FOR THE FLAG ON THE LAPEL PIN IS AS A REPLICA OF THE FLAG FOR THE WEARING UPON THE LEFT-LAPEL NEAR THE HEART OF THE CITIZEN.

120.  FOR THE CLAIM OF THE TITLE: 42: U.S.A.-CLAIM: §: 1343 IS FOR THE CIVIL-CLAIMS AND FOR THE ELECTIVE-FRANCHISE. (a) FOR THE COURTS OF THE CIRCUITS OF THE U.S.A. ARE WITH THE ORIGINAL-JURISDICTION WITH ANY CIVIL-ACTION WITH THE AUTHORIZATION WITH THE LAW FOR THE COMMENCEMENT WITH ANY CLAIMANT:
(1) FOR THE REMEDY OF THE DAMAGES IS WITH THE DAMAGE OF THE CLAIMANT OR OF THE THING OR WITH THE CONFISCATION OF ANY CLAIM/PRIVILEGE OF A CITIZEN OF THE U.S.A. WITH ANY ACT WITH THE FURTHERANCE OF ANY CONSPIRACY WITH THE MENTION WITH THE TITLE: 42: §: 1985;
(2) FOR THE REMEDY OF THE DAMAGES IS WITH ANY PARTY-VESSEL FOR THE FAILURE OF THE FORBIDDANCE, OR FOR THE AIDING WITH THE FORBIDDANCE OF ANY WRONGS, WITH THE MENTION WITH THE§: 1985 OF THE TITLE: 42 BY THE KNOWLEDGE IS WITH THE PARTY-VESSEL OF A WRONG IS WITH THE NEARNESS/THREAT OF THE OCCURRENCE AND FOR HAVING OF THE POWER BY THE FORBIDDANCE;
(3) FOR THE REMEDY FOR THE CONFISCATION IS AGAINST THE COLOR OF ANY STATE-LAW OF ANY STATUTE/ ORDINANCE/ REGULATION/ CUSTOM/ USAGE/ RIGHT/ PRIVILEGE/ FREEDOM, WITH THE SAFEGUARD WITH THE CHARTER-VESSEL-CLAIM OF THE U.S.A. OR WITH ANY ACT OF A PARTY-VESSEL WITH THE CLAIM FOR THE EQUAL-CLAIMS OF THE CITIZENS OR OF ALL PERSONS WITHIN THE JURISDICTION OF THE U.S.A..

121.  FOR THE CLAIM OF THE TITLE: TORT AGAINST THE CITIZENS WITH THE C.U.S.A.F.-CHARTER-VESSEL: TITLE: 42: U.S.A.-CLAIM: §: 1983 IS FOR A CLAIMANT WITH THE COLOR OF THE

STATUTE/ORDINANCE/REGULATION/CUSTOM/USAGE OF A STATE/TERRITORY, FOR THE CONQUEST OF A CLAIMANT OF THE U.S.A. OR OF SOME-OTHER CLAIMANT WITHIN THE STATE/TERRITORY OF THE JURISDICTION WITH THE CONFISCATION OF THE CLAIMS/PRIVILEGES/FREEDOMS, WITH THE SAFEGUARD WITH THE C.U.S.A.F.-CHARTER-VESSEL OF THE U.S.A. AND OF THE LAWS; FOR THE BREACHING-CLAIMANT IS WITH THE LIABILITY FOR THE DAMAGE OF THE CLAIMANT WITH AN ACTION OF THE LAW WITH A SUIT WITH THE EQUITY OR WITH THE OTHER-HARD-COPY-CLAIM FOR THE REMEDY AGAINST THE OFFENDER-CLAIMANT.

122. FOR THE CLAIM OF THE **TITLE: 42: U.S.A.-CLAIM: CHAPTER: 21: §: 1983: NOTE: 39** IS FOR THE ORDER OF THE ESTABLISHMENT OF THE CLAIMANT-LIABILITY ON THE PART OF THE OFFICIAL OF THE GOVERNMENT WITH THE FEDERAL-ACTION, WITH THE LAW OF THE CIVIL-CLAIMS, FOR THE **TITLE: 42: U.S.A.-CLAIM: §: 1983**: PERSONAL-DAMAGE, AND FOR THE ESTABLISHMENT OF THE LIABILITY WITH THE SHOWING OF THE ACT WITH THE COLOR OF THE LAW WITH THE OFFICER, AND THAT THE ACTION **IS** WITH THE CONFISCATION OF THE FEDERAL-CLAIM; FOR THE CONTRAST, FOR THE ENTITY OF THE GOVERNMENT **IS** WITH THE LIABILITY WITH THE SUIT WITH THE OFFICIAL-CAPACITY, WITH THE TITLE: 42: **U.S.A.-CLAIM**: §: 1983, BY THE ENTITY **IS** AS THE MOVING-FORCE IN THE CONFISCATION. FOR THE CHARTER-VESSEL-CLAIM OF THE POLICY/CUSTOM **IS** IN THE PLAYING OF A PART WITH THE BREACH OF THE FEDERAL-LAW BY THE ENTITY.

123. FOR THE CLAIM OF THE **TITLE: 42: U.S.A.-CLAIM: CH. 21: §: 1983: WITH THE NOTE: 319** **IS** FOR THE SHOWING OF THE LINK WITH THE POLICY/CUSTOM/USAGE AND WITH THE BREACH OF THE CONSTITUTION BY THE CORPORATION-STATE.

124. FOR THE CLAIM OF THE **TITLE: 42: U.S.A.-CLAIM: CH. 21: §: 1983: WITH THE NOTE: 337** **IS** FOR THE MAKING OF THE LIABILITY WITH THE AFFLICTION OF A DAMAGE WITH A GOVERNMENT-POLICY/GOVERNMENT-CUSTOM BY THE CORPORATION/STATE.

125. FOR THE CLAIM OF THE **BIAS/PARTIALNESS** IS **WITH THE TITLE: 42: U.S.A.-CLAIM: §: 1983: NOTE: 3133** WITH THE LAW OF THE C.U.S.A.F.-CHARTER-VESSEL OF THE EFFECT OF A STATUTE OR WITH THE ESTABLISHMENT OF A PRACTICE FOR THE GIVING OF THE PARTICULAR-PRIVILEGES ON A CLASS(OF THE MEN AND OF THE WOMEN). FOR THE PRACTICE **IS** WITH THE ARBITRARY-CHOICE OF A LARGE-NUMBER OF THE CITIZENS WITH THE PARTY-VESSEL WITH THE STANDING IN THE SAME-RELATION WITH THE GRANT OF THE PRIVILEGES, WITH THE ADVERSE-PARTIES. FOR THE LACK OF THE EQUALITY-TREATMENT/AVERMENT OF THE NORMAL-PRIVILEGES **IS** WITH THE PARTIES, WITH THE RACE/ AGE/ SEX/ NATIONALITY/ SPIRITUAL-CONVICTIONS AND SPIRITUAL-VALUES OF THE CITIZEN(S) IN THE PARTY-VESSEL BY THE VASSALEES.

126. FOR THE CLAIM OF THE **TITLE: 42: U.S.A.-CLAIM: §: 1985(2)** IS FOR THE OBSTRUCTION OF THE JUSTICE WITH THE COERCION/CLAIM/THREAT OF THE <u>PARTY-VESSEL/WITNESS</u>, BY A CONSPIRACY WITHIN THE <u>STATE/TERRITORY</u> **IS** WITH THE <u>FORCE/COERCION/FRIGHT/THREAT</u> OF A <u>CLAIMANT</u> OR AS A WITNESS WITH THE COURT OF THE U.S.A., AGAINST THE ATTENDANCE A WITNESS WITH THE COURT, OR AGAINST THE TESTIMONY OF A MATTER IN A COURT FOR THE <u>FULL-TESTIMONY/TRUTHFUL-TESTIMONY</u>, OR FOR THE DAMAGE OF A <u>CLAIMANT</u> OR AS A WITNESS OF THE <u>CLAIMANT</u>'S BEHALF OR OF THE <u>CLAIMANT</u>'S-THING ON THE ACCOUNT OF THE ATTENDANCE FOR THE <u>CLAIMANT</u> FOR THE TESTIMONY, OR FOR THE <u>CORRUPT-EMANATION</u> OF A <u>VASSALEE'S-SPIRITUAL-FORCE</u> OR MORAL-FORCE OF THE <u>VERDICT/TRUTHFUL-CHARTER-VESSEL-CLAIM/ACCUSATION</u> OF AN OFFENSE BY A <u>GRAND-JURY</u> WITH THE TRUTH OR OF THE <u>PETIT-JUROR</u> WITH A COURT, OR FOR THE DAMAGE OF A <u>CLAIMANT</u>-JUROR WITH THE <u>CLAIMANT</u>'S-SELF OR WITH THE <u>CLAIMANT'S-CLAIMS</u> ON THE ACCOUNT OF A VERDICT/<u>CHARTER-VESSEL-CLAIM</u>/ACCUSATION OF AN OFFENSE BY A <u>GRAND-JURY</u> WITH THE LAWFUL-ASSENT OF THE <u>CLAIMANT</u> FOR THE POSITION WITH THE NOW/PAST AS A JUROR, OR FOR THE CONSPIRACY FOR THE PURPOSE OF THE <u>HINDRANCE/OBSTRUCTION</u>, OR FOR THE FRUSTRATION WITH THE NULLIFICATION OF A MATTER OF THE <u>DUE-COURSE</u> OF THE JUSTICE WITHIN A <u>STATE/TERRITORY</u>, WITH THE WILL FOR THE OBSTRUCTION OF A **EQUAL-SAFEGUARD OF THE LAW** AGAINST A <u>CLAIMANT</u>, OR WITH THE CONCEPTION OR PURPOSE FOR THE DAMAGE OF THE <u>CLAIMANT</u> OR OF THE <u>CLAIMANT'S-CLAIMS</u> FOR THE <u>LAWFUL-ENFORCEMENT</u>, OR FOR THE ATTEMPT OF THE ENFORCEMENT THE CLAIM OF A CITIZEN/CLASS OF THE CITIZENS/PARTIES OF THE <u>EQUAL-SAFEGUARD</u> OF THE LAW, FOR THE CITIZENS WITH THE PARTY-VESSEL **ARE** WITH THE GUILT OF THE OBSTRUCTION OF THE JUSTICE BY THE <u>TWO-CITIZENS/MORE-CITIZENS/PARTIES</u>.

127. FOR THE CLAIM OF THE **TITLE: 42: U.S.A.-CLAIM: §: 1985(3)** IS <u>FOR THE CONFISCATION OF THE CLAIMS OR OF THE PRIVILEGES</u>: BY A CONSPIRACY **IS** WITH A <u>STATE/TERRITORY</u> OR WITH THE TRAVEL WITH THE GUISE, FOR THE PURPOSE OF THE <u>DIRECT-CONFISCATION/COLLATERAL-CONFISCATION</u> OF A <u>CLAIMANT</u> OR OF A CLASS OF THE CITIZENS WITH THE PARTY-VESSEL, FOR THE <u>EQUAL-SAFEGUARD/ EQUAL-PRIVILEGES/EQUAL-FREEDOMS</u> WITH THE LAW, OR FOR THE PURPOSE OF THE FORBIDDANCE OR OF THE HINDRANCE OF THE AUTHORITIES WITH THE <u>C.U.S.A.F.-CHARTER-VESSEL</u> OF A <u>STATE/TERRITORY</u> WITH THE GIVING OR WITH THE SECUREMENT FOR THE <u>CLAIMANT</u>, WITHIN A <u>STATE/TERRITORY</u> OF THE SAFEGUARD OF THE LAW, OR FOR THE FORBIDDANCE WITH THE <u>FORCE/COERCION/CLAIM/THREAT</u> OF A <u>CLAIMANT</u> FOR THE GIVING OF THE ALLEGIANCE OF THE <u>POLITICAL-PARTY-VESSEL/ADVOCACY</u> WITH A LEGAL-MANNER, OR FOR ~~THE FORBIDDANCE WITH THE FORCE/COERCION/CLAIM/THREAT OF A CLAIMANT FOR~~ ~~OF THE GIVING OR WITH THE ACCOUNT OF THE ALLEGIANCE OR OF THE ADVOCACY~~ WITH ANY CASE OF THE CONSPIRACY SET-FORTH WITH THE <u>TITLE: 42: U.S.A.-CLAIM: §: 1985</u> WITH ONE <u>CLAIMANT</u> OR OF MORE CITIZENS WITH THE PARTY-VESSEL WITH THE DOING, OR

For the copyclaim-JULY-15, 2000 by the RUSSELL-JAY: GOULD: ⟨signature⟩           (51)

CAUSE OF THE DOING WITH THE FURTHERANCE OF THE OBJECT OF A CONSPIRACY FOR THE DAMAGE OF THE <u>CLAIMANT'S-SELF</u> OR WITH THE CLAIMS OR OF THE CONFISCATION OF THE USE OF THE CLAIMS OR OF A PRIVILEGE OF A <u>CLAIMANT</u> OF THE U.S.A. WITH THE DAMAGE OF THE <u>CLAIMANT</u> WITH THE CONFISCATION, FOR THE <u>CLAIMANT</u> **IS** WITH AN ACTION FOR THE REMEDY OF THE DAMAGES, FOR THE DAMAGE OR FOR THE CONFISCATION, BY AN <u>OFFENDING-CLAIMANT</u>, OR BY THE <u>CONSPIRATOR-CITIZEN</u>(S) IN THE PARTY-VESSEL.

128. FOR THE CLAIM OF THE **<u>TITLE: 42: U.S.A.-CLAIM: CHAPTER: 21: §: 1985: NOTE: 69</u>** IS FOR THE DAMAGES WITH THE <u>CHARTER-VESSEL-CLAIM</u> FOR THE BREACH OF THE CLAIMS OF THE GUARANTEE WITH THE <u>C.U.S.A.F.</u>. FOR THE CLAIMS **ARE** WITH THE FACTS FOR THE AWARD FOR THE <u>PUNITORY-DAMAGES</u>.

129. FOR THE CLAIM OF THE **<u>TITLE: 42: U.S.A.-CLAIM: §: 1986</u>** IS <u>FOR THE KNOWLEDGE OF THE LAW AND FOR THE BREACH OF THE CHARTER-VESSEL FOR THE STOPPAGE AND FOR THE CORRECTION OF A WRONG</u>. FOR THE HAVING OF THE KNOWLEDGE OF THE WRONG **IS** WITH THE CONSPIRACY BY THE DOING AND BY THE MENTION IN THE SECTION: 1985 OF THE TITLE: 42, IF THE BREACHES OF THE <u>CHARTER-VESSEL</u> **ARE** WITH THE IMMINENT-COMMISSION, AND WITH THE POWER OF THE FORBIDDANCE BY THE HELP WITH THE FORBIDDANCE OF THE COMMISSION OF THE WRONG BY A <u>CLAIMANT</u>; OR, FOR THE BREACHES OF THE <u>CHARTER-VESSEL</u> **ARE** WITH THE COMMISSION OF A <u>WRONGFUL-ACT</u>; FOR THE <u>OFFENDING-CLAIMANT</u> **IS** WITH THE LIABILITY FOR THE DAMAGE, OR FOR THE <u>LEGAL-COUNSEL</u> OF THE <u>OFFENDING-CLAIMANT</u>, FOR THE DAMAGES WITH THE <u>WRONGFUL-ACT</u>. FOR A (THE) CITIZEN(S) IN THE PARTY-VESSEL WITH THE REASON OF THE KNOWLEDGE WITH THE HAVING OF THE POWER OF THE FORBIDDANCE OF THE ACTION, FOR THE CITIZEN(S) IN THE PARTY-VESSEL **IS (ARE)** OF THE GUILT OF THE <u>WRONGFUL-BREACH</u> OF THE DUTY FOR STOPPAGE OF THE <u>WRONGFUL-ACT</u>; AND, FOR SUCH CITIZEN(S) IN THE PARTY-VESSEL **IS (ARE)** WITH THE LIABILITY WITH THE ACCEPTANCE OF THE BENEFITS(taxes, fees, service) AS THE <u>PARTIES-VESSELS</u> IN THE ACTION.

130. FOR THE CLAIM OF THE **<u>TITLE: 42: U.S.A.-CLAIM: CHAPTER: 126: QUANTUM-CHAPTER: II: PART: A</u>** IS <u>FOR THE FORBIDDANCE AGAINST THE BIAS/PARTIALNESS. SECTION: 12131</u>. FOR THESE SIGNIFICATIONS WITH THIS QUANTUM-CHAPTER **ARE** WITH THE USE: (1) <u>PUBLIC-ENTITY</u>. FOR THE TERM OF THE **PUBLIC-ENTITY IS** WITH THE SIGNIFICATION - (A) OF ANY <u>STATE/LOCAL-GOVERNMENT</u>; (B) FOR ANY DEPARTMENT(sic) OF ANY AGENCY **IS** WITH ANY <u>SPECIAL-PURPOSE-DI-STRICT/ ORGANIZATION</u> OF A <u>STATE/ STATES/ LOCAL-GOVERNMENT</u>, AND © FOR THE <u>NATIONAL-RAILROAD-PASSENGER-CORPORATION</u> AND OF ANY <u>COMMUTER-AUTHORITY</u> (2) FOR THE <u>QUALIFYING-PARTY-VESSEL</u> WITH A HANDICAP. FOR THE TERM OF THE **QUALIFYING-PARTY-VESSEL WITH A HANDICAP** MEANS THAT A PARTY-VESSEL WITH A HANDICAP, WITH THE <u>REASONABLE-MODIFICATIONS</u>, OR WITH THE CLAIM OF THE <u>NOW-TENSE-FORCE-RULES</u> OF THE <u>NOW-TENSE-FORCE-POLICIES/NOW-TENSE-FORCE-PRACTICES</u>



WITH THE ELIMINATION OF THE <u>ARCHITECTURAL-BARRIER/CLAIM-BARRIER/TRANSPORTATION-BARRIERS</u> OR WITH THE CLAIM OF THE <u>AUXILIARY-AIDS</u> AND OF THE SERVICES MEETS OF THE <u>ESSENTIAL-ELIGIBILITY-CHARTER-VESSEL-CLAIMS</u> FOR THE ACQUIREMENT OF THE SERVICES, OR FOR THE PARTICIPATION WITH THE SYSTEMS OR WITH THE ACTIVITIES OF THE PUBLIC-ENTITY.

131. FOR THE CLAIM OF THE <u>**TITLE: 42: U.S.A.-CLAIM: CHAPTER: 126: QUANTUM-CHAPTER: II: PART: A:**</u> IS <u>FOR THE FORBIDDANCE AGAINST THE BIAS/PARTIALNESS. **SECTION:** 12132:</u> <u>BIAS/PARTIALNESS</u>. WITH THE CLAIMS OF THIS <u>QUANTUM-CHAPTER</u>, FOR THE CITIZEN WITH THE PARTIES **ARE** WITH THE OBLIGATION FOR THE ACCOMMODATION OF A <u>QUALIFYING-PARTY-VESSEL</u> WITH A HANDICAP WITH THE REASON OF SUCH HANDICAP, FOR THE ACCOMMODATION OF THE PARTY-VESSEL FOR THE PARTICIPATION WITH THE BENEFITS, OR FOR THE PARTICIPATION WITH THE BENEFITS OF THE SERVICES OF THE SYSTEMS OR OF THE ACTIVITIES OF A <u>PUBLIC-ENTITY</u>, OR FOR THE <u>OFFENDING-CLAIMANT</u> **IS** WITH THE LIABILITY FOR THE BIAS/PARTIALNESS.

132. FOR THE CLAIM OF THE <u>**TITLE: 42: U.S.A.-CLAIM: CHAPTER: 126: QUANTUM-CHAPTER: III**</u> IS <u>FOR THE FORBIDDANCE AGAINST THE BIAS/PARTIALNESS. **SECTION:** 12182</u>. FOR THE FORBIDDANCE AGAINST THE <u>BIAS/PARTIALNESS</u> **IS** WITH THE <u>PUBLIC-ACCOMMODATIONS</u>. (a) <u>GENERAL-RULE</u>. FOR THE <u>BIAS/PARTIALNESS</u> WITH THIS FORBIDDANCE **IS** AGAINST A PARTY-VESSEL ON THE BASIS FOR THE HANDICAP WITH THE <u>FULL-ENJOYMENT/ EQUAL-ENJOYMENT</u> OF THE <u>GOODS/ SERVICES/ FACILITIES/ PRIVILEGES/ ADVANTAGES/ ACCOMMODATIONS</u> OF ANY PLACE OF THE PUBLIC-ACCOMMODATION WITH ANY PARTY-VESSEL AS THE <u>OWNER/LESSOR/LESSEE/VASSALEE</u> OF A PLACE OF THE PUBLIC-ACCOMMODATION. (b) CONSTRUCTION. (1) <u>GENERAL-FORBIDDANCE</u>. (A) ACTIVITIES. (I) FOR THE FORBIDDANCE AGAINST THE BIAS/PARTIALNESS WITH THE AVERMENT WITH THE PARTICIPATION. FOR THE <u>BIAS/PARTIALNESS</u> AGAINST A PARTY-VESSEL **IS** WITH THE CRIMINALITY WITH THE CONQUEST OF A PARTY-VESSEL OR OF A CLASS OF THE PARTIES ON THE BASIS FOR A HANDICAP OF SUCH PARTIES/CLASS OF THE PARTIES WITH A <u>DIRECT-MANNER</u> OR WITH A <u>CHARTER-VESSEL/LICENSE/ARRANGEMENT</u>, FOR A AVERMENT OF THE ABILITY OF THE PARTIES OR OF THE CLASS OF THE PARTIES FOR THE PARTICIPATION WITH A BENEFIT OR FOR THE BENEFIT WITH THE <u>GOODS/ SERVICES /FACILITIES /PRIVILEGES/ ADVANTAGES/ ACCOMMODATIONS</u> BY AN ENTITY. (ii) FOR THE PARTICIPATION WITH THE LACK OF THE EQUALITY-BENEFIT **IS** WITH THE BIAS/PARTIALNESS. FOR THE <u>BIAS/PARTIALNESS</u> AGAINST A PARTY-VESSEL **IS** WITH THE CRIMINALITY WITH THE AFFORDING OF A PARTY-VESSEL OR OF A CLASS OF THE PARTIES ON THE BASIS FOR THE HANDICAP OF SUCH PARTY-VESSEL OR OF SUCH CLASS OF THE PARTIES WITH A <u>DIRECT-MANNER</u> OR WITH A <u>CHARTER-VESSEL/LICENSE/ARRANGEMENTS</u>, WITH THE ABILITY FOR THE PARTICIPATION WITH THE B E N E F I T S    O R    W I T H    T H E    B E N E F I T S    O F    A

GOOD/SERVICE/PRIVILEGE/ADVANTAGE/ACCOMMODATION WITH THE LACK OF THE EQUALITY FOR OTHER PARTIES. (iii) FOR THE SEPARATE-BENEFIT AGAINST A PARTY-VESSEL IS FOR THE BIAS/PARTIALNESS. FOR THE BIAS/PARTIALNESS AGAINST A PARTY-VESSEL IS WITH THE CRIMINALITY WITH THE APARTHEID OF A PARTY-VESSEL OR OF A CLASS OF THE PARTIES ON THE BASIS FOR A HANDICAP OF SUCH PARTY-VESSEL OR OF SUCH CLASS OF THE PARTIES WITH THE DIRECT-MANNER/CHARTER-VESSEL/LICENSE/ARRANGEMENTS WITH A GOOD/ SERVICE/ FACILITY/ PRIVILEGE/ ADVANTAGE/ ACCOMMODATION OF THE DIFFERENCE OR OF THE SEPARATION OF THE CLAIMS OF OTHER PARTIES, IF SUCH ACTION IS WITH THE CLAIMS FOR THE PARTY-VESSEL OR FOR THE CLASS OF THE PARTIES WITH A GOOD/ SERVICE/ FACILITY/ PRIVILEGE/ ADVANTAGE/ ACCOMMODATION/ ABILITY WITH THE SAME-EFFECT WITH THE CLAIM FOR OTHER PARTIES. (iv) FOR THE SIGNIFICATION WITH THE FOLLOWING IS AGAINST THE PARTY-VESSEL OR AGAINST THE CLASS OF THE PARTIES. FOR THE PURPOSES OF THE CLAUSES (I) WITH THE (III) OF THIS QUANTUM-PARAGRAPH, FOR THE **PARTY-VESSEL OR CLASS OF THE PARTIES IS** WITH THE REFERENCE OF THE CLIENTS OR OF THE CUSTOMERS OF THE PUBLIC-ACCOMMODATION IS WITH A CHARTER-VESSEL/ LICENSE/ ARRANGEMENT. (B) FOR THE CORPORATION AND BLEND OF THE GROUPS WITHIN THE SETTINGS IS WITH THE OBLIGATION OF THE PARTIES. FOR THE CLAIM FOR A PARTY-VESSEL WITH A HANDICAP IS WITH THE GOODS/SERVICES/FACILITIES/PRIVILEGES/ ADVANTAGES/ACCOMMODATIONS WITH THE MOST-CORPORATE-SETTING WITH THE APPROPRIATENESS FOR THE NEEDS OF THE PARTY-VESSEL. © FOR THE ABILITY FOR THE PARTICIPATION IS WITH THE SYSTEMS. WITH THE CLAIM FOR THE APPLICATION OF THE SEPARATE-SYSTEMS/DIFFERENT-SYSTEMS/ACTIVITIES WITH THE CLAIMS WITH THE ACCORDANCE WITH THIS SECTION, FOR THE AVERMENT OF A PARTY-VESSEL WITH A HANDICAP IS WITH THE CRIMINALITY. FOR THE ABILITY FOR THE PARTICIPATION WITH SUCH SYSTEM OR WITH SUCH ACTIVITIES ARE FOR THE ELIMINATION OF THE APARTHEID AND FOR THE ADVANCEMENT OF THE EQUALITY. (D) FOR THE BIAS/PARTIALNESS WITH THE ADMINISTRATIVE-METHODS IS WITH THE FORBIDDANCE. FOR A CLAIMANT IS WITH THE OBLIGATION WITH THE LACK OF A CHARTER-VESSEL OR WITH A CHARTER-VESSEL OR WITH OTHER ARRANGEMENTS, FOR THE UTILIZATION OF THE STANDARDS OR OF THE CRITERIA OR OF THE METHODS OF THE ADMINISTRATION - ( I) FOR THE CORRECTION OF THE EFFECT OF THE BIAS/PARTIALNESS WITH THE BASIS OF A HANDICAP; OR,  (ii) FOR THE STOPPAGE OF THE PERPETUATION OF THE BIAS/PARTIALNESS. (E) ASSOCIATION. FOR THE FORBIDDANCE OF THE BIAS/PARTIALNESS IS AGAINST THE ACTS WITH THE CRIMINALITY AGAINST A PARTY-VESSEL WITH THE BAR OF THE EQUAL-GOODS/EQUAL-SERVICES/ EQUAL-FACILITIES/EQUAL- PRIVILEGES/EQUAL-ADVANTAGES/EQUAL-ACCOMMODATIONS FOR A PARTY-VESSEL/ENTITY WITH THE KNOWLEDGE OF A HANDICAP OF A PARTY-VESSEL WITH THE PARTY- VESSEL/ENTITY  WITH  A  STATUS/ASSOCIATION.  (2)  SPECIFIC-FORBIDDANCE.  (A) BIAS/PARTIALNESS. FOR THE PURPOSES OF THE QUANTUM-SECTION (A) FOR THE BIAS/PARTIALNESS IS WITH THE ACTIVITIES OF THESE ELEMENTS- (I) FOR THE IMPOSITION/ APPLICATION OF THE ELIGIBILITY-CRITERIA WITH A TENDENCY FOR THE BAR OF A PARTY-

VESSEL WITH A HANDICAP OR OF ANY CLASS OF THE PARTIES, WITH A HANDICAP IN THE FULL-ENJOYMENT/ EQUAL-ENJOYMENT OF ANY GOODS/ SERVICES/ FACILITIES/ PRIVILEGES/ADVANTAGES/ACCOMMODATIONS, IF SUCH CRITERIA **ARE** WITH THE ESTABLISHMENT FOR THE CLAIM OF THE GOODS/ SERVICES/ FACILITIES/ PRIVILEGES/ ADVANTAGES/ ACCOMMODATIONS WITH THE OFFER; (ii) FOR THE MAKING OF THE REASONABLE-MODIFICATIONS IS WITH THE CHARTER-VESSEL-CLAIM WITH THE POLICIES WITH THE PRACTICES/CHARTER-VESSEL, BY SUCH POLICIES **ARE** WITH THE MANAGEMENT OF SUCH GOODS/ SERVICES/ FACILITIES/ PRIVILEGES/ ADVANTAGES/ ACCOMMODATIONS FOR THE PARTIES WITH THE HANDICAP; IF THE ABILITY OF THE ENTITY **IS** WITH THE EVIDENCE THAT THE MAKING OF SUCH MODIFICATIONS **ARE** WITH A FUNDAMENTAL-ALTERATION OF THE NATURE OF SUCH GOODS/ SERVICES/ FACILITIES/ PRIVILEGES/ ADVANTAGES/ ACCOMMODATIONS;  (iii) FOR THE TAKING OF SUCH STEPS **IS** WITH THE CHARTER-VESSEL-CLAIM WITH THE ASSURANCE THAT THE PARTY-VESSEL(S) WITH A HANDICAP **ARE** WITH THE ACCOMMODATION FOR THE PARTICIPATION OF THE SERVICES. FOR THE **SEGREGATION/APARTHEID** IS WITH THE DIFFERENT-TREATMENT OF OTHER PARTIES WITH THE LACK OF THE AUXILIARY-AIDS AND OF THE AUXILIARY-SERVICES; IF THE ABILITY OF THE ENTITY **IS** WITH THE PROOF THAT THE TAKING OF SUCH STEPS **IS** WITH A FUNDAMENTAL-ALTERATION FOR THE NATURE OF THE GOOD/ SERVICE/ FACILITY/ PRIVILEGE/ ADVANTAGE/ ACCOMMODATION WITH THE OFFER OR **IS** WITH THE EFFECT WITH AN HEAVY-BURDEN; **(iv)** FOR THE ELIMINATION OF THE ARCHITECTURAL-BARRIERS/CLAIM-BARRIERS **IS** WITH THE CHARTER-VESSEL-CLAIM WITH THE AFFECT OF THE PLEADINGS/ WORK/STRUCTURE WITH THE PHYSICAL-FACILITIES AND OF THE TRANSPORTATION-BARRIERS WITH THE PHYSICAL-VEHICLES/RAIL-PASSENGER-CARS WITH THE USE WITH AN ESTABLISHMENT FOR THE TRANSPORTATION OF THE PARTIES, WHERE SUCH ELIMINATION **IS** WITH THE ACHIEVABILITY WITH THE LITTLE-EFFORT; AND (v) WHERE THE ABILITY OF AN ENTITY **IS** WITH THE PROOF THAT THE ELIMINATION OF A BARRIER WITH THE CLAUSE **(iv) IS** WITH THE LACK OF THE ACHIEVABILITY WITH THE LITTLE-EFFORT, FOR A FAILURE FOR THE MAKING OF SUCH GOODS/ SERVICES/ FACILITIES/ PRIVILEGES/ ADVANTAGES/ ACCOMMODATIONS WITH THE AVAILABILITY WITH THE ALTERNATIVE-METHODS. IF SUCH METHODS **ARE** OF THE ACHIEVABILITY WITH THE LITTLE-EFFORT.


133. FOR THE CLAIM OF THE **TITLE: 46: U. S. A. -CLAIMS : CH. 8: §: 190,** FOR THE STIPULATIONS FOR THE REMEDY OF THE LIABILITY FOR THE WRONG.  FOR ANY MANAGER, AGENT, MASTER, OR OWNER OF ANY VESSEL WITH THE TRANSPORTATION OF ANY MERCHANDISE OR THING AMONG THE PORTS OF THE UNITY-STATES AND FOREIGN PORTS IS WITH THE BREACH OF THE CHARTER BY THE PLACEMENT IN ANY BILL OF THE LADING OR IN ANY SHIPMENT-DOCUMENT WITH ANY CLAUSE, COVENANT, OR CHARTER FOR THE LIMITATION OF THE LIABILITY FOR THE LOSS OR FOR THE DAMAGE BY THE NEGLIGENCE, BY THE FAULT, OR BY THE FAILURE IN THE LOADING, STOWAGE, CUSTODY, CARE, OR DELIVERY OF ANY MERCHANDISE OR THING

WITHIN THE AUTHORITY OF THE MANAGER, AGENT, MASTER, OR OWNER. FOR ANY WORDS OR CLAUSES FOR THE LIMITATION OF THE LIABILITY WITHIN THE BILLS OF THE LADING OR SHIPMENT-HARD-COPY-ACKNOWLEDGMENTS ARE WITH THE VOIDANCE OF THE EFFECT OF THE ACKNOWLEDGMENT.

134. FOR THE CLAIM OF THE **TITLE: 46: U. S. A. -CLAIMS : CH. 8: §: 191.** FOR THE STIPULATIONS FOR THE USE QF THE KNOWLEDGE, FOR THE EQUIPPING OF THE VESSELS. FOR THE CHARTER FOR THE MANAGER, AGENT, MASTER, OR OWNER OF ANY VESSEL FOR THE TRANSPORTATION OF ANY THING AMONG THE PORTS OF THE UNITY-STATES AND FOREIGN PORTS IS WITH THE BREACH OF THE CHARTER BY THE PLACEMENT WITHIN ANY BILL OF THE LADING OR SHIPMENT-DOCUMENT OF ANY COVENANT OR CHARTER FOR THE LIMITATION OF THE LIABILITY OF THE OBLIGATIONS OF THE MANAGER, AGENT, MASTER, OR OWNER OF ANY VESSEL: FOR THE LACK OF THE KNOWLEDGE, FOR THE PROPER-EQUIPMENT, PERSONNEL, FURNISHMENT, OF THE VESSEL, AND FOR THE PERFORMANCE OF THE CHARTER, OR FOR THE LIMITATION OF THE LIABILITY FOR THE PERFORMANCE OF THE OBLIGATIONS OF THE MASTER, OFFICERS, AGENTS, OR SERVANTS IN THE HANDLING, STOWAGE, CARE, AND TRANSPORT OF THE CARGO.

135. FOR THE CLAIM OF THE **TITLE: 46: U. S. A. -CLAIMS : CH. 8: §: 193**. FOR THE ISSUANCE OF THE BILLS OF THE LADING; CONTENTS. FOR THE DUTY OF THE OWNER(S), MASTERS, OR AGENTS OF ANY VESSEL FOR THE TRANSPORTATION OF THE MERCHANDISE OR THING AMONG THE PORTS OF THE UNITY-STATES AND FOREIGN-PORTS ARE WITH THE ORDER FOR THE ISSUANCE FOR THE SHIPPERS OF A BILL OF THE LADING OR SHIPMENT-DOCUMENT, FOR THE STATEMENT OF THE MARKS FOR THE IDENTIFICATION OR QUANTITY OF THE THING FOR THE COURT BY THE OWNER OF THE THING FOR THE TRANSPORTATION, AND FOR THE BILL OF THE LADING IS WITH THE PRIMA-FACIE-EVIDENCE OF THE ACQUIREMENT OF THE THING BY THE CARRIER.

136. FOR THE CLAIM OF THE **TITLE: 46: U. S. A. -CLAIMS : CH. 8: §: 194**. FOR THE PENALTIES; LIENS; REMEDY. FOR A BREACH OF THE CHARTER: SECTIONS 190, 191, 193 WITHIN THIS APPENDIX BY THE AGENT, OWNER, OR MASTER OF THE VESSEL IS WITH THE LIABILITY FOR SUCH BREACH, FOR THE REFUSAL BY THE AGENT, OWNER, OR MASTER FOR THE ISSUANCE OF A BILL OF THE LADING IS WITH THE LIABILITY FOR THE DAMAGES OF THE MINIMUM OF THE $2,000. FOR THE AMOUNT OF THE FINE AND COSTS FOR THE BREACH IS WITH A LIEN AGAINST THE VESSEL, AGAINST THE VESSEL'S-AGENT, VESSEL'S-OWNER, OR VESSEL'S-MASTER IN THE BREACH OF THIS CHARTER. FOR THE VESSEL'S-AGENT, VESSEL'S-OWNER, OR VESSEL'S-MASTER IN THE BREACH OF THIS CHARTER IS WITH THE AUTHORIZATION FOR A LIBEL WITHIN THE NEAREST-DI-STRICT-COURT OF THE UNITY-STATES, WITHIN THE ADJACENT-BOUNDS OF THE VESSEL.

137. FOR THE CLAIM OF THE **TITLE: 46: U. S. A. -CLAIMS : CHAPTER: 22:§: 781.** FOR THE LIBEL IN THE ADMIRALTY AGAINST THE UNITED STATES sic. FOR A LIBEL IN THE PERSONAM IN THE ADMIRALTY IS WITH THE AUTHORIZATION AGAINST THE UNITED STATES sic, OR FOR A PETITION WITH THE SUIT AGAINST THE UNITED STATES sic, FOR THE DAMAGES BY A PUBLIC-VESSEL OF THE UNITED STATES sic, AND FOR THE COMPENSATION FOR THE TOWAGE AND FOR THE SALVAGE-SERVICES, FOR THE CONTRACT-SALVAGE, FOR A PUBLIC-VESSEL OF THE UNITED STATES sic.

138. FOR THE CLAIM OF THE **TITLE: 46: U. S. A. -CLAIMS : CHAPTER: 22:§: 782.** FOR THE VENUE OF THE SUIT; FOR THE APPLICATION OF THE CLAIMS OF THE CH. 20.
FOR AN ADMIRALTY-JURISDICTION-SUIT OR FOR A MARITIME-JURISDICTION-SUIT IS WITH THE AUTHORIZATION WITHIN THE DI-STRICT-COURT OF THE UNITY-STATES OF THE DI-STRICT WHERE THE CHARGE OF THE ACCUSATION FOR THE CREATION OF THE LIABILITY IS FOR THE VESSEL OR FOR THE CARGO WITHIN THE UNITY-STATES, OR IF SUCH VESSEL OR IF SUCH CARGO IS BEYOND THE TERRITORY-WATERS OF THE UNITY-STATES, THEN THE DI-STRICT-COURT OF THE UNITY-STATES FOR THE DI-STRICT WHERE THE PARTIES ARE WITH THE SUIT, OR WITH THE HOME OR WITH THE OFFICE FOR THE TRANSACTION OF THE BUSINESS IN THE UNITY-STATES; OR FOR THE CASE OF THE LACK OF THE HOME OR OFFICE WITHIN THE UNITY-STATES, AND FOR SUCH VESSEL OR CARGO IS OUTSIDE THE TERRITORY-WATERS OF THE UNITY-STATES, THEN ANY DI-STRICT-COURT OF THE UNITY-STATES. FOR SUCH SUITS WITH THE TRUTH ARE FOR THE CLAIM OF THE CHAPTER: 20 OF THIS APPENDIX.

139. FOR THE CLAIM OF THE **TITLE: 46: U. S. A. -CLAIMS : CHAPTER: 22:§: 783.** FOR THE CROSS-LIBEL, OR FOR THE COUNTERCLAIM. WITH THE EVENT OF THE FILING OF A LIBEL IN THE REM OR IN THE PERSONAM IN THE ADMIRALTY FOR THE DAMAGES AGAINST A PRIVATE-THING-PARTY-VESSEL-VESSEL BY THE UNITY-STATES, FOR THE OWNER OF SUCH VESSEL, OR FOR HIS SUCCESSORS IN THE INTEREST, ARE WITH THE AUTHORITY FOR THE FILING OF A CROSS-LIBEL IN THE PERSONAM OR FOR A COUNTERCLAIM AGAINST THE UNITY-STATES IN SUCH SUIT ON THE ACCOUNT OF ANY DAMAGES ARISING OUT OF THE SAME SUBJECT MATTER OR CAUSE OF ACTION.

140. FOR THE CLAIM OF THE **TITLE: 46: U. S. A. -CLAIMS : APPENDIX: CH. 19-A: §: 740.** FOR THE ADDITION OF THE REACH OF THE ADMIRALTY-JURISDICTION AND MARITIME JURISDICTION; FOR THE LIBEL IN THE REM OR FOR THE LIBEL IN THE PERSONAM; FOR THE SOLE-REMEDY. FOR THE ADMIRALTY-JURISDICTION AND MARITIME-JURISDICTION OF THE UNITY-STATES IS WITH THE ADDITION OF THE REACH WITHIN ALL CASES OF THE DAMAGE OF THE PERSON OR OF THE THING BY A VESSEL IN THE WATER, OR IF THE DAMAGE IS ON THE LAND.

141. FOR THE CLAIM OF THE **TITLE: 46: U. S. A. -CLAIMS : APPENDIX: CHAPTER: 20: §: 742.**

FOR THE LIBEL IN THE PERSONAM. WITHIN THE CASES OF A PRIVATE-VESSEL-THING OR WITHIN THE CASES OF THE PRIVATE-[OPERATION] PERFORMANCE-VASSALEE, OR IF SUCH THING/POSSESSION/CARGO IS WITHIN THE PRIVATE-SECTOR, OR IF THE CASE IS WITHIN THE ADMIRALTY, WITH THE LACK OF A JURY WITHIN THE CONTRACT-CLAIM IN THE PERSONAM IS AGAINST THE UNITED STATES sic OR IS AGAINST SUCH CORPORATION. FOR THE FILING OF SUCH SUITS ARE WITHIN THE DI-STRICT-COURT OF THE UNITY-STATES WITHIN THE DI-STRICT WHERE THE PARTIES ARE WITH THE SUIT, OR WHERE THE PARTIES ARE WITH THE DOMICILE, OR ARE WITH THE PRINCIPAL-PLACE OF THE BUSINESS IN THE UNITY-STATES, OR ARE WHERE THE LOCATION OF THE VESSEL OR CARGO WITH THE ACCUSATION. FOR THE CASE WHERE THE UNITY-STATES OR WHERE SUCH CORPORATION IS WITH THE FILING OF A LIBEL IN THE REM OR IN THE PERSONAM IN ANY DI-STRICT, FOR A CROSS-LIBEL IN THE PERSONAM IS FOR THE FILING OR FOR A SET-OFF-CLAIM AGAINST THE UNITY-STATES OR AGAINST SUCH CORPORATION IS WITH THE SAME-FORCE AND WITH THE SAME-EFFECT AS THE FILING OF A LIBEL BY A PRIVATE-PARTY-VESSEL. WITH THE APPLICATION OF EITHER PARTY-VESSEL FOR THE CAUSE, WITH THE PRIVILEGE OF THE COURT, IS WITH THE TRANSFER WITHIN ANY OTHER DI-STRICT-COURT OF THE UNITY-STATES.

142. FOR THE CLAIM OF THE **TITLE: 46: U. S. A. -CLAIMS : APPENDIX: CHAPTER: 20: §: 743.** FOR THE PROCEDURE IN THE CASES OF THE LIBEL IN THE PERSONAM. FOR THE CASES OF THE LIBEL IN THE PERSONAM ARE WITHIN THE PRINCIPLES OF THE LAW AND OF THE RULES OF THE PRACTICE IN THE CASES AMONG THE PRIVATE-PARTIES. FOR A CLAIM AGAINST THE UNITED STATES sic OR AGAINST SUCH CORPORATION IS WITH THE COSTS OF THE SUIT, AND BY THE CLAIM FOR A MONEY-JUDGMENT, FOR THE CHARGES ARE WITH THE RATE OF THE ONE-AND-ONE-HALF-PERCENT-PER-MONTH. FOR THE CHARGE IN THE TRUTH IS WITH THE ORDER BY THE COURT. FOR THE CLAIMS WITHIN THE TRUTH ARE FOR THE APPEAL WITHIN THE TRUTH OF THE ADMIRALTY-JURISDICTION AND WITHIN THE MARITIME-JURISDICTION. IF THE LIBELANT WITH THE TRUTH IS WITH THE ELECTION, FOR THE VENUE OF THE SUIT IS WITH THE ACCORDANCE WITH THE PRINCIPLES OF THE LIBELS IN THE REM. FOR THE ESTABLISHMENT OF THE VENUE OF THE CLAIM FOR A LIBEL IN THE REM IS WITH THE FACTS OF THE OWNERSHIP OR OF THE POSSESSION OF THE VESSEL. FOR THE ELECTION WITH THE TRUTH IS WITH THE PRIVILEGE FOR THE SEEKING OF THE RELIEF IN THE PERSONAM IN THE SAME-SUIT.

143. FOR THE CLAIM OF THE **TITLE: 46: U. S. A. -CLAIMS : APPENDIX: CHAPTER: 20: §: 746.** FOR THE EXEMPTIONS AND FOR THE LIMITATIONS OF THE LIABILITY. FOR THE UNITY-STATES OR FOR SUCH CORPORATION IS WITH THE ENTITLEMENT FOR THE BENEFITS OF ALL FREEDOMS AND OF ALL LIMITATIONS OF THE LIABILITY IN THE ACCORDANCES OF THE LAW FOR THE OWNERS, FOR THE CHARTERERS, FOR THE VASSALEES, OR FOR THE AGENTS OF THE VESSELS.

144. FOR THE CLAIM OF THE **TITLE: 46: U. S. A. -CLAIMS : APPENDIX: CHAPTER: 20: §: 748.** FOR THE PAYMENT OF THE JUDGMENT, OF THE AWARD, OR OF THE SETTLEMENT. FOR THE AUTHORIZATION FOR THE ENTERING OF A FINAL-JUDGMENT IN ANY SUIT, AND FOR ANY FINAL-JUDGMENT WITHIN THE PURVIEW OF THE SECTIONS: 744 AND 747 OF THIS APPENDIX, AND FOR ANY ARBITRATION-AWARD OR FOR ANY SETTLEMENT IS WITH THE CHARTER WITHIN THE CLAIMS OF THE SECTION: 749 OF THIS APPENDIX, ARE, WITH THE PRESENTATION OF A COPY, WITH THE AUTHENTICATION, FOR THE PAYMENT BY THE ACCOUNTING-OFFICERS OF THE UNITED STATES sic BY ANY APPROPRIATION OR BY ANY GUARANTEE-FUND AGAINST THE LOSS OR BY ANOTHER FUND WITH THE AVAILABILITY; OR FOR THE AUTHORIZATION FOR THE APPROPRIATION OF ANY MONEY IN THE TREASURY OF THE UNITED STATES sic, FOR A SUM EQUAL FOR THE PAYMENT OF SUCH JUDGMENT OR AWARD OR SETTLEMENT.

145. FOR THE CLAIM OF THE **TITLE: 46: U. S. A. -CLAIMS : APPENDIX: CHAPTER: 20: §: 749.** ARBITRATION, COMPROMISE, OR SETTLEMENT OF THE CLAIMS. FOR THE SECRETARY OF ANY DEPARTMENT OF THE GOVERNMENT OF THE UNITED STATES sic, OR THE BOARD OF THE TRUSTEES OF SUCH CORPORATION IS WITH THE AUTHORIZATION FOR A COMPROMISE, OR FOR THE SETTLEMENT OF ANY CLAIM WITHIN THE PROVISIONS OF THE SECTIONS: 742, 744, AND 750 OF THIS APPENDIX.

146. FOR THE CLAIM OF THE **TITLE: 49: U. S. A. -CLAIMS : CHAPTER: 801: §: 80113.** FOR THE LIABILITY FOR THE LACK OF THE HARD-COPY-ACKNOWLEDGMENT, BREACH OF THE CHARTER FOR THE IDENTIFICATION OF THE THING.

  (a) FOR THE LIABILITY FOR THE LACK OF THE HARD-COPY-ACKNOWLEDGMENT, BREACH OF THE CHARTER FOR THE IDENTIFICATION OF THE THING WITHIN THE CARE OF THE CARRIER. FOR A BILL OF THE LADING IS FOR THE CREATION OF A LIABILITY FOR THE DAMAGES BY THE LACK O F A HARD-COPY-ACKNOWLEDGMENT BY THE CARRIER FOR ANY PART OF THE THING IN THE BILL.

  (2) BY THE THING WITHIN THE TRUTH IS WITH THE HANDLING BY A CARRIER, FOR THE CARRIER OF THE THING(S) WITHIN THE ADMIRALTY-JURISDICTION IS WITH THE OBLIGATION FOR THE COUNT OF THE THING(S) WITHIN THE CLAIM.

147. FOR THE CLAIM OF THE **TITLE: 49: U. S. A. -CLAIMS : CHAPTER: 801: §: 80116.** FOR THE CRIMINAL-PENALTY. FOR A PERSON WITH THE TRUTH IS WITH THE LIABILITY FOR A FINE WITHIN THE TITLE: 18, OR FOR THE PRISON-SENTENCE FOR A MAXIMUM OF THE FIVE (5) YEARS, OR FOR A FINE WITHIN THE TITLE: 18, AND FOR THE PRISON-SENTENCE FOR A MAXIMUM OF THE FIVE (5) YEARS, IF THE PERSON - (1) IS WITH THE BREACH OF THIS CHARTER WITH THE VOLITION OF THE FRAUD; OR (2) WITH THE KNOWLEDGE OR WITH THE VOLITION

FOR THE FRAUD - (A) WITH THE MAKING, ALTERATION, OR COPY OF A FALSE-BILL OF THE LADING, (B) WITH THE UTTERANCE, PUBLICATION, OR ISSUANCE OF AN ALTERATION, OR COPY OF A FALSE-BILL OF THE LADING; OR © WITH THE NEGOTIATION OR TRANSFERS FOR THE VALUE OF A BILL WITH A FALSE-STATEMENT.

148. FOR THE CLAIM OF THE TITLE: 49: U. S. A. -CLAIMS : §: 14706. FOR THE LIABILITY OF THE CARRIERS FOR THE HARD-COPY-ACKNOWLEDGMENTS AND FOR THE BILLS OF THE LADING.

  (a) FOR THE GENERAL-LIABILITY.

  (1) FOR THE CARRIERS AND FREIGHT-FORWARDERS. FOR A CARRIER WITH THE TRUTH IS WITH THE FURNISHMENT OF THE TRANSPORTATION OR WITH THE FURNISHMENT OF A SERVICE WITHIN THE JURISDICTION OF THE TITLE: 49: U. S. A. -CLAIMS : CHAPTER: 135: QUANTUM-CHAPTER: I OR III. FOR THE OBLIGATION OF THE CARRIER IS FOR THE ISSUANCE OF A HARD-COPY-ACKNOWLEDGMENT OR OF A BILL OF THE LADING FOR THE THING IN THE CARE OF THE CARRIERS AND IN THE CARE OF THE FREIGHT-FORWARDERS. FOR THE CARRIER AND FOR ANY OTHER-CARRIER WITHIN THE JURISDICTION OF THE QUANTUM-CHAPTER I OR III OF THE CHAPTER: 135 OR CHAPTER: 105 OF THE TITLE: 49: U. S. A. -CLAIMS IS WITH THE LIABILITY BY THE PERSON WITH THE ENTITLEMENT FOR THE REMEDY WITHIN THE HARD-COPY-ACKNOWLEDGMENT OR WITHIN THE BILL OF THE LADING. FOR THE CLAIM OF THE LIABILITY WITHIN THIS PARAGRAPH IS FOR THE LOSS OR FOR THE DAMAGE OF THE THING (A) BY THE [RECEIVING] VASSALEE-CARRIER WITH THE THING, (B) BY THE [DELIVERING] TERMINATING-CARRIER, OR © BY ANOTHER CARRIER WITH THE LINE OR WITH THE ROUTE FOR THE TRANSPORTATION OF THE THING WITHIN THE UNITY-STATES OR WITHIN AN ADJACENT-FOREIGN-COUNTRY BY THE THING IS WITH THE TRANSPORTATION BY A THROUGH-BILL OF THE LADING AND, SAVE THE CASE OF A FREIGHT-FORWARDER, IS WITH THE APPLICATION WITH THE THING AVERTING BY A TARIFF WITHIN THE SECTION: 13702. FOR THE LACK OF THE ISSUANCE OF A HARD-COPY-ACKNOWLEDGMENT OR OF A BILL OF THE LADING IS WITH A LACK OF THE EFFECT AGAINST THE LIABILITY OF A CARRIER. FOR A [DELIVERING] TERMINATION-CARRIER WITH THE TRUTH IS WITHIN THE CLAIM AS THE CARRIER IN THE PERFORMANCE OF THE LINE-HAUL-TRANSPORTATION NEAREST THE DESTINATION, BUT IS WITH THE LACK OF THE CLAIM AS A CARRIER WITH THE FURNISHING OF A SWITCHING-SERVICE AT THE DESTINATION.

  (d) FOR THE CIVIL-ACTIONS.

  (1) AGAINST THE [DELIVERING] TERMINATION-CARRIER. FOR A CIVIL-ACTION WITHIN THIS SECTION IS AGAINST A [DELIVERING] TERMINATION-CARRIER IN A DI-STRICT-COURT OF THE UNITY-STATES OR IN A STATE-COURT. FOR THE TRIAL, OF AN ACTION IS WITHIN A DI-STRICT-COURT OF THE UNITY-STATES, AND IF A TRIAL IS WITHIN A STATE-COURT, THEN THE TRIAL IS WITHIN A STATE OF THE OPERATION OF THE VASSALEE-CARRIER.



(2) FOR THE ACTION, AGAINST A CARRIER WITH THE OBLIGATION FOR THE LOSS. FOR A CIVIL-ACTION WITHIN THIS SECTION IS AGAINST THE CARRIER WITH THE ACCUSATION OF THE CAUSE FOR THE LOSS OR FOR THE DAMAGE, IS WITHIN THE JUDICIAL-DI-STRICT WHERE THE OCCURRENCE OF THE ACCUSATION OF THE LOSS OF THE THING.

(3) FOR THE JURISDICTION OF THE COURTS. FOR A CIVIL-ACTION WITHIN THIS SECTION IS WITHIN THE DI-STRICT-COURT OF THE UNITY-STATES OR WITHIN A STATE-COURT.

### FOR THE CLAIMS ARE WITH THE FEDERAL-RULES OF THE CIVIL-PROCEDURE.

149. FOR THE CLAIM OF THE F.C.C.P.-CLAIM: 1: SCOPE OF THE RULES IS FOR THE UNITY AND OF THE F.C.C.P.-CLAIM: 12(b)(7). FOR THE CHARTER-VESSEL OF THE RULES ARE FOR THE ESTABLISHMENT OF THE TRUTH➡ FOR THE MOVEMENT WITH THE CHARTER-VESSEL WITH THE TRUTH➡ FOR THE JUDGEMENT WITH THE CLAIM WITH THE TRUTH.

150. FOR THE CLAIM OF THE F.C.C.P.-CLAIM: 2 IS FOR THE FORM OF THE ACTION WITH THE C.U.S.A.F.-CHARTER-VESSEL.

151. FOR THE CLAIM OF THE F.C.C.P.-CLAIM: 3: FOR THE UNITY IS WITH THE TRUTH WITH THE C.U.S.A.F.-CHARTER-VESSEL, WITH THE START OF THE UNITY DURING THE TIME OF THE SERVICE OF THE LAW-SUIT WITH THE REGISTRY-CLERK OF THE U. S. POST-OFFICE UPON THE VASSALEES. FOR THE LACK OF THE ACCEPTANCE OF THE SERVICE OF THIS CHARTER-VESSEL IS WITH THE KNOWLEDGE OF THE GUILT BY THE PARTY-VESSEL(S) OF THE APARTHEID: CLERK, JUDGE, VASSALEE-PARTY-VESSEL. BY A COURT OF THE U.S.A. IS WITH AN OBSTRUCTION BY THE APARTHEID WITH THE LACK OF THE ACCEPTANCE OF THE CLAIM, FOR THE AUTHORITY OF THE CLAIMANT IS FOR THE FILING WITH SOME-OTHER STATE-AUTHORITY OR FEDERAL-AUTHORITY. FOR ANY FURTHER-BREACH OF THE CHARTER-VESSEL IS WITH THE REMEDY BY THE TRANSFER OF THE CASE WITHIN THE UNIVERSAL-POSTAL-UNION WITH THE TEN-TIMES-DAMAGES AGAINST THE ADVERSE-PARTY-VESSEL(S).

152. FOR THE CLAIM OF THE F.C.C.P.-CLAIM: 4: (a) FOR THE SUMMONS IS WITH THE REGISTRY OF THE U. S. POST-OFFICE WITH THE AUTOGRAPH OF THE CLAIMANT, WITH A ONE-DOLLAR-POSTAGE-STAMP UPON THE SUMMONS/PLEADINGS, FOR THE CONTINUANCE OF THE EVIDENCE OF THE CHARTER-VESSEL WITH THE VASSALEES/MILITARY/POST-OFFICE/UNIVERSAL-POSTAL-UNION, WITH THE IDENTITY OF THE COURT WITH THE TRUTH, AND WITH THE IDENTITY OF THE PARTIES WITH THE TRUTH, FOR THE CHARGE OF THE VASSALEE-PARTY-VESSEL, AND WITH THE NAME AND LOCATION OF THE CLAIMANT. (b) IF THE SUMMONS IS WITH THE TRUTH, FOR THE CLERK IS WITH THE CHARTER-VESSEL-CLAIM FOR THE ACCEPTANCE OF THE SUMMONS WITH THE TITLE: 4: U.S.A.-CLAIM: §: 1 & 2: FLAG

WITH THE TRUTH BY THE CLAIMANT. FOR THE ESTABLISHMENT OF THE <u>POST-OFFICE</u>[1] ON THE <u>SEPTEMBER/17/1789</u> IS PRIOR OF THE ESTABLISHMENT OF THE U. S. GOVERNMENT. FOR THE <u>POST-OFFICE</u> IS WITH THE SOVEREIGNTY, FOR THE ADMINISTRATION OF THE GOVERNMENT WITH THE BANKRUPTCY OF THE UNITED STATES(sic) ON THE <u>SEPTEMBER/17/1929</u>. FOR THE REGISTRY WITH THE U. S. <u>POST-OFFICE</u> IS FOR THE MAKING OF THE <u>CHARTER-VESSEL</u> WITH THE <u>SENIOR-COURT-BARRISTER</u>(sic). FOR THE POSTMAN[2] AS THE <u>SENIOR-BARRISTER</u>(sic) IS WITH THE AUTHORITY FOR THE PLEADING FOR THE BAR. FOR THE <u>ONE-DOLLAR-STAMP</u> ON THE FACE OF THE PLEADING IS WITH THE CREATION OF A <u>CHARTER-VESSEL</u> FOR THE FILING OF THE <u>SOVEREIGN-DOCUMENTS</u> WITH THE <u>SENIOR-COURT-BARRISTER</u>(sic) OF THE <u>SOVEREIGN-POST-OFFICE</u>. FOR THE LIMITATION OF THE AUTHORITY FOR THE WRITING OF THE LEGAL-DOCUMENTS OUTSIDE OF THE COURT IS WITH THE ATTORNEY[3].

153. FOR THE CLAIM OF THE <u>F.C.C.P.-CLAIM: 5</u>: IS (a) FOR ALL PARTIES OF THE ACTION ARE WITH THE CLAIM OF THE SERVICE OF ALL PLEADINGS/PAPERS, IF THE PLEADINGS ARE WITH THE EX-PARTE, OR IF THE FAULT WITH THE LACK OF A AVERMENT OF THE CLAIMANT'S-ALLEGATIONS WITH A PARTY-VESSEL. (b) FOR THE SERVICE OF THE PROCESS IS WITH THE REGISTRATION OF THE U. S. MAIL OR WITH THE PERSONAL-SERVICE. (d) FOR ALL PAPERS WITH THE <u>CHARTER-VESSEL-CLAIM</u> FOR THE SERVICE ARE WITH A CERTIFICATE OF THE SERVICE. (e) FOR THE CLAIM OF THE SERVICE WITH THE COURT IS WITH THE SERVICE OF THE PAPERS WITH THE CLERK OF THE COURT(noun).

154. FOR THE CLAIM OF THE <u>F.C.C.P.-CLAIM: 6</u> IS FOR THE COMPUTATION OF THE TIME: (a) FOR THE START OF THE PERIOD OF THE TIME, SAVE THE DAY OF THE <u>ACT/EVENT/FAULT</u> WITH THE LACK OF A AVERMENT OF THE <u>CLAIMANT'S-ALLEGATIONS</u> IS WITHIN THE <u>CLAIM-PERIOD</u>. FOR THE <u>LAST-DAY</u> OF THE PERIOD IS WITHIN THE CALCULATION OF THE TIME, IF THE <u>LAST-DAY</u> IS ON A <u>SATURDAY/SUNDAY/LEGAL-HOLIDAY</u>. FOR THE HOLIDAYS OF THE YEAR ARE WITH THE SIGNIFICATION WITH THE RULE: 77© AND ARE WITH THE <u>CHARTER-VESSEL-CLAIM</u> FOR THE ADDITION OF THE <u>REST-HOLIDAYS</u> OF THE <u>JEWISH-FAITH</u>. (e) FOR THE ADDITION OF THE THREE-DAYS ARE ONTO THE TIME FOR THE CLAIMS OR OF OTHER PAPERS WITH THE SERVICE WITH THE MAIL(post).

155. FOR THE CLAIM OF THE <u>F.C.C.P.-CLAIM: 7</u> IS FOR THE TYPES OF THE PLEADINGS. (a) FOR THE <u>C.U.S.A.F.</u> WITH THE <u>CHARTER-VESSEL</u> IS WITH THE CLAIM AND OF THE STATEMENT

---

[1] For the documentation of the sequence of the creation of the <u>Post-office</u> and of the Government see of the annals of the Congress on the date of the September/17/1789.

[2] For the CLAIM OF THE Postman IS WITH the Black's-Law-Dictionary: 1st:edition.

[3] For the reference WITH the Black's-4th-Edition WITH the word: BARRISTER IS for the limitation of the authority of the attorney.

For the copyclaim-JULY-15, 2000 by the RUSSELL-JAY: GOULD:          (62)

...TH AN AVERMENT OR <u>CHARTER-VESSEL-CLAIM</u>. FOR THE <u>CHARTER-VESSEL-CLAIM</u> AGAINST A <u>COUNTER-CLAIM</u> IS WITH A TITLE OF THE <u>CHARTER-VESSEL-CLAIM</u>. FOR THE STATEMENT WITH AN AVERMENT OR <u>CHARTER-VESSEL-CLAIM</u> OF THE CLAIM IS WITH THE <u>CHARTER-VESSEL-CLAIM</u> WHETHER THE CLAIM IS WITH THE CRIMINAL OR WITH THE CIVIL BY THE <u>VASSALEES</u>. FOR A MOTION TO TERMINATION(sic) IS WITH THE ADMISSION OF THE ALLEGATIONS OF THE CASE AND IS WITH THE LACK OF THE FULFILLMENT OF THE <u>CHARTER-VESSEL</u>S FOR THE STATEMENT WITH AN AVERMENT OR <u>CHARTER-VESSEL-CLAIM</u> OF THE CLAIM.

(b)(1) FOR THE PLEADINGS WITH THE TRUTH ARE WITH THE TITLE: 4<u>: U.S.A.-CLAIM</u>: §: 1 & 2: FLAG OF THE U.S.A., FOR THE <u>RESERVATION/ENFORCEMENT</u> OF THE CLAIMS WITH THE <u>C.U.S.A.F.-CHARTER-VESSEL</u>.

(2) FOR THE CLAIM OF THE <u>CASE-NUMBER</u> IS WITH THE REGISTRATION OF THE U. S. MAIL FOR THE COMMENCEMENT OF THE AUTHORITY OF THE <u>POST-OFFICE/F</u>. B. L/MILITARY FOR THE ARREST OF THE PERSON(S) WITH THE VOLITION FOR THE TRANSFER OF THE <u>COMMON-LAW-DOCUMENTS</u> INTO THE FICTION.

(3) FOR THE WRITING OF THE PLEADINGS ARE WITH THE WRITING OF THE RULES OF THE GRAMMAR WITH THE PARAGRAPHS OF THE <u>F.C.C.P.-CLAIM</u>: 8.

(4) FOR THE <u>CLAIMANT</u> IS WITH THE TAKING OF THE CONTROL FOR THE <u>CHARTER-VESSEL-CLAIM</u> OF THE WORDS WITH THE LAWSUIT.

(5) FOR THE <u>CHARTER-VESSEL-CLAIM</u> IS FOR THE PURPOSE OF THE PUBLICATION OF THE KNOWLEDGE OF THE PARTIES OF THE TRUTH OF THE CONCEPTION OR PURPOSE OF THE PLEADER.

(6) FOR THE <u>CORRECTION-CITE</u> OF THE <u>FICTION-LAWS</u> ARE WITH THE <u>TRUTHFUL-LANGUAGE-PROCEDURE</u> OF THE <u>ENGLISH-LANGUAGE</u> OF THE LEGISLATURES. FOR THE CITES OF THE <u>CASE-LAW</u> ARE WITH THE <u>LITTLE-USE</u>. FOR THE <u>SEPARATE-NATURE</u> OF EACH CASE IS WITH OF THE DIFFERENCES WITH THE <u>FACTS/ TIME/ PLACE/ ACTORS/ JURY/PARTIES/CHARTER-VESSEL-CLAIM/COUNSEL/JUDGE</u>.

(7) FOR THE PLEADINGS OF THE CITIZEN ARE WITH THE AUTOGRAPH OR WITH THE SEAL WITH THE START AND WITH THE END OF THE PLEADING. FOR THE <u>CLAIMANT</u> IS WITH THE TAKING OF THE AUTHORITY OF THE PLEADING WITH THE FORWARD-WRITING AND WITH THE <u>BACKWARD-WRITING</u>, FOR THE BACK→FRONT-READING OF THE PLEADING.

156. FOR THE CLAIM OF THE <u>F.C.C.P.-CLAIM</u>: 8(a) IS FOR THE <u>CHARTER-VESSEL-CLAIM</u> FOR THE REMEDY WITHIN THE STATEMENT OF THE GROUNDS OF THE COURT'S-JURISDICTION,

For the copyclaim-JULY-15, 2000 by the RUSSELL-JAY: GOULD: 

WITH A STATEMENT THAT THE CLAIMANT IS WITH THE ENTITLEMENT FOR THE REMEDY AND WITH AN ORDER FOR THE JUDGEMENT FOR THE REMEDY IS WITH THE SEARCH BY THE CLAIMANT. FOR THE REMEDY WITH THE ALTERNATIVES ARE WITH THE PROPERNESS. (b) FOR A CLAIMANT IS WITH THE OBLIGATION FOR THE ADMITTANCE OR FOR THE AVERMENT FOR THE SAFEGUARD OF THE PLEADER, UPON THE TRUST OF THE ADVERSE-PARTY-VESSEL WITH THE CRIMINAL-CASES/CIVIL-CASES. IF A CLAIMANT IS WITH THE IGNORANCE OR IS WITH A LACK OF THE KNOWLEDGE FOR THE FORMATION OF A CONVICTION OF THE TRUTH OF AN AVERMENT, FOR THE CLAIMANT IS WITH THE OBLIGATION FOR THE STATEMENT OF THAT FACT, FOR THE EFFECT AS A AVERMENT. FOR THE PARTIES WITH THE CASE ARE WITH THE CHARTER-VESSEL-CLAIM FOR THE MEETING OF THE ESSENCE OF THE AVERMENTS WITH THE AVERMENT. BY A PLEADER WITH A CASE IS WITH THE PURPOSE WITH THE GOOD-FAITH FOR THE QUALIFICATION OF AN AVERMENT, FOR THE PLEADER IS WITH THE CHARTER-VESSEL-CLAIM FOR THE STATEMENT THAT SOME PART OF THE AVERMENT IS WITH THE TRUTH AND IS WITH THE MATERIALITY AND IS WITH THE CHARTER-VESSEL-CLAIM FOR THE AVERMENT OF THE BALANCE OF THE PLEADING. IF THE PURPOSE OF THE PLEADER IS WITH THE GOOD-FAITH FOR THE OPPOSITION OF ALL AVERMENTS OF THE PRIOR-PLEADING, FOR THE PLEADER IS WITH THE PRIVILEGE FOR THE MAKING OF THE AVERMENTS AS SPECIFIC AVERMENTS FOR THE SPECIFIC-AVERMENTS OR SPECIFIC-PARAGRAPHS OR IS WITH THE PRIVILEGE FOR A GENERAL-AVERMENT OF ALL AVERMENTS, WITH THE CLAIM OF SUCH SPECIFIC-AVERMENTS OR SPECIFIC-PARAGRAPHS WITH THE ADMISSION OF THE PLEADER; BY THE PURPOSE OF THE PLEADER IS WITH THE ENGAGEMENT OF THE CONTROVERSY OF ALL AVERMENTS, WITH THE AVERMENTS FOR THE GROUNDS FOR THE CLAIM OF THE COURT'S-JURISDICTION, FOR THE PLEADER IS WITH THE PRIVILEGE FOR A GENERAL-AVERMENT, WITH THE SUBJECT WITH THE OBLIGATIONS WITH THE F.C.C.P.-CLAIM: 11.

© AFFIRMATIVE-PLEA FOR THE PLEADER'S-SAFEGUARD. FOR THE PLEADING AGAINST A PRIOR-PLEADING, FOR A PARTY-VESSEL IS WITH THE CHARTER-VESSEL-CLAIM FOR THE SETTING-FORTH WITH THE AFFIRMATIVE-PLEA FOR THE PLEADER'S-SAFEGUARD OF THE ACCORD AND OF THE SATISFACTION, OF THE ARBITRATION AND OF THE AWARD, OF THE ASSUMPTION OF THE RISK, OF THE CONTRIBUTORY-OMISSION, OF THE TERMINATION WITH THE BANKRUPTCY, OF THE DURESS, OF THE ESTOPPEL, OF THE FAILURE OF THE CONSIDERATION, OF THE FRAUD, OF THE BREACH OF THE LAW, OF THE DAMAGE WITH THE FELLOW-CLAIMANT, OF THE LACHES, OF THE LICENSE, OF THE PAYMENT, OF THE CANCELLATION, OF THE RES-JUDICATA, OF THE STATUTE OF THE FRAUDS, OF THE STATUTE OF THE LIMITATIONS, OF THE WAIVER, AND OF ANY OTHER-MATTER FOR THE MAKING OF AN AVOIDANCE OR OF THE AFFIRMATIVE-PLEA FOR THE PLEADER'S-SAFEGUARD. BY A WRONG-ACT OF A PARTY-VESSEL IS WITH THE CLAIM OF A PLEA FOR THE PLEADER'S-SAFEGUARD AS A CHARTER-VESSEL-COUNTERCLAIM; FOR THE COURT IS WITH THE CHARTER-VESSEL-CLAIM FOR THE TREATMENT OF THE PLEADING WITH THE CLAIM OF THE MEETING WITHIN THE CHARTER-VESSEL-CLAIM FOR THE JUSTICE.

For the copyclaim-JULY-15, 2000 by the RUSSELL-JAY: GOULD: 

(64)

(d) FOR THE FAILURE OF THE AVERMENT IS WITH THE EFFECT OF THE ADMISSION OF THE ALLEGATIONS. BY A PARTY-VESSEL WITH A CASE IS WITH THE CHARTER-VESSEL-CLAIM FOR THE MAKING OF AN AVERMENT WITH A PLEADING: FOR THE AVERMENTS, WITH THE EXCLUSION OF THE AMOUNT OF THE DAMAGE, ARE WITH THE ADMISSION WITH THE FAILURE OF THE AVERMENT WITH THE AVERMENT-PLEADING. BY THE AVERMENTS AGAINST A PLEADING WHERE NO AVERMENT-PLEADING IS WITH THE CHARTER-VESSEL-CLAIM OR IS WITH THE PERMISSION OF THE RULES IS FOR THE KNOWLEDGE OF THE AVERMENT AS THE AVERMENT OR AVOIDANCE.

(e) FOR THE CHARTER-VESSEL-CLAIMS ARE FOR THE PLEADING WITH THE BREVITY WITH THE POSITIVE-PLEADING OF THE FACTS; FOR THE CHARTER-VESSEL-CLAIM WITH THE PLEADINGS IS FOR THE CONCERN FOR THE CONSISTENCY.  (1) FOR EACH AVERMENT OF A PLEADING IS WITH THE CHARTER-VESSEL-CLAIM FOR THE SIMPLENESS/BREVITY/DIRECTNESS. FOR THE TECHNICAL-FORMS OF THE PLEADINGS OR OF THE CHARTER-VESSEL-CLAIMS ARE WITH THE CHARTER-VESSEL-CLAIMS OF THE TRUTH. (2) FOR A CLAIMANT IS WITH THE PRIVILEGE FOR THE SETTING-FORTH OF THE TWO-STATEMENTS OR OF MORE STATEMENTS OF A CHARTER-VESSEL-CLAIM OR OF A PLEA FOR THE PLEADER'S-SAFEGUARD, WITH THE ALTERNATION OR WITH THE HYPOTHESIS, EITHER WITH ONE COUNT OR PLEA FOR THE PLEADER'S-SAFEGUARD OR WITH THE SEPARATE-COUNTS OR PLEAS FOR THE PLEADER'S-SAFEGUARD. BY THE MAKING OF THE TWO-STATEMENTS OR BY THE MORE-STATEMENTS ARE WITH THE ALTERNATIVE AND ONE OF THE STATEMENTS IS WITH THE ADEQUATENESS, FOR THE PLEADING IS WITH THE ADEQUATE WITH THE ONE-STATEMENT OR WITH THE MORE OF THE ALTERNATIVE-STATEMENTS. FOR A CLAIMANT IS WITH THE PRIVILEGE FOR THE STATEMENT AS MANY SEPARATE-CLAIMS OR AS MANY SEPARATE-PLEAS FOR THE PLEADER'S-SAFEGUARD AS THE PARTY-VESSEL HAS, IN-SPITE-OF THE CONSISTENCY AND WHETHER THE SEPARATE-CLAIMS OR WHETHER THE SEPARATE-PLEAS FOR THE PLEADER'S-SAFEGUARD ARE WITH A BASE ON A LEGAL-GROUND/EQUITABLE-GROUND/MARITIME-GROUNDS. FOR THE CLAIM: FOR THE RULING OR FOR THE JUDGEMENT WITH A PLEA FOR THE PLEADER'S-SAFEGUARD IS WITH THE LAW OF THE FLAG. FOR ALL STATEMENTS WITH THE PLEADINGS ARE WITH THE CHARTER-VESSEL-CLAIM WITH THE OBLIGATIONS SET-FORTH WITH THE F.C.C.P.-CLAIM: 11.

(f) FOR THE CONSTRUCTION OF THE PLEADINGS. FOR ALL PLEADINGS WITH THIS CASE ARE WITH THE CHARTER-VESSEL-CLAIM FOR THE CONSTRUCTION WITH THE TRUTH, FOR THE ADMINISTRATION OF THE JUSTICE. FOR THE PARTIES WITH THIS CASE ARE WITH THE CHARTER-VESSEL-CLAIM FOR THE WRITING OF THE PLEADINGS WITH THE TRUTH, WITH THE David-Wynn: Miller- L. A. W. PROCEDURES:

(1) FOR THE LANGUAGE IS WITH THE USE OF THE NOUNS AS THE NOUNS AND WITH THE USE OF THE VERBS AS THE VERBS BY THE PUNCTUATION.

(2) FOR THE WRITING WITH THE JURISDICTION OF THE C.U.S.A.F. IS WITH THE NOW-TENSE FOR THE FOLLOWING OF THE RULES OF THE GRAMMAR OF THE ENGLISH-LANGUAGE.

(3) FOR THE WRITING OF THE NAMES[4] OF THE PARTIES IS WITH THE UTMOST-CASE AND WITH THE LOWER-CASE WITH THE PUNCTUATION[5] FOR THE SAFEGUARD OF THE NAME AS A NOUN. FOR THE PUNCTUATION OF A NAME IS WITH THE PRIVATE-CAPACITY. FOR THE LACK OF THE PUNCTUATION WITH THE:(sic) IS FOR THE SUIT WITH THE FICTION-CAPACITY.

(4) FOR THE SENTENCE-WRITING OF THE PLEADINGS WITH THE TRUTH IS WITH AN ANCIENT-MATHEMATIC-FORMULA. WITH THE DELETION OF THE ORIGINAL-PREPOSITIONS AND FOR THE PLACEMENT OF THE OPPOSITE-PREPOSITIONS IN THE PLACE OF THE ORIGINAL-PREPOSITIONS ARE FOR THE ANALYSIS IN THE DIRECTION OF THE END OF THE SENTENCE TOWARD THE START OF THE SENTENCE, FOR THE EVIDENCE OF THE VOLITION OF THE WRITER. IF THE WORDS ARE WITH THE NEED OF THE TRANSLATION WITH A FOREIGN-LANGUAGE, WITH THE WRITING ON THE CLAIM-SIDE OF THE PAPER, TOWARD THE LEFT-SIDE OF THE PAPER, FOR THE WORDS ARE WITH THE SAME-SIGNIFICATION WITH THE FORWARD-WRITING OR WITH THE BACKWARDS-WRITING.

(5) FOR THE WRITING OF THE SENTENCES ARE WITH THE MATHEMATIC-FORMULA WITH THE BALANCE OF THE ENDS OF THE SENTENCES. FOR THE TRUTH WITH THE WRITING IS WITH THE FLOW AS A CIRCLE AS AN ELECTRIC-CIRCUIT WITH THE FLOW OF THE LOGIC OF THE LAST-WORD OF THE SENTENCE TOWARD THE FIRST-WORD OF THE SENTENCE AND BACK-TOWARD THE LAST-WORD OF THE SENTENCE, FOR THE COMPLETION OF THE CIRCUIT. AS THE NOW-FORCE OF THE TRUTH IS WITH THE NEVER-STARTING AND WITH THE NEVER-ENDING. FOR THE NOW-FORCE OF THE TRUTH IS WITH THE ETERNAL-LIFE.

(6) FOR THE LANGUAGE OF THE C.U.S.A.F. IS WITH A BAR FOR THE USE OF THE WORDS: DO, FROM, WITHOUT(sic) AS THE WORDS OF THE DOUBLE-DEALING/FRAUD/TRICKERY/DUPLICITY. FOR THE WORD: TO(sic) OF THE FUTURE-TENSE IS WITH THE LACK OF THE SCOPE WITHIN THE MEANING FOR THE TERMINATION OF THE SENTENCE [OF WHAT FOLLOWS THE TO]. FOR THE CLAIM OF THE WORD: FROM IS WITH A VAGUE-SIGNIFICATION. FOR A MODEL OF AN OXYMORON IS WITH THE WORD: WITHOUT(sic)

(7) FOR THE WILL OF THE WRITERS OF THE TITLE: 42: U.S.A.-CLAIM: §: ARE FOR THE

---

[4] For the use of the name IS with the CHARTER-VESSEL-CLAIMS of the Government-Styles-Manual- Section: 3.

[5] For the authority for the punctuation IS with evidence WITH the autograph of the U.S.A. President(sic): Thomas: Jefferson.

For the copyclaim-JULY-15, 2000 by the RUSSELL-JAY: GOULD: *[signature]*

(66)

CHARTER-VESSEL-CLAIM FOR THE STOPPING AND CORRECTION OF THE WRONG. FOR THE CLAIMANT IS WITH THE CHARTER-VESSEL-CLAIM FOR THE CORRECTION OF THE RECORD OF THE LAW, UPON THE FINDING OF THE FLAWS IN THE LAW, AND FOR THE KEEPING OF THE VOLITION OF THE WRITERS OF THE LAW.

157. FOR THE CLAIM OF THE F.C.C.P.-CLAIM: 9 IS FOR THE SPECIAL-PLEADINGS: (b) FOR THE FRAUD, OR FOR THE STATE OF THE MIND, (e) FOR THE JUDGMENT. IN THE PLEADING OF A JUDGEMENT OR DECISION OF A DOMESTIC-FOREIGN-COURT, JUDICIAL-TRIBUNAL, QUASI-JUDICIAL-TRIBUNAL, OR OF A BOARD OR OFFICER, FOR THE JURISDICTION FOR THE JUDGEMENT IS WITH THE LAW OF THE FLAG AND AUTOGRAPH UPON THE POSTAGE-STAMP ATOP THE ORDER, FOR THE UNITY WITH THE UNIVERSAL-POSTAL-UNION (f) FOR THE TIME AND FOR THE PLACE, AND (g) FOR THE SPECIAL-DAMAGE.

158. FOR THE CLAIM OF THE F.C.C.P.-CLAIM: 10 IS FOR THE FORM OF THE PLEADINGS: (a) FOR THE CAPTIONS WITH THE PLEADINGS WITH THE TRUTH ARE WITH THE NAMES OF THE CITIZEN WITH THE PARTIES AND (b) FOR THE PARAGRAPHS. FOR THE PARTIES OF THE LAWSUIT ARE WITH THE SAFEGUARD OF THE C.U.S.A.F. FOR THE TITLE OF THE PARTY-VESSEL AS A VASSALEE-PARTY-VESSEL IS FOR THE AVOIDANCE OF THE BREACH OF THE CHARTER-VESSEL-CLAIM WITH THE NAME OF THE PARTY-VESSEL WITH THE ACCUSATION AS A DEFENDANT.

159. FOR THE CLAIM OF THE F.C.C.P.-CLAIM: 11 IS FOR THE FRIVOLOUS-SERVICE. FOR THE CHARTER-VESSEL-CLAIM WITH THESE RULES IS FOR THE AUTOGRAPH OF THE PLEADINGS(OR SEALING) AND FOR THE LIST OF THE CURRENT-LOCATION OF THE CLAIMANT. FOR THE AUTOGRAPH OF A TICKET WITH THE RULE: 13: IS FOR A TRAP WITH THE CONFESSION OF THE GUILT OF THE AUTHOR, AND IS WITH THE CHARTER-VESSEL-CLAIM OF THE BREACH FOR THE SANCTIONS AND FOR THE FEES. FOR THE VOIDANCE OF THE C.U.S.A.F.-CHARTER-VESSEL IS BY THE USE OF THE COLLUSION(TITLE: 28: CHAPTER: 85: U.S.A.-CLAIM: §: 1359).

160. FOR THE CLAIM OF THE F.C.C.P.-CLAIM: 12(b) CHARTER-VESSEL-CLAIM-
FOR THE CLAIM OF THE 12(b)(7) IS FOR THE UNITY, WITH THE TRUTH WITH THE SERVICE OF THE PLEADINGS WITH THE TRUTH, WITH THE TRAVERSE/MUTENESS AS THE ACCEPTANCE; FOR THE CHARTER-VESSEL OF THE C.U.S.A.F. IS WITH THE LAW OF THE FLAG.
FOR THE CLAIM OF THE 12(b)(6) IS FOR THE STATEMENT OF A CHARTER-VESSEL-CLAIM WITH THE TRUTH AS THE CHARTER-VESSEL-CLAIM FOR THE UNITY OF THE JURISDICTIONS, WITH THE CHARTER-VESSEL-CLAIM OF A DAMAGE.
FOR THE 12(b)(5) IS FOR THE SERVICE OF THE PROCESS; FOR THE SERVICE OF THE PAPERWORK IS WITH THE VASSALEE-PARTY-VESSEL WITH THE REGISTRY OF THE POST-OFFICE WITH THE TRUTH.
FOR THE CLAIM OF THE 12(b)(4) IS FOR THE PROCESS OF THE SERVICE WITH THE TRUTH; FOR

THE CHARTER-VESSEL-CLAIM OF THE RULE IS FOR THE PROCESS OF THE PAPER-WORK WITH THE TRUTH. FOR THE CLAIM OF THE 12(b)(3) IS FOR THE VENUE; FOR THE JUDGE WITH THE UNITY IS WITH THE SAME-JURISDICTION WITH THE CHARTER-VESSEL-CLAIM OF THE LAW WITH THE PLACE OF THE ACTION WITH THE TAKING-PLACE AND WITH THE ENFORCEMENT OF THE JURISDICTION WITH THE TRUTH WITH THE LAW OF THE FLAG BY THE JUDGE.

FOR THE CLAIM OF THE 12(b)(2) IS FOR THE JURISDICTION WITH THE PARTY-VESSEL WITH THE TRUTH; FOR THE ESTABLISHMENT OF THE JURISDICTION IS WITH THE LAW OF THE FLAG WITH THE UNITY AND FOR THE STATEMENT OF A CLAIM WITH THE TRUTH.

FOR THE CLAIM OF THE 12(b)(1) IS FOR THE JURISDICTION WITH THE MATTER OF THE SUBJECT. FOR THE JUDGE WITH THE TRUTH IS WITH THE CHARTER-VESSEL-CLAIM FOR THE READING OF THE CASE IN THE FRONT OF THE COURT AND FOR THE ACTING ON THE FACTS(nouns) OF THE CASE.

FOR THE REMEDIES WITH THESE RULES ARE (a) WITH THE JUDGMENT WITH THE CLAIM ON THE PLEADINGS (b) WITH A CLAIM FOR THE STRIKING© WITH A WAIVER(OF THE MATTER OF THE SUBJECT) OF THE LACK OF THE JURISDICTION.

161. FOR THE CLAIM OF THE F.C.C.P.-CLAIM: 15 IS FOR THE CORRECTIONS AND FOR THE PLEADINGS WITH THE ADJUNCT-PARTS(a. b. c. d.) [FOR THE READING OF THE CITES WITH THE F.C.C.P.-CLAIMS].

162. FOR THE CLAIM OF THE F.C.C.P.-CLAIM: 16(f) IS BY A VASSALEE-CLAIMANT OR BY THE COUNSEL OF THE VASSALEE-CLAIMANT IS WITH BREACH OF THE DUTY FOR THE OBEDIENCE OF A SCHEDULE-ORDER OR OF AN ORDER OR WITH THE FAILURE OF THE APPEARANCE FOR THE BENEFIT OF THE COUNSEL OF THE VASSALEE-PARTY-VESSEL DURING A SCHEDULE-CONFERENCE OR DURING A CONFERENCE; OR IF THE ATTORNEY IS WITH THE BREACH OF THE CHARTER-VESSEL FOR THE APPEARANCE WITH THE PERSONAL-CAPACITY; OR IF THE VASSALEE-CLAIMANT, OR IF THE COUNSEL OF THE VASSALEE-CLAIMANT IS WITH THE FAILURE WITH THE READINESS FOR THE PARTICIPATION WITH THE CONFERENCE; OR IF A VASSALEE-CLAIMANT OR OF THE COUNSEL OF THE VASSALEE-CLAIMANT IS WITH THE CHARTER-VESSEL-CLAIM FOR THE PARTICIPATION WITH THE GOOD-FAITH; WITH THE CHARTER-VESSEL-CLAIM OF ANY PARTY-VESSEL FOR THE JUDGE, OR FOR THE JUDGE IS WITH THE PRIVILEGE FOR THE MAKING OF THE ORDERS WITH THE REGARD AS THE ORDER FOR THE JUSTICE; AND, AMONG THE ORDERS OF THE LAW WITH THE JUDGE IS FOR THE MAKING OF THE ORDERS WITH THE CLAIMS WITH THE F.C.C.P.-CLAIM: 37(b)(2)(B), (C), (D). FOR THE SANCTION WITH THE TRUTH IS AGAINST THE BREACH OF THE C.U.S.A.F.-CHARTER-VESSEL WITH THE OATH IS FOR THE FEES FOR THE PAYMENT FOR THE TRIAL WITH THE TRUTH, AND FOR THE BAR OF THE JUDGEMENT OR FOR THE ORDERS OF THE CANCELLATION/TERMINATION. FOR THE COURT WITH THE TRUTH IS WITH THE WAIVING OF THE FEES WITH THE TITLE: 42: U.S.A.-CLAIM: §: 1988 WITH THE BREACHES OF THE CLAIMS WITH THE C.U.S.A.A.F. ARTICLE: 9: FOR THE TRIAL BY THE JURY WITH THE TRUTH, AND WITH

THE C.U.S.A.A.F. ARTICLE: 7: BY THE CHARTER-VESSEL. FOR THE SANCTION AGAINST THE
JUDGE IS FOR THE BREACH OF THE C.U.S.A.F.-CHARTER-VESSEL WITH THE UNITY BY THE
FORFEIT OF THE FEES IS FOR THE COMING WITHIN THE EVIDENCE-HEARING AND FOR THE
BREACH OF THE OATH OF THE C.U.S.A.F.-CHARTER-VESSEL-CLAIM.

163. FOR THE CLAIM OF THE F.C.C.P.-CLAIM: 26(b)(1) FOR THE PARTIES OF THE ACTION ARE
WITH THE CLAIM FOR THE CONFIDENTIAL-EVIDENCE-FACTS WITHIN THE PENDING-ACTION.

164. FOR THE CLAIM OF THE F.C.C.P.-CLAIM: 26(D) IS FOR THE PARTIES OF THE ACTION ARE
WITH THE CHARTER-VESSEL-CLAIM FOR THE PUBLICATION OF THE EVIDENCE WITHIN THE
TEN(10) WORKING-DAYS.

165.  FOR THE CLAIM OF THE F.C.C.P.-CLAIM: 26(e)(2): FOR A PARTY-VESSEL IS WITH THE
OBLIGATION FOR THE CORRECTION OF A PRIOR-CLAIM/COUNTER-CLAIM FOR THE FACTS, FOR
AN ORDER FOR THE SHOW, OR FOR AN ORDER FOR AN ADMISSION IF THE PARTY-VESSEL IS
WITH THE KNOWLEDGE THAT THE CLAIM/COUNTER-CLAIM IS WITH SOME MATERIAL-
CONCERN WITH THE LACK OF THE COMPLETE-FACTS OR WITH THE LACK OF THE CORRECT-
FACTS AND THE OTHER-PARTIES ARE WITH THE IGNORANCE OF THE ADDITIONAL-FACTS OR
OF THE CORRECTIVE-FACTS.

166. FOR THE CLAIM OF THE F.C.C.P.-CLAIM: 38(a) IS FOR THE TRIAL BY THE JURY WITH THE
TRUTH. FOR THE COURT ON A COMMON-PLANE IS WITH THE TRUTH. FOR THE ATTORNEY-
JUDGES WITH THE PERSONAL-CAPACITY ARE WITH THE USE OF A SUIT AND ARE WITH A
CHARTER-VESSEL-CLAIM AGAINST THE USE OF A ROBE. FOR THE CIVILIAN-JUDGE WITH THE
TRUTH IS WITH THE CIVILIAN-FLAG(ABOVE) WITH A CIVILIAN-COURT WITH THE CITIZENS.
FOR THE JURY/CLERKS/WITNESSES WITH THE TRUTH ARE ON THE COMMON-PLANE OF THE
SANCTUARY OF THE BAR. FOR THE JURY WITH THE TRUTH IS ON THE COMMON-PLANE WITH
THE LITIGANTS. FOR THE JURY WITH THE TRUTH IS WITH THE POWER FOR THE JUDGEMENT
OF THE FACTS AND OF THE LAW. FOR THE FLAG OF THE C.U.S.A.F. IS WITH THE TITLE: 4:
U.S.A.-CLAIM: §: 1 &2: FLAG OF THE U.S.A. WITH THE FLAG ON THE FLAG-POLE IN THE
ACCORDANCE WITH THE PRESIDENTIAL-EXECUTIVE-ORDER: 80434, WITH THE TITLE: 4: U.S.A.-
CLAIM: §: 1 & 2, WITH THE TITLE: 36: U.S.A.-CLAIM: §: 175(a-j). FOR THE ASSISTANCE OF THE
LITIGANTS IS WITH THE COUNSEL BY THE CHARTER-VESSEL.

167. FOR THE CLAIM OF THE F.C.C.P.-CLAIM: 41(a) IS FOR THE CANCELLATION/TERMINATION
OF THE ACTION WITH THE VOLUNTARINESS OF THE CLAIMANT(S).

168. FOR THE CLAIM OF THE F.C.C.P.-CLAIM: 44.1 IS FOR THE JUDGEMENT OF THE FOREIGN-
LAW. FOR A PARTY-VESSEL WITH THE VOLITION FOR THE RAISING OF AN ISSUE WITH THE
AFFECT OF THE LAW OF A FOREIGN-COUNTRY IS WITH THE DUTY FOR THE GIVING OF THE

CLAIM IN THE PLEADINGS. FOR THE COURT, IN THE JUDGEMENT OF THE FOREIGN-LAW IS WITH THE CLAIM FOR THE CONSIDERATION OF ANY MATERIAL OR SOURCE WITH THE RELEVANCE, WITH THE TESTIMONY. FOR THE COURT'S-JUDGEMENT IS WITH THE CAPACITY AS A RULING OF THE LAW.

169. FOR THE CLAIM OF THE F.C.C.P.-CLAIM: 49 IS FOR THE TRANSFER OF THE ISSUES IN THE FRONT OF THE JURY WITH THE TRUTH WITH THE CHARTER-VESSEL-CLAIM OF THE CLAIMANT.

170. FOR THE CLAIM OF THE F.C.C.P.-CLAIM: 50 IS FOR THE NEW-TRIAL.

171. FOR THE CLAIM OF THE F.C.C.P.-CLAIM: 54 IS FOR THE CHARTER-VESSEL-CLAIM FOR THE JUDGMENT WITH THE TRUTH. FOR THE JUDGE WITH THE TRUTH IS WITH THE CAPACITY AS AN ADVISOR OF THE JURY.

172. FOR THE CLAIM OF THE F.C.C.P.-CLAIM: 55 IS FOR THE FAULT WITH THE LACK OF A AVERMENT OF THE CLAIMANT'S-ALLEGATIONS, WITHIN THE ALLOWANCE OF THE TIME WITH THE RULES FOR THE VASSALEES.

173. FOR THE CLAIM OF THE F.C.C.P.-CLAIM 56 IS FOR THE SUMMARY-JUDGMENT, FOR THE CLAIM AND FOR THE HARD-COPY-CLAIMS. FOR THE UNITY-PARTY-VESSEL(S)/CLAIMING-PARTY-VESSEL(S) IS/ARE WITH THE CLAIM OF THE CLAIM OF THE TEN-DAYS BY A CLAIMING-PARTY-VESSEL. FOR THE JUDGE IS WITH THE CHARTER-VESSEL-CLAIM FOR THE JUDGMENT AND FOR THE ORDER, IF THE PLEADINGS/ TESTIMONY/STATEMENT WITH AN AVERMENT OR CLAIMS OF THE GIVER OF THE FACTS, AND IF THE ADMISSIONS WITH THE FILE, TOGETHER WITH THE AFFIDAVITS, IF ANY, ARE WITH THE SHOW OF THE CHARTER-VESSEL-CLAIM OF THE MATERIAL-FACTS, WITH THE FAULT WITH THE LACK OF A AVERMENT OF THE CLAIMANT'S-ALLEGATIONS, WITH A TRAVERSE OF THE VASSALEES, AND THAT THE CLAIMING-PARTY-VESSEL IS WITH THE ENTITLEMENT FOR A JUDGMENT AS A MATTER OF THE LAW. FOR A JUDGE WITH THE TRUTH IS WITH THE PRIVILEGE FOR THE ORDER WITHIN THE ISSUE OF THE LIABILITY, ALTHOUGH A CONTROVERSY ABOUT THE AMOUNT OF THE DAMAGES IS WITHIN THE CHARTER-VESSEL-CLAIMS OF THE VESSEL-PARTIES.

174. FOR THE CLAIM OF THE F.C.C.P.-CLAIM: 57 IS FOR THE PROCLAMATION-JUDGMENT.

175. FOR THE CLAIM OF THE F.C.C.P.-CLAIM: 60 IS FOR THE REMEDY OF THE JUDGMENT, OR IS FOR THE ORDER OF THE NEW-TRIAL WITH THE TRUTH FOR THE FOLLOWING-REASONS: (1) WITH A WRONG-ACT WITH THE OMISSION OR FRAUD, OR FOR THE JUSTIFICATION OF A BREACH; (2) WITH THE PUBLICATION OF THE NEW-EVIDENCE AND WITH THE SHOW OF THE DUE-KNOWLEDGE DURING THE FAILURE OF THE PUBLICATION OF THE NEW-EVIDENCE WITH THE TIME FOR THE CHARTER-VESSEL-CLAIM FOR A NEW-TRIAL WITH THE F.C.C.P.-CLAIM:

59(b); (3) WITH THE FRAUD WITH THE <u>DOUBLE-DEALING/FRAUD/TRICKERY/DUPLICITY</u>, OR WITH OTHER WRONG OF AN <u>ADVERSE-PARTY-VESSEL</u>; (4) FOR THE AVOIDANCE OF THE JUDGMENT.

## FOR THE SIGNIFICATIONS OF THE VARIOUS-LAWS WITH THE CLAIM.

176. FOR THE CLAIM OF THE <u>26: C. F. R. 601.72(a)-1</u> IS FOR THE PUBLICATION WITH THE CLAIM- (1) <u>CHARTER-VESSEL-CLAIM</u> IS WITH THE CLAIM OF THE FREEDOM WITH THE <u>IDENTITY/PORTRAYAL/ENUMERATION</u> WITHIN THE PARAGRAPH: (b)(1) OF THE §: 601.701, SAVE THE LIMITATIONS WITH THE CLAIMS WITH THE <u>QUANTUM-PARAGRAPH</u>:(2) OF THIS PARAGRAPH, FOR THE AGENCY IS WITH THE <u>CHARTER-VESSEL-CLAIM</u> WITH THE TITLE: 5: <u>U.S.A.-CLAIM</u>: 552(a)(1). FOR EACH AGENCY WITH THE TRUTH IS WITH THE <u>CHARTER-VESSEL-CLAIM</u> FOR THE SEPARATE-STATEMENT AND FOR THE <u>CURRENT-PUBLISHMENT</u> WITH THE CLAIM FOR THE GUIDANCE OF THE PUBLIC:

(I) FOR THE PORTRAYAL OF THE <u>AGENCY'S-CENTRAL-ORGANIZATION</u> AND FOR THE <u>AGENCY'S-FIELD-ORGANIZATION</u> AND FOR THE ESTABLISHMENT OF THE PLACES OF THE EMPLOYEES FOR THE RECEIVING OF THE CLAIMS, AND FOR THE ESTABLISHMENT OF THE METHODS, FOR THE ABILITY OF THE PUBLIC, FOR THE ATTAINMENT OF THE FACTS, FOR THE MAKING OF THE CLAIMS, OR FOR THE ATTAINMENT OF THE JUDGEMENTS OF THE AGENCY,

(ii) FOR THE STATEMENTS WITH THE TRUTH ARE FOR THE PROCLAMATION OF THE <u>GENERAL-COURSE</u> AND OF THE METHOD OF THE ADMINISTRATION OF THE <u>AGENCY-FUNCTIONS</u>, WITH THE PUBLICATION OF THE NATURE AND OF THE <u>CHARTER-VESSEL</u>S WITHIN THE STATEMENTS,

(iii) FOR THE RULES OF THE PROCEDURE, WITH THE <u>IDENTITY/ PORTRAYAL/ ENUMERATION</u> OF THE FORMS, FOR THE AVAILABILITY OF THE FORMS, OR FOR THE PLACES FOR THE ATTAINMENT OF THE FORMS, AND FOR THE TRAINING FOR THE PUBLICATION OF THE SCOPE, AND FOR THE CONTENTS OF ALL PAPERS OF ALL PUBLICATIONS OR OF ALL SEARCHES,

(iv) FOR ALL <u>ESSENTIAL-RULES</u> OF A <u>GENERAL-APPLICABILITY</u> WITH THE AGENCY, WITH THE ADOPTION, WITH THE AUTHORIZATION WITH THE LAW AND OF THE STATEMENTS OF A <u>GENERAL-POLICY</u>, OR FOR THE JUDGEMENTS OF THE <u>GENERAL-POLICY</u> IS WITH THE APPLICABILITY WITH THE AGENCY, FOR A FORMULATION AND FOR THE ADOPTION BY THE AGENCY.

(2)(ii) FOR THE EFFECT OF THE FAILURE WITH THE PUBLISHING. WITH THE CLAIM IS OF THE AMOUNT OF THE ACTUAL AND CLAIM OF THE TERMS OF ANY MATTER WITH THE <u>QUANTUM-PARAGRAPH</u>(1) OF THIS PARAGRAPH, FOR THE <u>CHARTER-VESSEL-CLAIM</u> IS FOR THE CITIZEN



IS WITH THE LIBERTY OF THE CLAIM.

177. FOR THE CLAIM OF THE **ARMY-REGULATIONS: 260-10**: DATE OF THE OCTOBER/1990. FOR A FRINGE UPON A FLAG **IS** WITH THE AUTHORIZATION UPON THE <u>NATIONAL-FLAG</u> OF THE U. S. MILITARY FOR THE SHOW IN THE <u>COURT-MARTIAL/MARITIME-COURTS</u>, OR FOR THE <u>ADMIRALTY-COURTS</u>.

178. FOR THE CLAIM OF THE **ARMY-REGULATIONS: 840-10: 2-6** IS FOR THE CLAIM OF THE FLAG OF THE U.S.A.. FOR THE RULES OF THE CLAIM **ARE** (a)FOR ANY AUTHORIZATION OF THE PLACEMENT UPON THE FLAG OF THE U.S.A. OF ANY LETTER OR OBJECT OF ANY KIND UPON THE FLAG **IS** WITH THE <u>POSITIVE-LAW</u> OF THE CONGRESS.

179. FOR THE CLAIM OF THE **ARMY-REGULATIONS: 840-10: 8-2** IS FOR THE <u>FLAGSTAFF-HEAD</u>(FINIAL): FOR THE HEAD OF THE FLAGSTAFF **IS** WITH THE ORNAMENTATION ATOP THE <u>FLAG-STAFF</u>. (a) FOR THE FINIALS WITH THE AUTHORIZATION **ARE**: (1)WITH THE EAGLE UPON THE <u>PRESIDENTIAL-FLAGSTAFFS</u>(sic) (2) WITH THE SPEARHEAD UPON THE <u>ARMY-FLAGSTAFFS</u> (3) WITH THE ACORN AS THE MARKERS AND FOR THE MARK OF THE <u>PENNANTS-FLAGSTAFFS</u> (4)WITH THE BALL, FOR THE <u>ADVERTISING AND RECRUITING</u>.

180. FOR THE USAGES OF THE RULES OF THE PREPOSITIONS sic IN THE David-Wynn: Miller: LAW-PROCEDURES **ARE** FOR THE CORRECTION BY THE ELIMINATION OF THE PREPOSITIONS sic WITH THE LACK OF THE ACCEPTABLENESS:

   A. FOR THE LANGUAGE OF THE C. U. S. A. F. IS WITH A BAR FOR THE USE OF THE WORDS: *TO, FROM, WITHOUT* sic AS THE WORDS OF THE DOUBLE-DEALING/FRAUD/TRICKERY/DUPLICITY. FOR THE WORD: *TO* sic OF THE FUTURE-TENSE **IS** WITH THE LACK OF THE SCOPE WITHIN ITS MEANING FOR THE TERMINATION OF THE SENTENCE [OF WHAT FOLLOWS THE *TO*]. FOR THE CLAIM OF THE TERM: *FROM* **IS** WITH THE VAGUENESS [see: B. L. D.] . FOR A MODEL OF AN OXYMORON **IS** WITH THE WORD: *WITHOUT* sic.
   FOR THE CLAIM OF THE TERMS: *ABOVE, BELOW, UNDER, OVER, IN, OUT* **ARE** WITH THE LACK OF THE POSSESSIVENESS BY THEIR NATURE, AND **ARE** WITH THE SUGGESTION OF MORE THAN-ONE-PLANE.

181. FOR THE CLAIMANT IN THE TRUTH IS WITH THE CORRECTION FOR THE USE OF THE PREPOSITIONS sic THAT **ARE** WITH THE CLAIM OF THE OWNERSHIP. FOR THE LOGIC-SEQUENCE OF THE PREPOSITIONS sic **IS** WITHIN THE THREE-SIDE-BOXES:



FOR THE QUANTUM-SEQUENCE OF THE PREPOSITIONS sic:

$$\Rightarrow \qquad\qquad\qquad \Leftrightarrow$$

$$\Longleftarrow$$

| | | |
|---|---|---|
| *FOR*<br>*THROUGH*<br>*WITH*<br>*WITHIN* | *OF*<br>*DURING*<br>*AS* | *BY* |

A.  WITH THE KEEPING OF THE PREPOSITIONS sic WITHIN THIS SEQUENCE IN THIS THREE-SIDE-BOX, THEN THE PREPOSITIONS sic **ARE** WITH THE CORRECT-SEQUENCE FOR THE ANALYSIS IN THE OPPOSITE-DIRECTION sic FOR THE COMPLETENESS OF THE CIRCLE OF THE LOGIC.

B.  FOR THE WRITER-LOOKS AT THE FUNCTION OF THE PREPOSITIONS sic: *FOR, THROUGH* AND *WITH*, THE WRITER **IS** WITH THE KNOWLEDGE BY THE PREPOSITIONS sic POINT THROUGH THE SENTENCE WITH THE PASSAGE OF THE TIME DURING THE READING THROUGH THE REST OF THE SENTENCE.

C.  FOR THE CLAIM OF THE WORD: *OF* **IS** WITH THE REFERENCE OF SOME PRIOR-WORD, AND AS A CONSEQUENCE IS WITH THE PLACEMENT AFTER THE FIRST OF THE SENTENCE.  FOR THE PREPOSITIONS sic: *OF, AS* AND *DURING* ARE FOR THE CARRIAGE OF THE THOUGHTS OF THE BEGINNING OF THE SENTENCE THROUGH THE TIME.

D.  FOR THE CLAIM OF THE WORD: *BY* **IS** WITH THE CLAIM OF AN ASSIGNMENT OF THE AUTHORITY, AND IS WITH A POSITION AT THE END OF THE SEQUENCE.

For the copyclaim- JULY-15, 2000 by the RUSSELL-JAY: GOULD:  *KIR.*

## FOR THE RULES OF THE SEQUENCE OF THE PREPOSITIONS sic

182. FOR THE CLAIMANT WITH THIS CORRECTION IS WITH THE RULES OF THE SEQUENCE OF THE PREPOSITIONS sic, FOR THE MAINTENANCE OF THE LOGIC FOR THE TRANSPOSITION AND ANALYSIS OF THE SENTENCE FOR THE EVIDENCE OF THE VOLITION OF THE AUTHOR.

A. FOR THE START OF THE SEQUENCE IS WITH ONE OF THE PREPOSITIONS sic IN THE FIRST-BOX, WITH THE FOLLOWING OF A PREPOSITION sic WITHIN THE SECOND-BOX. FOR THE RULES OF THE SEQUENCE ARE WITH THE ALLOWANCE FOR THE STARTING-AGAIN (AND WILL USUALLY START-AGAIN) OF THE PREPOSITION sic-SEQUENCE DURING THE SENTENCE. FOR SOME SEQUENCE-PATTERNS: *FOR-OF-BY, FOR-OF-DURING-BY, FOR-OF-FOR-AS-BY.*

B. FOR THE RULES OF THE SEQUENCE OF THE PREPOSITIONS sic ARE WITH THE RULE FOR THE STARTING-AGAIN AFTER THE USE OF THE PREPOSITION sic: *BY,* OR WITH ANOTHER *BY. FOR-OF-BY-WITH-OF-BY.*

C. FOR THE RULES OF THE SEQUENCE OF THE PREPOSITIONS sic ARE WITH THE RULE FOR THE STARTING-AGAIN AFTER A COMMA. *FOR-OF-OF, WITH-OF, THROUGH-OF-OF-BY.*

D. FOR THE RULES OF THE SEQUENCE OF THE PREPOSITIONS sic ARE WITH THE RULE FOR THE STARTING-AGAIN AFTER A VERB. *FOR-OF-IS-FOR-OF-BY, WITH-OF, FOR-BY, WITHIN-BY. FOR-OF-IS-WITH-THROUGH-OF-BY.*

## FOR THE PLACEMENT OF THE VERB

183. FOR THE CLAIMANT WITH THIS CORRECTION IS WITH THE PLACEMENT OF THE VERB, WITH A MINIMUM, AFTER THE SECOND-PREPOSITIONAL-PHRASE OF THE SENTENCE. FOR THE LOGIC OF THE RULE IS FOR THE ELIMINATION OF THE DANGLING-PARTICIPLE BY THE READING-BACKWARDS. WITH THE WRONGNESS: *FOR THE CLAIMANT IS WITH THE DAMAGE.* FOR THE BACKWARDS-ANALYSIS: *BY THE DAMAGE OF THE CLAIMANT IS...* FOR THE CORRECTION: *FOR THE CLAIMANT: Russell-Jay: Gould WITH THE CLAIM WITH THIS COMPLAINT IS WITH THE KNOWLEDGE OF THE DAMAGE BY THE BREACH OF THE PERFORMANCE-CONTRACT ... FOR THE BACKWARDS-ANALYSIS: BY THE PERFORMANCE-CONTRACT BY THE BREACH WITH THE DAMAGE BY THE KNOWLEDGE OF THIS COMPLAINT BY THE CLAIM OF THE CLAIMANT: Russell-*

*Jay: Gould.*

## FOR THE PLACEMENT OF THE PUNCTUATION

184. FOR THE CLAIMANT WITH THIS CORRECTION IS WITH THE PLACEMENT OF THE COMMAS WITH THE ESSENTIAL-THOUGHTS WITHIN THE TWO-COMMAS. FOR THE PLACEMENT OF THE COMMAS IS WITH THE RULE FOR THE COMPLETION OF THE THOUGHTS BEFORE THE PLACEMENT OF THE NEXT-COMMA, SAVE [UNLESS] THE SENTENCE WITH THE SEQUENCES OF THE SIMILAR-IDEAS, WITH THE MODELS: *OF THE ORANGES, OF THE APPLES, AND OF THE GRAPES.*

## FOR THE MISCELLANEOUS-CORRECTIONS

185. FOR THE ELIMINATION OF THE ERRORS ARE OF THE DOCUMENT BY THE MODIFICATION OF THE OLD-PHRASES BY THE NEW-PHRASES:

<u>OLD-PHRASE</u> . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . <u>NEW-PHRASE</u>

BY THE NEGLECT OF THE . . . . . . . . . . . . . . . . . . . WITH THE BREACH OF THE CONTRACT
DUE-PROCESS . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . CONTRACT
FOR THE NO-MEANING . . . . . . . . . . . . . . . . . . . . . . . WITH THE LACK OF ANY MEANING
FOR NO MEANING . . . . . . . . . . . . . . . . . . . . . . . . . . WITH THE LACK OF ANY MEANING
IS OF THE DAMAGE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . IS WITH THE DAMAGE
LEFT-JUSTIFICATION [FORMAT] . . . . . . . . . . . . . . . . . . . . . . [FORMAT] FULL-JUSTIFICATION
FOR THE CLAIMANT-PRAYS . . . . . . . . . . . . . . . . . . . . FOR THE CLAIM OF THE CLAIMANT
WILL-NOT-HAVE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . IS WITH THE LACK OF THE
NOT-FOUND . . . . . . . . . . . . . . . . . IS WITH THE LACK OF THE FACTS (AUTHORITY, LAW, ETC)
MUST-BE-BROUGHT . . . . . . . . . . . . . . . . . . . . . IS WITH THE CLAIM FOR THE BRINGING
THERE-HAVE-BEEN-MANY-CHANGES . . . . . . . . . . . . . . . . . . . . . FOR MANY CHANGES BY THE
SHALL-NOT-BE-ENFORCED . . . . . . . . . . . . . . . . . . . IS WITH THE LACK OF THE ENFORCEMENT
IS-FOUND . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . IS WITHIN
OF THE NO-JURISDICTION . . . . . . . . . . . . . . . . . . . . IS WITH THE LACK OF ANY JURISDICTION
IS OF THE NO-SURRENDER . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . IS WITH THE CONTRACT

## FOR THE POSITIVE-STATEMENTS OF THE PLEADING

186. FOR THE PLEADING WITH THE POSITIVE-STATEMENTS IS WITH THE PLEADING WITH THE

For the copyclaim-JULY-15, 2000 by the RUSSELL-JAY: GOULD: 

USE OF THE POSITIVE-STATEMENTS IN THE CONTRACT. FOR THE CLAIMANT WITH THE ASSEVERATION IS WITH THE CORRECTION OF ALL NEGATIVE-STATEMENTS WITH THE POSITIVE-STATEMENTS.

*FOR NOT STOPPING AND FOR NOT CORRECTING OF THE WRONGS* IS WITH THE CORRECTION: *FOR THE BREACH OF THE CONTRACT FOR THE STOPPAGE AND FOR THE CORRECTION OF A WRONG.*

FOR OTHER CORRECTIONS:

OLD-PHRASE . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . NEW-PHRASE

WITH NO . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . WITH THE LACK OF

### FOR THE CORRECTIONS OF THE PARAGRAPHS
### FOR THE LIMITATION OF THE FREEDOM

187.   FOR THE CLAIMANT WITH THIS CORRECTION IS WITH THE STATEMENT FOR THE [IMMUNITY sic] FREEDOMS OF THE VASSALEES IS   WITH THE BEGINNING AT THE VASSALEES'S-NAME WITHIN THE PARAGRAPH.  FOR THE PLEADER WITHIN THE TRUTH IS WITH THE CORRECTION WITH THE BRINGING OF THE NAMES OF THE VASSALEES, WITH THE OBLIGATIONS FOR THE ACTS OF THE COMMISSION AND OMISSION, FOR THE END OF THE PARAGRAPH FOR THE AVOIDANCE OF THE GIVING OF ANY [IMMUNITY sic] FREEDOMS.

188. FOR THE CLAIMANT WITH THIS ASSEVERATION IS WITH THE KNOWLEDGE OF THE DAMAGE BY THE BREACH OF THE C. U. S. A. A. F. ARTICLE: 7: OF THE CONTRACT OF THE LAW, WITH THE TITLE: 42: U. S. A. CODES: § 1986: FOR THE KNOWLEDGE OF THE LAW, FOR THE SWEARING OF THE CONTRACT-CLAIM OF THE EVIDENCE OF THE TRUTH BY THE VASSALEES OF THIS CASE FOR THE ADJUDICATION OF THE CASE THROUGH THE AUTHORITY OF THE PAYMENT OF THE TAX FOR THE BILL OF THE LADING: STAMP, WITHIN THE UNIVERSAL-POSTAL-UNION.

### FOR THE CORRECTION WITHIN THE COURT OF THE DI-STRICT OF THE AMERICA

189. FOR THE CLAIMANT WITH THE ASSEVERATION IS WITH THE KNOWLEDGE OF THE TITLE: 42: U. S. A. CODES: § 1986, FOR THE KNOWLEDGE OF THE LAW, WITH THE F. R. C. P. RULE: 60(b): FOR THE NEW-EVIDENCE, WITH THE F. R. C. P. RULE: 9(b): FOR THE SPECIAL-PLEADINGS, AND WITH THE F. R. C. P. RULE: 26(e),  FOR THE REPORTING OF THE NEW-EVIDENCE, AND WITH THE TITLE: 42: U. S. A. CODES: § 1986: FOR THE  STOPPAGE AND FOR THE CORRECTION OF THE ERRORS, (1) FOR THE CORRECTION THE NAME OF THE COURT: FOR THE LATIN-WORD FOR THE WORD: DI-STRICT IS WITHIN THE LATIN-NAME: DI-

For the copyclaim-JULY-15, 2000 by the RUSSELL-JAY: GOULD: 

(76)

STRICTUS, WITH THE PREFIX: DIS-, WITH THE MEANING OF THE god [Satan]. FOR THE MEANING OF THE ROOT AND SUFFIX: TRICTUS IS WITH THE BEHAVIOR IN AN EVASIVE-MANNER, FOR THE TRIFLE/DELAY/DALLY, FOR THE CAUSE OF THE TROUBLE, FOR THE PULL/PLAY BY THE TRICKS.  FOR THE REFERENCE OF THE WORD IS WITH THE ON-LINE-LATIN-DICTIONARY OF THE NOTRE-DAME.  FOR THE CLAIMANT WITH THE TRUTH IS FOR THE CORRECTION BY THE NAME: **DI-STRICT-COURT OF THE U. S. A.**. FOR THE MEANING OF THE PREFIX: DI- IS WITH THE <u>ORIGINAL</u>, AND FOR THE MEANING OF THE SUFFIX: STRICT IS FOR THE <u>STRICT</u>, FOR THE COMPLETION OF THE MEANING WITH THE STRICT-ORIGINAL-JURISDICTION OF THE COURT.

190.  FOR THE CLAIMANT WITH THIS ASSEVERATION **IS** WITH THE KNOWLEDGE OF THE DAMAGE BY THE BREACH OF THE **C. U. S. A. F. ARTICLE: 7:** OF THE CONTRACT OF THE LAW, WITH THE **TITLE: 42: U. S. A. CODES: §: 1986:** FOR THE KNOWLEDGE OF THE LAW, FOR THE SWEARING OR FOR THE  ASSEVERATION OF THE EVIDENCE OF THE TRUTH BY THE VASSALEES OF THIS CASE, WITH THE **F. R. C. P. RULE: 60(b):** FOR THE FRAUD, WITH THE **F. R. C. P. RULE: 9(b):** <u>NEW-EVIDENCE</u>, AND WITH THE **F. R. C. P. RULE: 26(e):** <u>FOR THE PUBLICATION OF THE NEW-EVIDENCE</u>, WITH THE **TITLE: 42: U. S. A. CODES: §: 1986:** FOR THE <u>CONTRACT FOR THE STOPPAGE AND FOR THE CORRECTION OF A WRONG</u>. FOR THE CORRECTION OF THE CLAIMANT **IS** WITH THE CHANGE OF ALL PLEADINGS OF THE CLAIMANT FOR THE STRIKING OF THE WORD: UNITED sic AND FOR THE MODIFICATION WITH THE WORD: **UNITY**.  FOR THE PAST-TENSE: UNITED sic IS WITH THE CONNOTATION OF THE LACK OF THE UNITY WITHIN THE PRESENT-DAY.  FOR THE CORRECTION OF THE CLAIMANT **IS** WITH THE USE OF THE WORD: UNITY FOR THE CONTRACT OF THE **<u>UNITY OF THE INTEREST</u>**, OF THE **<u>UNITY OF THE TITLE</u>**, OF THE **<u>UNITY OF THE TIME</u>**, AND OF THE **<u>UNITY OF THE POSSESSION OF THE RIGHTS OF THE C. U. S. A. F. IN THE PRESENT-TENSE</u>**.

### FOR THE USE OF THE CONCEPT OF THE VESSEL-NOUNS

191. FOR THE CORRECTION WITH THE ADDITION OF THE CLAIM OF THE TERM:  **<u>VESSEL</u>** IS WITH ANY ARTICLE/TOOL/APPLIANCE/UTENSIL/ANIMAL/MAN/ WORLD FOR THE TRANSMISSION/CONVEYANCE/STORAGE/CARRIAGE/MOVEMENT OF THE TERMS: THOUGHT/THINKING/THING.  FOR SOME EXAMPLES OF THE VESSELS **ARE** WITH THE ADMINISTRATOR, AGENCY, AGENT, BARRISTER, BILL OF THE LADING, CITIZEN, CLERK, COMPUTER, COURT, CRIMINAL, CUSTODIAN, DEFENDANT sic, DIRECTOR, DOCUMENT, ENTITY, FILE, JUDGE, JUROR, LITIGANT, MAGISTRATE, MAIL, MANAGER, MASTER, OFFICER, ORGANIZATION, OWNER, PAPER, PARTY-VESSEL, PASSENGER, PEOPLE, PERSON, PICTURE,

For the copyclaim-JULY-15, 2000 by the RUSSELL-JAY: GOULD: 

CLAIMANT, PLEADER, PLEADING, PROPERTY, RESPONDENT sic, SECRETARY, SOVEREIGN, STAFF, STATE, STRAWMAN, TAXPAYER, TENANT, TERRITORY, WARRANT, WITNESS.  FOR THE VESSEL-PAPER OF THIS PLEADING **IS** WITH THE CARRIAGE OF THE THOUGHTS OF THE VESSEL-CLAIMANTS FOR THE CLAIM AGAINST THE VESSEL-VASSALEES

L. S. _____ //

FOR THE CLAIMANT: Russell-Jay: Gould

**419-17-MILE-ROAD,**

**IN THE CITY OF THE Arapahoe,**

**IN THE STATE OF THE Wyoming**

**DATE:**_____

(307)856-9571

## ACKNOWLEDGMENT

FOR THE NOTARY: _____OF THE STATE OF THE _____ IS WITH THE WITNESS WITHIN THE DATE: _____ FOR THE APPEARANCE AND AUTOGRAPH OF THIS DOCUMENT BY AN AUTOGRAPH. FOR THE LAST-DAY OF THE COMMISSION OF THE NOTARY: _____.

_____  :  _____
NOTARY-PUBLIC                DATE

| | ...ert Dribardt sic | ...ald Hall sic | ...ey Roberts sic | ...calie Ring sic | ...a Freeman sic | ...y Geiss sic | ...r Heil sic | ...ty Gist sic | ...an Kung sic | ...r Krafts sic | Meyer sic |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1. :TITLE: 42: U.S.A.CLAIM: 1986 | X | X | | | | | | | X | X | X |
| 2. :F.C.C.P.CLAIM: 60(b) | X | X | X | X | X | X | X | X | X | X | X |
| 3. :F.C.C.P.CLAIM: 9(b) | X | X | X | X | X | X | X | X | X | X | X |
| 4. :F.C.C.P.CLAIM: 26(e) | X | X | X | X | X | X | X | X | X | X | X |
| 5. :TITLE: 18: U.S.A.CLAIM: 1001 | X | X | X | X | X | X | X | X | X | X | X |
| 6. :TITLE: 18: U.S.A.CLAIM: 1002 | X | | X | X | X | X | | X | X | | |
| 7. :TITLE: 18: U.S.A.CLAIM: 1512 | X | X | X | X | X | X | X | X | X | X | X |
| 8. :TITLE: 18: U.S.A.CLAIM: 1342 | X | | X | X | X | | | X | X | | |
| 9. :TITLE: 18: U.S.A.CLAIM: 1343 | X | X | | X | X | | | | | | X |
| 10. :TITLE: 18: U.S.A.CLAIM: 1621 | X | X | X | X | X | X | X | X | X | X | X |
| 11. :TITLE: 18: U.S.A.CLAIM: 241 | X | X | X | X | X | X | X | X | X | X | X |
| 12. :TITLE: 18: U.S.A.CLAIM: 242 | X | X | X | X | X | X | X | X | X | X | X |
| 13.: ARTICLE: 1 | X | | X | X | X | | | X | X | | |
| 14.: ARTICLE: 2 | X | X | X | X | X | | | X | X | | |
| 15.: ARTICLE: 3 | X | | X | X | X | | | X | X | | |
| 16.: ARTICLE: 4 | X | | X | X | X | | | X | X | | |
| 17.: ARTICLE: 5 | X | X | X | X | X | | | X | X | | |
| 18.: ARTICLE: 6 | X | X | X | X | X | | | X | X | | |
| 19.: ARTICLE: 7 | X | | X | X | X | | | X | X | | |
| 20.: ARTICLE: 8 | X | X | X | X | X | | | X | X | | |
| 21.: ARTICLE: 9 | X | X | X | X | X | | | X | X | | |
| 22.: ARTICLE: 10 | X | X | X | X | X | | | X | X | | |
| 23.: ARTICLE: 11 | X | X | X | X | X | | | X | X | | |
| 24.: ARTICLE: 12 | X | X | X | X | X | | | X | X | | |
| 25.: ARTICLE: 13 | X | X | X | X | X | | | X | X | X | X |
| 26.: TITLE: 18: U.S.A.CLAIM: 1201 | 1:00-hour 1-hour 4-deg | | X | X | X | X | X | X | X | X | X |
| 27.: TITLE: 18: U.S.A.CLAIM: 641 | X | | | | | | | | | | |
| 28.: TITLE: 18: U.S.A.CLAIM: 646 | X | | | | | | | | | | |
| 29.: TITLE: 18: U.S.A.CLAIM: 872 | X | | | | | | | | | | |
| 30.: TITLE: 18: U.S.A.CLAIM: 2384 | X | X | X | X | X | X | X | X | X | | X |
| 31.: TITLE: 28: U.S.A.CLAIM: 1605 | X | X | X | X | X | X | X | X | X | X | X |
| 32.: TITLE: 28: U.S.A.CLAIM: 1361 | | | X | X | X | X | | | | | |
| 33.: TITLE: 28: U.S.A.CLAIM: 1869 | | | X | X | X | X | | | | | |
| 34.: TITLE: 28: U.S.A.CLAIM: 1333 | X | X | X | X | X | X | X | X | X | X | X |
| 35.: TITLE: 28: U.S.A.CLAIM: 1337 | X | X | X | X | X | | | X | X | | X |
| 36.: TITLE:46: U.S.A.CLAIM: 19(A): 740 | X | X | X | X | X | X | | X | X | | |
| 37.: TITLE: 46: U.S.A.CLAIM: §: 19(A): 743 | X | X | X | X | X | X | | X | X | | |
| 38.: TITLE: 49: U.S.A.CLAIM: §: 14706 | X | X | X | X | X | X | | X | X | X | X |
| 39.: TITLE: 4: U.S.A.CLAIM: §: 1 | X | X | X | X | X | X | X | X | X | X | X |
| 40.: TITLE: 4: U.S.A.CLAIM: §: 2 | X | X | X | X | X | X | X | X | X | X | X |
| 41.: TITLE: 4: U.S.A.CLAIM: §: 3 | X | X | X | X | X | X | X | X | X | X | X |
| 42.: ARMY-REGULATIONS: 840-10: 2-5: a.b | | | | | | | | | | | |
| 43.: TITLE: 29: U.S.A.CLAIM: §: 701(c)(2) | X | X | X | X | X | X | | X | X | | |
| 44.: F.C.C.P.RULE: 11(a) | X | X | X | X | X | X | | X | X | | |

For the copyclaim-JULY-15, 2000 by the RUSSELL-JAY: GOULD: 

| | Donald Rissler sic | ?dd Dawson sic | Leslie Cox sic | Sharif Hassan sic | Dean Titus sic | David King sic | Donald Metzger sic | Leslie Marshal sic | Lewis Wright sic | Chuck Loos sic |
|---|---|---|---|---|---|---|---|---|---|---|
| 1. :TITLE: 42: U.S.A.CLAIM: 1986 | X | X | X | X | X | X | X | | X | X |
| 2. :F.C.C.P.CLAIM: 60(b) | X | X | X | X | X | X | X | X | X | X |
| 3. :F.C.C.P.CLAIM: 9(b) | X | X | X | X | X | X | X | X | X | |
| 4. :F.C.C.P.CLAIM: 26(e) | X | X | X | X | X | X | X | X | X | |
| 5. :TITLE: 18: U.S.A.CLAIM: 1001 | X | X | X | X | | X | | | | |
| 6. :TITLE: 18: U.S.A.CLAIM: 1002 | X | | | | | | | | | |
| 7. :TITLE: 18: U.S.A.CLAIM: 1512 | X | | X | X | X | X | X | X | X | X |
| 8. :TITLE: 18: U.S.A.CLAIM: 1342 | X | | | | | | | | | |
| 9. :TITLE: 18: U.S.A.CLAIM: 1343 | | | | | | | | | | |
| 10. :TITLE: 18: U.S.A.CLAIM: 1621 | X | | X | X | X | X | X | X | X | X |
| 11. :TITLE: 18: U.S.A.CLAIM: 241 | X | | X | X | X | X | X | X | X | X |
| 12. :TITLE: 18: U.S.A.CLAIM: 242 | X | X | X | X | X | X | X | X | X | X |
| 13. :ARTICLE: 1 | X | X | X | X | | X | | | | |
| 14. :ARTICLE: 2 | X | X | X | X | | X | | | | |
| 15. :ARTICLE: 3 | X | X | X | X | | X | | | | |
| 16. :ARTICLE: 4 | X | X | X | X | | X | | | | |
| 17. :ARTICLE: 5 | X | X | X | X | | X | | | | |
| 18. :ARTICLE: 6 | X | X | X | X | | X | | | | |
| 19. :ARTICLE: 7 | X | X | X | X | | X | | | | |
| 20. :ARTICLE: 8 | X | X | X | X | | X | | | | |
| 21. :ARTICLE: 9 | X | X | X | X | | X | | | | |
| 22. :ARTICLE: 10 | X | X | X | X | | X | | | | |
| 23. :ARTICLE: 11 | X | X | X | X | | X | | | | |
| 24. :ARTICLE: 12 | X | X | X | X | | X | | | | |
| 25. :ARTICLE: 13 | X | X | X | X | | X | | | | |
| 26. :TITLE: 18: U.S.A.CLAIM: 1201 | X | | | | X | X | X | X | X | X |
| 27. :TITLE: 18: U.S.A.CLAIM: 641 | | | | | | | | | | |
| 28. :TITLE: 18: U.S.A.CLAIM: 646 | | | | | | | | | | |
| 29. :TITLE: 18: U.S.A.CLAIM: 872 | | | | | | | | | | |
| 30. :TITLE: 18: U.S.A.CLAIM: 2384 | X | X | X | X | X | X | X | X | X | X |
| 31. :TITLE: 28: U.S.A.CLAIM: 1605 | X | X | X | X | X | X | X | X | | X |
| 32. :TITLE: 28: U.S.A.CLAIM: 1361 | X | | | | | | | | | |
| 33. :TITLE: 28: U.S.A.CLAIM: 1869 | X | | | | | | | | | |
| 34. :TITLE: 28: U.S.A.CLAIM: 1333 | X | X | X | X | X | X | X | X | X | X |
| 35. :TITLE: 28: U.S.A.CLAIM: 1337 | X | X | X | X | X | X | X | X | X | X |
| 36. :TITLE:46: U.S.A.CLAIM: 19(A): 740 | X | | | | | | | | | |
| 37. :TITLE: 46: U.S.A.CLAIM: §: 19(A): 743 | X | | | | | | | | | |
| 38. :TITLE: 49: U.S.A.CLAIM: §: 14706 | X | | | | | | | | | |
| 39. :TITLE: 4: U.S.A.CLAIM: §: 1 | X | X | X | X | X | X | X | X | X | X |
| 40. :TITLE: 4: U.S.A.CLAIM: §: 2 | X | X | X | X | X | X | X | X | X | X |
| 41. :TITLE: 4: U.S.A.CLAIM: §: 3 | X | X | X | X | X | X | X | X | X | X |
| 42. :ARMY-REGULATIONS: 840-10: 2-5: a,b | X | X | X | X | X | X | X | X | X | X |
| 43. :TITLE: 29: U.S.A.CLAIM: §: 701(c)(2) | X | | | | | | | | | |
| 44. :F.C.C.P.RULE: 11(a) | X | | | | | | | | | |

For the copyclaim-JULY-15, 2000 by the RUSSELL-JAY: GOULD:   [signature]

| | Robert Denhardt sic | Donald Hall sic | Wesley Roberts sic | Leslie King sic | Linda Freeman sic | Betty Griess sic | Katie Heil sic | Timothy Gist sic | Norman Young sic | Kipp Kratts sic | Joe Meyer sic |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 45.:F.C.C.P.RULE: 10(a) | X | X | X | X | X | X | | | | | |
| 46.:F.C.C.P.RULE: 8(a) | X | X | X | X | X | X | | | X | | |
| 47.:F.C.C.P.RULE: 8(d) | X | X | X | X | X | X | | | X | | |
| 48.:F.C.C.P.RULE: 16(f) | X | X | X | X | X | X | X | X | X | X | X |
| 49.:F.C.C.P.RULE: 12(b)(7) | X | | | | | | | | X | | |
| 50.:F.C.C.P.RULE: 12(b)(6) | X | X | X | X | X | X | | | X | | |
| 51.:F.C.C.P.RULE: 12(b)(5) | X | X | X | X | X | X | | | X | | |
| 52.:F.C.C.P.RULE: 12(b)(4) | X | X | X | X | X | X | | | X | | |
| 53.:F.C.C.P.RULE: 12(b)(3) | X | X | X | X | X | X | | | X | | |
| 54.:F.C.C.P.RULE: 12(b)(2) | X | X | X | X | X | X | | | X | | |
| 55.:F.C.C.P.RULE: 12(b)(1) | X | X | X | X | X | X | | | X | | |
| 56.:TITLE: 26: U.S.A.CLAIM: §: 12182(b)(2)(A)(iv) | X | X | X | X | X | X | | | X | | |
| 57.:TITLE: 42: U.S.A.CLAIM: 1985: §: (3) | X | X | X | X | X | X | | | X | X | X |
| 58.:TITLE: 42: U.S.A.CLAIM: 1985: §: (2) | X | X | X | X | X | X | X | X | X | X | X |
| 59.:TITLE: 42: U.S.A.CLAIM: 1985: §: (1) | X | X | X | X | X | X | | X | X | X | X |
| 60.:TITLE: 18: U.S.A.CLAIM: 1341 | X | X | X | X | X | X | | X | X | X | X |
| 61.:TITLE: 46: U.S.A.CLAIM: 781 | X | X | X | X | X | | | | X | X | X |
| 62.:TITLE: 28: U.S.A.CLAIM: 1359 | X | X | X | X | X | X | | X | X | X | |

| | Donald Rissler sic | Todd Dawson sic | Leonie Cox sic | Sharif Hassan sic | Dean Titus sic | David King sic | Donald Metzger sic | Lewis Wright sic | Charlie Marshal sic | Chuck Coor sic |
|---|---|---|---|---|---|---|---|---|---|---|
| 45.:F.C.C.P.RULE: 10(a) | X | | | | | | | | | |
| 46.:F.C.C.P.RULE: 8(a) | X | | | | | | | | | |
| 47.:F.C.C.P.RULE: 8(d) | X | | | | | | | | | |
| 48.:F.C.C.P.RULE: 16(f) | X | X | X | X | X | X | | X | X | X |
| 49.:F.C.C.P.RULE: 12(b)(7) | X | X | X | X | X | X | X | X | X | X |
| 50.:F.C.C.P.RULE: 12(b)(6) | X | X | X | X | X | X | | X | | |
| 51.:F.C.C.P.RULE: 12(b)(5) | X | X | X | X | X | X | X | X | | X |
| 52.:F.C.C.P.RULE: 12(b)(4) | X | X | X | X | X | X | X | X | | X |
| 53.:F.C.C.P.RULE: 12(b)(3) | X | X | X | X | X | X | X | X | | X |
| 54.:F.C.C.P.RULE: 12(b)(2) | X | X | X | X | X | X | X | X | X | X |
| 55.:F.C.C.P.RULE: 12(b)(1) | X | X | X | X | X | X | X | X | X | X |
| 56.:TITLE: 26: U.S.A.CLAIM: §: 12182(b)(2)(A)(iv) | X | | | | | | | | | |
| 57.:TITLE: 42: U.S.A.CLAIM: 1985: §: (3) | X | X | X | X | X | X | X | X | X | X |
| 58.:TITLE: 42: U.S.A.CLAIM: 1985: §: (2) | X | X | X | X | X | X | X | X | X | X |
| 59.:TITLE: 42: U.S.A.CLAIM: 1985: §: (1) | X | X | X | X | X | X | X | X | X | X |
| 60.:TITLE: 18: U.S.A.CLAIM: 1341 | X | | | | | | | | X | |
| 61.:TITLE: 46: U.S.A.CLAIM: 781 | X | | | | | | | | | |
| 62.:TITLE: 28: U.S.A.CLAIM: 1359 | X | X | X | X | X | X | X | X | X | X |

For the copyclaim-JULY-15, 2000 by the RUSSELL-JAY: GOULD: